# EXHIBIT 1



U.S. Department of Justice

*United States Attorney's Office*
*Eastern District of New York*

---

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

## NOTICE OF RIGHT TO SUE WITHIN 90 DAYS

October 7, 2019

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Kristy Pflug
109 Woodlot Road
Ridge, NY 11961

        Re:    Pflug v. Suffolk County Police Department
                  EEOC Charge No.: 520-2014-01814

Dear Ms. Pflug:

      This is to inform you that the Equal Employment Opportunity Commission (EEOC) has referred your charge of discrimination against the Suffolk County Police Department to the United States Attorney's Office for the Eastern District of New York after conciliation efforts by the EEOC failed. After careful consideration, this Office has determined that it will not file suit on the above-referenced charge of discrimination. This should not be taken to mean that the United States Attorney's Office has made a judgment as to whether or not your charge is meritorious.

      You are therefore hereby notified that you have the right to institute a civil action under Title I of the Americans with Disabilities Act of 1990, 42 U.S.C. § 12111, et seq., against the above-named respondent. If you choose to commence a civil action, **such suit must be filed in the appropriate court within 90 days of your receipt of this Notice.**

      If you wish to pursue this matter, you should consult an attorney at your earliest convenience. If you are unable to locate an attorney, you may wish to contact the EEOC or apply to the appropriate court, since that court may appoint an attorney in some circumstances under Section 706(f)(1) of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-5(f)(1), referenced in Section 107(a) of the ADA, 42 U.S.C. § 2117(a).

We are returning the files in this matter to EEOC's District Office. If you or your attorney have any questions concerning this matter or wish to inspect the investigative file, please address your inquiry to the undersigned or to:

Kevin J. Berry
District Director
Equal Employment Opportunity Commission
New York District Office
33 Whitehall Street, 5th Floor
New York, New York 10004

We are forwarding a copy of this Notice of Right to Sue to the Respondent in this case.

Very truly yours,

RICHARD P. DONOGHUE
United States Attorney

By: _____
MICHAEL J. GOLDBERGER
Chief of Civil Rights, Civil Division
(718) 254-6052

cc:  Elaine M. Barraga
Assistant County Attorney
Suffolk County Department of Law
H. Lee Dennison Bldg.
100 Veterans Memorial Highway
Hauppauge, NY 11788-0099

Steven J. Moser, Esq.
3 School Street
Glen Cove, NY 11542