

Steven J. Moser, Esq.
Phone 631-671-1150
smoser@moseremploymentlaw.com

August 26, 2020

**VIA ECF**

Hon. Sandra J. Feuerstein, USDJ
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY  11722

RE:   *Pflug, et al. v. The County of Suffolk,* 20-cv-00018(SJF)(SIL)

Dear Judge Feuerstein:

Please accept this joint status report as directed by the Court's July 2, 2020 docket order.

The procedural posture of the case is as follows:

The complaint was filed on January 2, 2020 and the Defendant filed an answer on April 24, 2020.  A status conference was held with Magistrate Judge Locke on June 17, 2020 during which the parties addressed potential consolidation of this matter with a related case (*Ruggiero v. County of Suffolk*, 14-cv-007434 (DRH)(SIL)).

At the upcoming status conference, Plaintiff requests that a briefing schedule be set with regard to Plaintiff's anticipated motion to consolidate this case with the *Ruggiero* matter.

Respectfully submitted,

*Steven J. Moser*

Steven J. Moser