| UNITED STATES DISTRICT COURT | CIVIL CONFERENCE |
| EASTERN DISTRICT OF NEW YORK | MINUTE ORDER |

| BEFORE: STEVEN I. LOCKE | DATE: 8/26/2020 |
| U.S. MAGISTRATE JUDGE | TIME: 12:00 pm |

CASE: **CV 20-0018 (SJF) Pflug v. County of Suffolk**

TYPE OF CONFERENCE: STATUS                FTR:

APPEARANCES:
    For Plaintiff:   No appearance

    For Defendant: No appearance

**THE FOLLOWING RULINGS WERE MADE:**

☐    Scheduling Order entered.

☐    The court has adopted and So Ordered the joint proposed scheduling order [   ] submitted by the parties.

☐    The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☒    Other:   No appearance from either party.

**COURT APPEARANCES:**
The following conference(s) will be held via the Court's AT&T Conference line:

       10/8/2020 at 10:30 am         : Status conference

**The parties should dial 1-877-336-1829 and enter access code 3002871# at the prompt**

                                                  SO ORDERED

                                                  /s/Steven I. Locke
                                                STEVEN I. LOCKE
                                                United States Magistrate Judge