# CIVIL CAUSE FOR STATUS CONFERENCE

**BEFORE: JUDGE FEUERSTEIN**

**FILED**
**CLERK**
2:39 pm, Sep 08, 2020
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

DATE: September 8, 2020     TIME: 30 MINUTES

CASE NUMBER:    2:20-cv-00018-SJF-SIL

CASE TITLE:     Pflug et al v. The County Of Suffolk

PLTFFS ATTY:    No Appearance
\_\_\_ present         X  not present

\_\_\_ present         \_\_\_ not present

DEFTS ATTY:     Hope Senzer Gabor
X  present         \_\_\_ not present

COURT REPORTER:

COURTROOM DEPUTY: BRYAN MORABITO

 X    CASE CALLED.

\_\_\_   ARGUMENT HEARD / CONT'D TO _____ .

OTHER:  Order to show cause issued for failure to prosecute.