

Steven J. Moser, Esq.
Phone 631-671-1150
smoser@moseremploymentlaw.com

September 9, 2020

**VIA ECF**

Hon. Sandra J. Feuerstein, USDJ
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY  11722

RE:   *Pflug, et al. v. The County of Suffolk,* 20-cv-00018(SJF)(SIL)

Dear Judge Feuerstein:

    I write in response to the Court's Order to Show Cause issued for my failure to appear at the scheduled conference on September 8, 2020.

    On September 8, 2020 I reviewed my electronic calendar and did not see the status conference.  After receiving notification of the Court's Order to Show Cause (docket entry #14), I went back to the electronic calendar.  I found that the calendar settings were incorrectly set for court appearances.  When I corrected the settings, the electronic calendar correctly showed the status conference.

    The failure to appear was not intentional.  I sincerely apologize to the Court and to opposing counsel for my failure to appear, and request that the case not be dismissed for failure to prosecute.

    Respectfully submitted,

*Steven J. Moser*

Steven J. Moser