```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
```
KRISTY PFLUG, *et al.*,

                      Plaintiffs               **ORDER TO SHOW CAUSE**
                                                       20-cv-0018 (SJF) (SIL)

     v.

THE COUNTY OF SUFFOLK,

                      Defendant.
```
-----------------------------------------------------------------X
```
FEUERSTEIN, District Judge:

      Plaintiffs filed a complaint in this employment disability discrimination action on January 2, 2019. The case was reassigned to the undersigned on June 30, 2020. On July 2, 2020, this Court, *inter alia,* set a Status Conference for September 8, 2020, and directed the parties to file a status report by no later than August 28, 2020, addressing the procedural posture of the case. (*See* Case Docket, July 2, 2020 electronic SCHEDULING ORDER.) On August 10, 2020, the Court issued a subsequent scheduling order changing the time of the September 8, 2020 Status Conference from 11:15 a.m. to 1:30 p.m. and informing the parties that said Conference would be conducted telephonically. (*See* Case Docket, August 10, 2020 electronic SCHEDULING ORDER.)

      On August 26, 2020, in compliance with the Court's July 2, 2020 Scheduling Order, Plaintiffs' counsel filed the parties' joint Status Report.[1] (*See* ECF No. 12.) Thereafter, on September 8, 2020 at 1:30 p.m., the Court commenced the scheduled Status Conference. Counsel for Defendant appeared for the scheduled conference; Plaintiffs' counsel failed to appear or otherwise contact the Court.

---

[1] The Court notes that neither party appeared for a status conference scheduled before Magistrate Judge Locke on August 26, 2020. (*See* ECF No. 13 (SIL Minute Order).)

**ACCORDINGLY, IT IS HEREBY ORDERED** that Plaintiffs shall show cause, **by electronically filing an affidavit by no later than 5:00 p.m. on September 22, 2020,** why this action should not be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute and failure to comply with a court order.

> **FAILURE TO TIMELY FILE A WRITTEN SUBMISSION IN ACCORDANCE WITH THIS ORDER TO SHOW CAUSE WILL RESULT IN THE DISMISSAL OF THIS ACTION IN ITS ENTIRETY PURSUANT TO RULE 41(b) OF THE FEDERAL RULES OF CIVIL PROCEDURE WITHOUT FURTHER NOTICE.**

**IT IS FURTHER ORDERED** that a control-date Status Conference is scheduled for October 8, 2020 at 11:15 a.m., in-person in the Central Islip Federal Courthouse, subject to cancellation.

**SO ORDERED** this 8th day of September 2020 at Central Islip, New York.

/s/ *Sandra J. Feuerstein*
Sandra J. Feuerstein
United States District Judge