# CIVIL CAUSE FOR STATUS CONFERENCE

**BEFORE: JUDGE FEUERSTEIN**

**FILED**
**CLERK**

4:11 pm, Oct 08, 2020

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

DATE: October 8, 2020        TIME: 30 MINUTES

CASE NUMBER:    2:20-cv-00018-SJF-SIL

CASE TITLE:    Pflug et al v. The County Of Suffolk

PLTFFS ATTY:    Steve Moser
  X  present         ___ not present

   ___ present         ___ not present

DEFTS ATTY:    Hope Senzer Gabor
  X  present         ___ not present

COURT REPORTER:

COURTROOM DEPUTY: BRYAN MORABITO

  X    CASE CALLED.

  ___  ARGUMENT HEARD / CONT'D TO _____.

OTHER:  Plaintiff's counsel is directed to get medical release authorizations and medical records that he currently has from his clients to the County by 10/22/2020.  County to conduct depositions of plaintiffs by 12/10/2020. A further telephone conference is scheduled on 2/2/2021 at 10:30am.  At the designated time, the parties shall call

Chambers' teleconferencing number, **(877) 336-1280**, and follow the automated instructions; the access code is: **7215690**.