

COUNTY OF SUFFOLK

STEVE BELLONE
SUFFOLK COUNTY EXECUTIVE

**FILED
CLERK**

11:18 am, Dec 15, 2020

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

**DENNIS M. COHEN
COUNTY ATTORNEY**

DEPARTMENT OF LAW

December 9, 2020

**ORDER**

Honorable Sandra J. Feuerstein, U.S.D.J.
United States District Court, Eastern District of New York
Long Island Federal Courthouse
1014 Federal Plaza
Central Islip, New York 11722

Re:   Pflug, et al v. County of Suffolk
      Docket: 20-cv-00018 (SJF)(SIL)

Dear Judge Feuerstein:

This office represents the Defendant in the above matter. We write on consent of counsel for Plaintiffs to respectfully request an extension of time for Defendant to conduct depositions of Plaintiffs from December 10, 2020 (as Ordered by this Court pursuant to Dkt. No. 19) to January 11, 2021 (Pflug), January 12, 2021 (Di Iorio) and January 13, 2021 (Montaldo). The reason we are seeking to adjourn the depositions is due to the fact that Defendant served discovery demands on November 25, 2020 and we are awaiting responses.

This is the parties' first request for an extension of time to conduct depositions.

Respectfully submitted,

Dennis M. Cohen
Suffolk County Attorney

*Hope Senzer Gabor*

By:  Hope Senzer Gabor
     Assistant County Attorney

Cc: Steven Moser, Esq. (via ECF)

The above highlighted text is So Ordered:
/s/ Sandra J. Feuerstein
Sandra J. Feuerstein, U.S.D.J.
Date: 12/15/2020

LOCATION
H. LEE DENNISON BLDG.
100 VETERANS MEMORIAL HIGHWAY   ♦

MAILING ADDRESS
P.O. BOX 6100
HAUPPAUGE, NY  11788-0099   ♦

(631) 853-4049
TELECOPIER (631) 853-5169