

**COUNTY OF SUFFOLK**

**STEVE BELLONE**
**SUFFOLK COUNTY EXECUTIVE**

**DENNIS M. COHEN**  **DEPARTMENT OF LAW**
**COUNTY ATTORNEY**

February 7, 2022

Honorable Steven I. Locke, U.S.M.J.
United States District Court, Eastern District of New York
Long Island Federal Courthouse
Central Islip, New York 11722

**Re:   Pflug, et al v. County of Suffolk**
      **Docket: 20-cv-00018 (SIL)**

Dear Judge Locke:

This office represents the Defendant in the above matter. We write with reference to the Court's Minute Order dated December 7, 2021 [DE 36]. Therein, the Court scheduled an appearance on February 8, 2022, for Plaintiff's counsel and his client to appear to address Mr. Moser's motion to withdraw, and afforded defense counsel the option of appearing in person, or filing this letter. As per the directive in the Minute Order, the undersigned does not intend to appear at the hearing and Defendant takes no position concerning the motion.

Respectfully submitted,

Dennis M. Cohen
Suffolk County Attorney

*Hope Senzer Gabor*
By:  Hope Senzer Gabor
     Assistant County Attorney

cc: Steven Moser, Esq. (via ECF)