

Steven J. Moser, Esq.
Phone 631-671-1150
smoser@moseremploymentlaw.com

February 8, 2022

**VIA ECF**

Hon. Steven I. Locke, USMJ
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY  11722

RE:    *Pflug, et al. v. The County of Suffolk,* 20-cv-00018(SIL)

Dear Judge Locke:

     I write to request that the Plaintiff Kristy Pflug be permitted to appear by telephone today, due to childcare issues.  Her 10 year old daughter is at home and is attending school remotely.

                    Respectfully submitted,

                    *Steven J. Moser*

                    Steven J. Moser