| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |
| BEFORE: STEVEN I. LOCKE<br>        U.S. MAGISTRATE JUDGE | DATE: 2/8/22<br>TIME:  10:30 am |

CASE:  **CV 20-0018 (SIL) Pflug et al v. The County Of Suffolk**

TYPE OF CONFERENCE:   MOTION           FTR: 10:34-10:38(SEALED)

APPEARANCES:
    For Plaintiff:   Steven Moser (w/Kristy Pflug)

    For Defendant: Appearance waived

**THE FOLLOWING RULINGS WERE MADE:**

☐    Scheduling Order entered.

☐    The court has adopted and So Ordered the joint proposed scheduling order [   ] submitted by the parties.

☒    Other:  Plaintiff's counsel's motion to withdraw, DE [35], is granted on consent.  This matter is stayed until the next status conference so that Plaintiff may find new counsel.  Next status phone conference:  May 11, 2022 at 12:00pm.  If Plaintiff obtains new counsel prior to the next conference, only counsel need appear.  If Plaintiff is unable to find new counsel she must appear at the next conference.

**COURT APPEARANCES:**
The following conference(s) will be held via the Court's AT&T Conference line:

     5/11/22 at 12:00 pm            : Status conference

**The parties should dial 1-877-336-1829 and enter access code 3002871# at the prompt**

                                    SO ORDERED

                                    /s/Steven I. Locke
                                    STEVEN I. LOCKE
                                    United States Magistrate Judge