UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
───────────────────────────────────────X
KRISTY PFLUG,

               Plaintiff,

    -against-                              Case No. 20-cv-00018 (SIL)

THE COUNTY OF SUFFOLK,                 **NOTICE OF MOTION**
                                                                        **FOR SUMMARY JUDGMENT**

               Defendant.
───────────────────────────────────────X

      PLEASE TAKE NOTICE, that upon the annexed Declaration of Hope Senzer Gabor and the exhibits annexed thereto, Defendant's Statement of Undisputed Material Facts Pursuant to Local Rule 56.1, Defendant's Response to Plaintiff's Counterstatement of Facts Pursuant to Local Rule 56.1, Memorandum of Law in Support of Defendant's Motion for Summary Judgment, and upon all pleadings and proceedings heretofore had herein, Defendants will move this Court, before the Honorable Steven I. Locke, at the United States Courthouse, located at 100 Federal Plaza, Central Islip, New York, for an order pursuant to Fed.R.Civ.P. Rule 56 granting summary judgment dismissing the claim of plaintiff, Kristy Pflug.

Dated:  Hauppauge, New York
          September 8, 2023                          Yours, etc.,

                                                     Dennis M. Brown
                                                     Acting Suffolk County Attorney
                                                   Attorney for Defendant
                                                   100 Veterans Memorial Highway
                                                    P.O. Box 6100
                                                   Hauppauge, New York 11788
                                                   (631) 853-5822

                                                   By: *Hope Senzer Gabor*
                                                   Assistant County Attorney

TO: Yale Pollack, Esq.
     THE LAW OFFICES OF YALE POLLACK, P.C.
     *Attorneys for Plaintiff*
     66 Split Rock Road
     Syosset, New York 11791
     ypollack@yalepollacklaw.com