# EXHIBIT B

1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------x

KRISTY PFLUG,

                    Plaintiff,

        - against -

THE COUNTY OF SUFFOLK,

                    Defendant.

-------------------------------------------x

                    Video Conference

                    April 18, 2023
                    10:17 a.m.

    EXAMINATION BEFORE TRIAL VIA ZOOM of KRISTY
PFLUG, Plaintiff, taken by Defendant, pursuant to
Article 31 of the Civil Practice Law and Rules of
Testimony, and Order, held at the above-noted time
and place, before Abby Lynn Kalberer, a Stenotype
Reporter and Notary Public within and for the State
of New York.



2

1
2  A P P E A R A N C E S:
3
4

     THE LAW OFFICES OF YALE POLLACK, P.C.
5          Attorneys for Plaintiff
        66 Split Rock Road
6          Syosset, New York 11791
7  BY:  YALE POLLACK, ESQ.
8
9  DENNIS M. COHEN, ESQ., SUFFOLK COUNTY
     ATTORNEY
10         Attorneys for Defendants
        100 Veterans Memorial Highway
11         Hauppauge, New York 11788
12 BY:  HOPE GABOR, ESQ.
        ASSISTANT COUNTY ATTORNEY
13
14
15
16
17
18
19
20
21
22
23
24
25

3

1

2              F E D E R A L      S T I P U L A T I O N S

3

4        IT IS HEREBY STIPULATED AND AGREED by and

5    between the attorneys for the respective parties

6    herein, that the sealing, filing and certification

7    of the within deposition be waived;

8        IT IS FURTHER STIPULATED AND AGREED that all

9    objections, except as to form, are reserved to the

10   time of trial;

11       IT IS FURTHER STIPULATED AND AGREED that the

12   transcript of this deposition may be signed before

13   any Notary Public, with the same force and effect as

14   if signed before a clerk or Judge of the Court;

15       IT IS FURTHER STIPULATED AND AGREED that all

16   rights provided to all parties by the F.R.C.P.

17   cannot be deemed waived, and the appropriate

18   sections of the F.R.C.P. shall be controlling with

19   respect thereto.

20

21

22

23

24

25

4

```
1
2                   P R O C E E D I N G S
3
4           THE REPORTER:  The attorneys
5      participating in this deposition
6      acknowledge that I am not physically
7      present in the deposition room and that I
8      will be reporting this deposition
9      remotely.
10          They further acknowledge that, in lieu
11     of an oath administered in person, I will
12     administer the oath remotely, pursuant to
13     Executive Order Number 202.7 issued by
14     Governor Cuomo on March 19, 2020.
15          The parties and their counsel consent
16     to this arrangement and waive any
17     objections to this manner of reporting.
18     Please indicate your agreement on the
19     record.
20          MS. GABOR:  Agreed.
21          MR. POLLACK:  Agreed.
22          THE REPORTER:  Please state your name
23     for the record.
24          THE WITNESS:  Kristy Pflug.
25          THE REPORTER:  Please state your
```

5

1
2              address for the record.
3                   THE WITNESS:  109 Woodlot Road, Ridge,
4              New York 11961.
5  K R I S T Y   P F L U G,
6         having first been duly sworn by the Notary
7         Public, was examined and testified as follows:
8  EXAMINATION BY
9  MS. GABOR:
10        Q    Good morning, Ms. Pflug.  My name is Hope
11  Gabor.  I'm an Assistant County Attorney with the
12  County of Suffolk, and I represent the County of
13  Suffolk regarding a lawsuit which you brought
14  against the County.  Your first amended complaint
15  was dated March 10, 2021.
16             Have you ever been deposed before?
17        A    No.
18        Q    Do you understand that you are under oath?
19        A    Yes.
20        Q    I will be asking you a series of questions
21  concerning the lawsuit that you brought.  If you
22  don't understand anything that I am asking you,
23  please just let me know, and I will try to rephrase
24  it as best I can.  You need to answer all of your
25  questions verbally, so the court reporter can take

6

1              Kristy Pflug

2    down whatever answer you are going to give.  So you

3    can't shake your head, no nods, or anything like

4    that.

5         A    Okay.

6         Q    How did you prepare for this deposition

7    today?

8         A    I just looked over documentation that I

9    had.

10        Q    What did you look over?

11        A    Just my doctors' notes, and answers that I

12   wrote to the inter -- I can never say that word,

13   interrogatories.

14        Q    Interrogatories.

15             Which doctors' notes did you review?

16        A    I have Dr. Erika Jurasits, Dr. McWilliams,

17   Dr. Katherine Wightman, just those three.  And there

18   is also another one, Christine, one of my midwives

19   from awhile ago.  That is the only ones I see that I

20   remember.

21        Q    And you said there was somebody else, but

22   you don't recall the name, a midwife?

23        A    Yeah.  That was from April 27th of 2011.

24   That was just, I think, saying, I went into labor on

25   this day and I delivered on this day.

7

1                         Kristy Pflug

2        Q     And then you also reviewed your

3   interrogatories?

4        A     Right.

5        Q     Did you review the final product, the

6   typed final product of your interrogatories?

7                    MR. POLLACK:  Objection.

8        A     That I believe so.  I don't know where it

9   is anymore.  I looked at my old summary.

10       Q     So you looked at a summary for your

11  interrogatories, but not your actual

12  interrogatories?

13       A     Yeah.  I don't know where that is, I think

14  it's somewhere in my husband's computer and I'm not

15  really familiar with the computer.

16       Q     Did you review any other documents?

17       A     Just the unemployment case that I had and

18  the EEOC documentation.

19       Q     Paperwork that you filed with the EEOC?

20       A     Yeah, or through my other lawyer before

21  Yale.  Steven Moser filed it, I think.  I don't know

22  if the union did it.  It was so long ago.  I don't

23  know who filed it.

24       Q     Okay.  Anything else?

25       A     No.

8

1                    Kristy Pflug

2       Q       Did you speak with your attorney?

3       A       Yes.

4       Q       How long did you speak with Mr. Pollack?

5       A       Not very long.

6       Q       Ten minutes --

7       A       Twenty minutes, 25 minutes.

8       Q       Was that in person or on the phone?

9       A       On the phone.

10      Q       Did you review your complaint?

11      A       Yeah, that was in, I think, everything.

12      Q       The amended complaint?

13      A       Yes.

14      Q       Forgive me for asking this, are you on any
15 medication or drugs which would impair your ability
16 to testify truthfully today?

17      A       No.

18      Q       And have you had any alcohol within the
19 last 24 hours?

20      A       No.

21      Q       Okay.  You can take a break at anytime,
22 you can take as many breaks as you like, the caveat
23 being that you just have to answer the pending
24 question before a break can be taken, do you
25 understand?

9

                         Kristy Pflug

1

2    A    Sure.

3    Q    So your full name is Kristy Pflug?

4    A    Kristy Ann Pflug.

5    Q    Have you ever been known by any other

6  name?

7    A    Yes, Kristy Ann Frascinella was my maiden

8  name.

9         Do you want me to spell that?

10   Q    Yes, you can.

11   A    It is, F-R-A-S-C-I-N-E-L-L-A.

12   Q    Thank you.

13        When did you become Kristy Pflug?

14   A    I got married November 2nd of 2007, but I

15 think it took me awhile to change my name over.  I

16 don't remember how long, it might have been a year

17 to formally change it.

18   Q    What is your spouse's name?

19   A    Eric, E-R-I-C, Pflug.

20   Q    What is his occupation?

21   A    He is a teacher.

22   Q    Where does he teach?

23   A    Southampton High School.

24   Q    What does he teach?

25   A    He teaches technology.

10

|     |   |                                              |
|-----|---|----------------------------------------------|
| 1   |   | Kristy Pflug                                 |
| 2   | Q | Do you have any children?                    |
| 3   | A | Well, obviously have one, which is           |
| 4   |   | Annabelle, which keeps popping up.           |
| 5   | Q | You have one child named Annabelle?          |
| 6   | A | Yes.                                         |
| 7   | Q | How old is she now?                          |
| 8   | A | She just turned 12.                          |
| 9   | Q | What grade is she in?                        |
| 10  | A | Sixth.                                       |
| 11  | Q | How long have you lived at your current      |
| 12  |   | address?                                     |
| 13  | A | We were just here 17 years, wait, let me     |
| 14  |   | think.  We moved in 2009, yeah, 17.          |
| 15  | Q | Are you currently employed?                  |
| 16  | A | No.                                          |
| 17  | Q | What was the last position that you held?    |
| 18  | A | I was a call center representative for       |
| 19  |   | Spectrum Vision Partners.  It was like an eye|
| 20  |   | doctor, conglomerate.                        |
| 21  | Q | When did you get that job?                   |
| 22  | A | I had it June of not last year, the year     |
| 23  |   | before, June of --                           |
| 24  | Q | 2021?                                        |
| 25  | A | June of 2021.                                |

11

1                    Kristy Pflug

2        Q    When did you leave that job?

3        A    Just last month.

4        Q    So March of 2022?

5        A    March of '23, this past month.

6        Q    Why did you leave that job?

7        A    There was staffing shortages to the point

8   where it was getting a little overwhelming.

9        Q    So you voluntarily left?

10       A    Yes.

11       Q    Are you collecting unemployment?

12       A    No.

13       Q    Were you employed prior to the job at

14   Spectrum Vision Partners?

15       A    Yes.  I worked as a school attendant's aid

16   for six months and then --

17       Q    Where was that?  Sorry, I am going to go

18   through your employment.

19       A    That was at Sayville Elementary School.  I

20   don't remember the specific name of the elementary

21   school.

22       Q    And what dates?

23       A    I am trying to think back.  I think it was

24   the same year that I started Spectrum Vision

25   Partners.  I think it was September to January of

12

1                     Kristy Pflug

2      that year.

3          Q     So was it September of 2020 to

4      January 2021?

5          A     Yes, I believe so.

6          Q     Why did you leave that job?

7          A     I got really sick, and it was during the

8      whole COVID thing, and I wound up finding out that I

9      had mold in my bedroom that made me sick for weeks.

10     And it took me awhile to find it, and then once I

11     cleaned that up, I was able to -- I was fine, but

12     because of COVID and trying to get tested and then

13     they told me it was probably COVID because I didn't

14     know about the mold, it went on for weeks, and I was

15     finally forced to resign.

16         Q     Did you collect unemployment?

17         A     No.

18         Q     Did you have a position prior to that?

19         A     I worked as a teacher's aid for a year and

20     a half, so I would have started at Longwood,

21     Longwood School District.

22         Q     Okay.

23         A     That must have been -- we were in 2020, it

24     had to be maybe August.  Maybe 2019, sorry.  It was

25     awhile ago.  And it was like a year and a half that

13

1                         Kristy Pflug

2    I worked there.

3          Q     So August 2019 to --

4          A     Or is that overlapping, is it 2018 maybe?

5    I didn't get all my past employment history, so I

6    don't have it handy right now.

7          Q     That is fine.  If you can't remember, if I

8    leave a space in the transcript, you would be able

9    to fill that in for me?

10         A     Yes.

11   (INSERT)                                    .

12         Q     And what did your job there encompass,

13   what did you do?

14         A     So I was a teacher's aid, so I worked with

15   the kids who had 504's which is like learning

16   disabilities.  And I did that for a year and a half,

17   but that became a little too much also with

18   behavioral issues from the children.

19         Q     Did you resign from that position?

20         A     Yes.

21         Q     And what about prior to that?

22         A     I don't think there was anything prior to

23   that between the County.  And I think that was the

24   first job after the County.

25         Q     What year did you leave the County?

14

1                         Kristy Pflug
2       A     I left July 4th of 2013.
3       Q     So between July 4, 2013 and August of
4   either 2018 or '19.
5       A     Right.  I wasn't working.
6       Q     You were not employed?
7       A     No.
8       Q     Were you looking for a job at that point?
9       A     At that point, I was focusing on my
10  daughter because she was still young.
11      Q     Okay.
12      A     And we didn't have anyone to watch her,
13  and we realized that it wasn't really worth it for
14  me to try to find and start over at a new job while
15  we had her, and I needed someone to watch her, so we
16  kind of outweighed the benefits of me staying home
17  for awhile.  But then money got tight, so I started
18  working when she was old enough to go to school.
19      Q     Okay.  Are you currently looking for a
20  job?
21      A     I am not right now.
22      Q     What is your educational background?
23      A     I have a bachelor's degree in -- bachelor
24  of arts and my major was political science.
25      Q     Where did you graduate from?

15

1                       Kristy Pflug

2       A     Stony Brook University.

3       Q     What year?

4       A     May of, I want to say 2001.

5       Q     So getting to your job at Suffolk County.

6             Can you tell me when you started working

7    for the County?

8       A     It was December of, I want to say, 2002.

9       Q     What position were you hired for?

10      A     Public Safety Dispatcher 1.

11      Q     And what department is that with?

12      A     The Suffolk County Police Department.

13      Q     Can you describe what a Public Safety

14   Dispatcher 1 does?

15      A     Okay.  So when you call 911, you talk to

16   the emergency complaint operator, and they take your

17   call and they take your information, and then they

18   send it through the computer to us.  The dispatcher,

19   who actually receives the calls, reads the calls and

20   dispatches the calls to the police cars, the sector

21   cars, and we coordinate all efforts of that

22   precinct.

23      Q     When you first started working there, did

24   you have a particular shift?

25      A     I was on -- when I was training in my

16

Kristy Pflug

1  first I think year -- I think it was more than that,

2  I was on the two tours, which is 8 to 4 and 4 to 12.

3

4       Q    That is 8 a.m.?

5       A    Sorry, 8 a.m. to 4 p.m., and then 4 p.m.

6  to 12 a.m.  They rotate every week.  One week it is

7  8 to 4, you have two days off, and then the next

8  week it is 4 to 12, and then you have three days

9  off.  It's a rotating shift.

10      Q    Was there any mandated overtime that you

11 had worked when you first started working there?

12      A    Yes.  There were snowstorms, there were

13 thunderstorms, windstorms, mostly storms.  Anything

14 that got really big.  We had the blackout, the big

15 blackout that happened.  Mostly like emergency

16 situations.

17      Q    And how did they mandate the overtime

18 work?

19      A    So we would -- well, if it was like a

20 storm, we would find out usually like sometime

21 during the shift that they were looking for people

22 to stay, and then if they didn't have people to

23 stay, then you were mandated or if they needed extra

24 people because it was -- you know, it went crazy,

25 and they needed extra dispatchers to give out breaks

1              Kristy Pflug

2  and take care of things.  They would do that.

3       Q    How would a mandate work, is based on

4  seniority?

5       A    Yes.

6            MR. POLLACK:  Objection to form.

7       A    So there is a seniority list, and they

8  would go through that and they were in four-hour

9  blocks.

10      Q    Did you ever have a problem working the

11 mandated overtime?

12           MR. POLLACK:  Objection.

13           Kristy, I may object during the course

14           of today's deposition.  It is for purposes

15           for preserving the record.  If I object,

16           if I don't say anything further you should

17           still answer question.  The only time not

18           to answer is if you hear me object and I

19           direct you not to answer the question,

20           okay?

21           THE WITNESS:  Okay.

22           MR. POLLACK:  So even though you hear

23           my objection, you can still answer the

24           question.

25      A    Okay.  I didn't have any problems with

18

1                     Kristy Pflug

2    mandated overtime.

3         Q    And I am talking between the time you

4    started there until the time that you, I guess,

5    became pregnant with your daughter.

6         A    Right.

7         Q    So that would be 2011.

8         A    Yes.

9         Q    When was she born?

10        A    She was -- well, I went into labor on

11   April -- the midnight of April 10th, and it was 95

12   hours and then I finally had her on April 13th of

13   2011.

14        Q    2011, okay.  But you were pregnant also in

15   2010, correct?

16        A    Right.  I worked right up until I

17   literally went into labor.

18        Q    Okay.  So you had no problem doing the

19   mandates prior to that time, correct?

20        A    No.

21        Q    How many mandates would you say you did

22   between 2002 and 2011?

23        A    In the beginning, it wasn't a lot.  We

24   were mandated a few times a year, and then it

25   started increasing before I left by quite a bit, and

19

1              Kristy Pflug

2   it was -- we were being mandated for staffing

3   issues, not storms anymore.  It changed.

4        Q     Did you work a particular command

5   consistent or did you change commands?

6        A     Okay.  So how it works -- I will explain

7   how it works.

8        Q     Thank you.

9        A     They like to put us in a precinct.  There

10  is seven precincts in command.  So command doesn't

11  have a regular dispatcher, but one through seven you

12  have two regular dispatchers.  So, you know, you

13  have a day on your radio and then you have like a

14  relief day is how it works, like they alternated it,

15  but they like to keep us in our regular precinct to

16  get familiar with the area, to get familiar with the

17  officers.  That is how that worked.  And command was

18  just like a relief day, things that we would do.

19       Q     Okay.  So which precinct were you assigned

20  to when you first started working?

21       A     While I was in training, I was going to

22  all the different precincts in training, and then I

23  was in the 5th for a little bit, and then I went to

24  the 7th until I took my leave.

25       Q     How many PSD1s worked in the 7th Precinct

1                        Kristy Pflug

2    just prior to your leaving?

3        A    Like in total?  Like all of the squads?

4        Q    On a shift.

5        A    There is always two.  There is supposed to

6    be two dispatchers per radio, per shift.

7        Q    Were you in a larger room with other

8    dispatchers?

9        A    Right.

10            How it is set up is, it is a giant room.

11   There is no windows to like the outside, there is

12   just windows to the hallway, and then one side is

13   all of the emergency complaint operators and like

14   groups or pods.  And then when they redid our room,

15   we were in twos, so like the 1st and 2nd Precinct

16   sat next to each other, the 3rd and 4th sat next to

17   each other, the 5th and 6th sat next to each other

18   and then the 7th and command sat next to each other.

19            So it was like two dispatchers.  And we

20   were able to talk to each other and lean over so

21   everyone could communicate.

22       Q    So in total, how many PSD1s were working

23   in that room?

24            MR. POLLACK:  Objection.

25       A    I would say there were 18.  And then there

21

1                       Kristy Pflug
2    usually were, I think, four reliefs.  So because we
3    were plugged into the console, we can't just like go
4    take a break, we have to have someone physically
5    come over plug in and let us out.
6         Q    Okay.  So what would happen, what did
7    happen if somebody let's say called in sick one day?
8         A    Then they would try to see who was signed
9    up because you could sign up for overtime, and if
10   there was no one signed up for overtime, then they
11   would mandate someone to come in.
12        Q    And that was based on seniority?
13        A    Yes.
14        Q    So they would have to be fully staffed at
15   all times?
16        A    They should be.  I feel like we may have
17   run like a dispatcher short here and there.  But we
18   couldn't run without enough dispatchers to cover us
19   to have breaks because we literally could not leave
20   our console until someone physically relieved us.
21        Q    And who supervised you, not individual
22   names at this point in time, but what was the chain
23   in command?
24        A    Okay.  So for most of my career it was
25   Public Safety Dispatcher IIs were our immediate

Kristy Pflug

1
2  supervisors, and then we had desk officers which
3  were sergeants, there were usually two to three
4  sergeants that worked in a room, and they were our
5  higher supervisors.  And then we had a backroom that
6  had a lieutenant and a captain.
7       Q    Were there PSDIIIs?
8       A    No.  Not until -- that happened later.  I
9  would say the last few there -- the last few years,
10 that is when they changed over, and the sergeants
11 left, and that became the Public Safety Dispatcher
12 III position.
13      Q    Was that prior to the time that you took
14 your leave in 2011?
15      A    Yeah.  I want to say that that was in
16 effect when I left.
17      Q    Just prior to the time that you left in
18 April of 2011, who were the PSDIIs that you reported
19 to?
20      A    I was on midnights at that time, and Glenn
21 Wrigley was my PSDII.  Do you want me to spell his
22 name?
23      Q    Yes.
24      A    W-R-I-G-L-E-Y.  And Glenn is with two Ns.
25      Q    And was he the only PSDII that --

23

1                         Kristy Pflug

2        A      There was also Linda Bell.

3        Q      Those were the two PSDIIs that supervised

4   you?

5        A      I think there was another one, but for

6   some reason I can't remember.  It was so long ago.

7   If I remember it, I will --

8        Q      I will leave a space in the transcript and

9   you can fill that in when you review it.

10       A      Okay.

11  (INSERT)                                            .

12       Q      And who were the PSDIIIs just prior to the

13  time that you went on leave in April of --

14       A      That is harder because that was like a new

15  thing.  That I am probably not going to remember,

16  because we didn't really report to them directly

17  anymore, we were pretty much dealing with the

18  PSDIIs.

19       Q      And who was the lieutenant and captain at

20  that point in time?  I am talking about the same

21  period of time, April of 2011.

22       A      I think it was Lieutenant Rohrer,

23  R-O-H-R-E-R, and Lieutenant Fischer, I believe it's

24  F-I-S-C-H-E-R. And then I know Captain Hanley came,

25  but I don't remember when he came.

24

Kristy Pflug

1

2      Q      Prior to the time that you went on leave

3  to have your daughter, did you have any disciplinary

4  issues?

5      A      Just once in the very beginning.  My

6  friend was killed before I started working at the

7  County, like five months before, and I had like a

8  lot of stress from that, and I had some digestive

9  issues.  And I did take some time off from that.

10  And then they came out with a sick time abuse, a

11  sick time abuse policy, and they did accuse me of

12  that, and then I went to my doctor and he wrote a

13  whole note that it was irritable bowl syndrome and

14  that they were like excused absences, and that was

15  rescinded.  And that was really the only thing,

16  maybe -- being late here and there in the ten years

17  I was there, but nothing like more specific, I

18  remember.

19              MS. GABOR:  Could we pull up Exhibit

20          A, please.

21      Q    Mrs. Pflug, I am going to show you what

22  has been marked as Exhibit A which is a Police

23  Department County of Suffolk Internal

24  Correspondence.  It's addressed to Lieutenant Rohrer

25  and it's from you.  And it's dated September 4,

25

1                    Kristy Pflug

2    2010.  And it is also Bates stamped SC-450.

3              Can you take a look at that and let me

4    know when you are done reading it.

5         A    Okay.

6         Q    So what is this exactly?  Do you recall

7    writing it?

8         A    Right.  So I was newly pregnant, and there

9    was, you know, some morning sickness, not feeling

10   great with it, and there was -- because it was my

11   first pregnancy, you know, I was worried about

12   having a healthy pregnancy, working -- how I was

13   working on midnights, which is stressful to begin

14   with, so 12 hours is a long shift.

15        Q    So 12 hours is not your normal shift

16   though, correct?

17        A    No.  Eight hours is my normal shift.

18        Q    So the 12 hours would be if you were

19   mandated an additional four hours?

20        A    Right.  And it would depend on the time of

21   day also.  Sometimes you're talking about working

22   until 4 in the morning or come in at 4 in the

23   morning, which are like ungodly hours.  So it became

24   a little extreme.

25        Q    So you submitted this to Lieutenant

26

1                    Kristy Pflug

2   Rohrer, did you get a response?

3        A     I do not remember.

4              MS. GABOR:  Can we scroll to the

5              second page of the document, please.

6        Q     This is also part of Exhibit A, Bates

7   stamped SC-451.

8              So this looks like it is another Internal

9   Correspondence to Lieutenant Rohrer from you.  And

10  it's dated September 9th.  Can you please read that

11  over.

12       A     Okay.

13       Q     And so what are you indicating in here?

14       A     I might have been feeling better.  I know

15  there was like a brief period where I was not

16  feeling good, and then -- I don't remember, I

17  honestly don't, it was so long ago.

18       Q     So it basically says you rescinded your

19  request to not be mandated to work overtime, and

20  that you want to remain on the mandated list?

21       A     Right.

22       Q     And after that date, you did remain on the

23  mandated list?

24       A     I am assuming if I rescinded it, they

25  would have kept me on the mandated list.

27

1                     Kristy Pflug

2        Q    Do you recall how many mandates you may

3    have worked between September 9, 2010 and the date

4    that you left in April of 2011?

5        A    No, but I know that it would be on my

6    timesheet.  They actually had a little spot on the

7    timesheet that would say mandated overtime.

8        Q    Do you have any recollection of

9    approximately how many you may have worked?

10       A    I know it was a lot more than we used to

11   work.  And I remember also like during that time it

12   was a little crazy because they were redoing the

13   communication section in headquarters and we were in

14   the Quarter Master Building, so that caused a little

15   extra chaos too.

16            So I don't have the specifics, but I know

17   it was definitely more than I was in the past.

18            MS. GABOR:  If we could pull up

19            Exhibit B.

20       Q    Looking at Exhibit B.  It is also a County

21   of Suffolk Police Department form, it says

22   Application for Leave of Absence.

23       A    Yes.

24       Q    It is Bates stamped SC-331.

25            Do you recognize this document?

28

1                        Kristy Pflug

2       A     Yes.   This is what I had to fill out to

3   have my child.

4       Q     Okay.   And you were requesting a leave of

5   absence, it says for 365 days.

6       A     Right.   That was the longest they would

7   let us leave when we could come back.

8       Q     So 4/10/11 to end of 4/9/12?

9       A     Right.

10      Q     Was that approved?

11      A     Yes.   I had a year leave of absence.

12            MS. GABOR:   If we could scroll to the

13            second page.

14      Q     That is SC-329.   This is a Department

15   Directive Order Number 11-112.   And this confirms

16   what, that you were --

17      A     That that was -- well, it says June 8th

18   only because I think they had to use a certain

19   amount of my time before that went into effect.

20   But, yeah, that was the leave of absence to have my

21   child.

22      Q     After your leave of absence was up, did

23   you return?

24      A     Yes.

25      Q     And what date did you return?

29

```
 1                    Kristy Pflug
 2       A    I don't remember if it was exactly
 3  April 9th or that might have been -- I got changed
 4  to the two tour.  I got changed to different squads.
 5  So I don't remember if it was April 9th or it was
 6  close to that.  However it fell on my workweek.
 7            MS. GABOR:  Can we pull up Exhibit C,
 8            please.
 9       Q    Do you see Exhibit C in front of you?  It
10  say a Police Department Internal Correspondence
11  again.  And it is dated April 10, 2012.  And it is
12  Bates stamped SC-323.  And it says Subject Returns
13  to Work, and has your name Kristy Pflug.
14            Is that your recollection as to when you
15  returned to work?
16       A    Yes.
17       Q    That says Squad 3, and it has your
18  schedule.  Can you tell me what that means, in other
19  words, 4/10 to 4/14?
20       A    That would be my work week that I would be
21  working 8 a.m. to 4 p.m., and then April 15th and
22  16th would be my regular days off, RDO, regular days
23  off, and then I would have days off after an 8 to 4,
24  and then I would have my 4 p.m. to 12 a.m. for five
25  days.  And then I would have my RDO, regular days
```

1                         Kristy Pflug

2    off as three days.  So that would be the 22nd to the

3    24th.

4         Q     Was that the shift that you had worked

5    prior to you going out on leave?

6         A     No.  I worked midnights when I went out on

7    leave.

8         Q     So this was a different shift?

9         A     Right.  That is why the doctor's note is

10   on the file in that -- I had to have like a month

11   before I brought to their attention that I had some

12   health issues after having my daughter.

13        Q     This is also an Internal Correspondence

14   dated April 9th, and it says that you will change

15   from the Midnight Quad 3 to Rotating Squad 3?

16        A     Right.  There was like a month before I --

17   well, a couple of months after I had my daughter I

18   was diagnosed with transverse myelitis, which is

19   swelling of your spinal cord.  So like three months

20   or four months after I had my daughter I started

21   getting tingliness in my feet, and then spread

22   throughout my body, and then I had to go through all

23   this testing to find out that I had swelling on my

24   spinal cord.  They never really figured out why or

25   what it was from, they said it must have been a

31

Kristy Pflug

1    virus, but they said that I couldn't take steroids

2    because I was breastfeeding.  So they said it would

3    usually, on average, take about a year to rectify

4    the numbness and tingliness and have the swelling go

5    down, but then you're left with scar tissue in your

6    spinal cord.

7            So I presented that doctor's note in

8    saying because he said that stress, working

9    midnights would not help me.  So before I went out

10   on leave, I was having problems with the midnight

11   schedule, with sleeping and not feeling okay.

12           So that is why I requested to go to the

13   two tour, so it would be a more of a normal

14   schedule, but like more like the normal hours.

15   Q     That request was granted?

16   A     Not at first.  As you can see.  At first

17   they told me --

18   Q     That is why I am confused.  What was the

19   Rotating Squad 3 then?

20   A     So you have three squads that they divided

21   us up into -- so you would overlap, so if I was on

22   Squad 3, I would overlap with Squad 2 and Squad 1

23   depending on our rotation.

24           So I should have explained that better

32

1                           Kristy Pflug

2    with the dispatchers.  So one dispatcher -- we have

3    two squads per day.  And half of the dispatchers

4    belong to one squad and half of the dispatchers

5    belong to the second squad.  So you actually have

6    two squads working per day.  But there is only one

7    dispatcher in each radio of that squad.  So we

8    overlap.

9            Am I explaining that right?

10   Q    My question is, how did that effect your

11   hours, your shift?

12   A    It didn't so --

13   Q    The midnight squad was basically one

14   thing --

15   A    Right.  It was the same 12 to 8 shift.  So

16   this was a problem for me because they didn't take

17   me off midnights, they just changed my squad where I

18   was requesting to go to a different squad on the

19   8 a.m. to 4 p.m. and the 4 p.m. to 12 a.m.

20           So they told me that they couldn't change

21   me because there was no one that wanted to go to

22   midnights to take my spot.

23   Q    Were you eventually changed?

24   A    I think like a couple of days before,

25   yeah, they changed me because one of the dispatchers

33

1        Kristy Pflug

2   from the two tour decided to go to the midnights.

3        Q    Two days before what?

4        A    Before I was officially supposed to come

5   back.  It was done like a week or a few days before

6   my first day of work.  They changed me to the two

7   tour.

8        Q    So what is the two tour now?

9        A    Is the 8 p.m. to 4 p.m. and the 4 p.m. to

10  12 a.m. shift.  Midnights were steady midnights, 12

11  a.m. to 8:00 a.m., that was a steady shift.  It

12  still had the two days off and three days off, but

13  that was steady.  So then I wanted to go back to the

14  8 a.m. to 4 p.m. and 4 p.m. to 12 p.m.

15       Q    So when were you placed on that shift the

16  8 a.m. to 4 p.m. and the 4 to 12 shift?

17       A    I don't remember.  I know it was like

18  seven days before my first day of work.

19       Q    So when you got back to work, that was the

20  shift that you --

21       A    Yes.  I was on the two tour when -- my

22  first day back on, I was on the two tour.  I don't

23  remember what squad I was on.  I think I may have

24  been Squad 3 on the two tour.

25       Q    So you didn't have to work midnights?

34

1                          Kristy Pflug

2       A      No, not when I came back.

3       Q      That is what I was trying to get at.

4       A      Sorry.

5       Q      That is okay.  Thank you for explaining

6    it.  We appreciate it.

7              So when you got back, do you remember the

8    first time you were mandated to work overtime?

9       A      I don't think -- I think it was pretty

10   soon.  I want to say it was -- well, I had to be

11   retrained technically.  I think -- I don't remember

12   how long it was, it might have been a week that I

13   had to go back and sit with someone on the radio

14   because I was gone for a year.  So their policy was

15   then you have to be, not retrained, but like

16   refreshed.  So I think that was a week.  And then I

17   believe after that, I was up for mandates, and I

18   think it started relatively soon after.

19      Q      You don't remember how soon after the

20   mandates started?

21      A      I want to say within the first month.  It

22   may have been sooner.  It was awhile ago.

23      Q      And the first time you were mandated, did

24   you work that shift?

25      A      I believe so.

35

1                          Kristy Pflug

2        Q     How long after the first mandate were you

3   then mandated again?

4        A     At that point, there were mandates every

5   week.  At that point -- when I came back to work the

6   mandates were every week, people were getting

7   mandated constantly.  So it was like, now, pretty

8   much everyday somebody was being mandated.  It went

9   through the seniority list.

10       Q     So how many people are on the seniority

11  list?

12       A     Everyone.

13       Q     Meaning everybody, how many people were

14  everybody?

15             MR. POLLACK:  Objection.

16       A     I would say -- I think there is like --

17  what did I say, there is 18 of us, so all 18 of us

18  would be on the mandated list.

19       Q     How often would you have been mandated if

20  there were 18 people on the list?

21       A     Well, at that point, the overtime was so

22  extreme that I think it would have been one to two

23  times a week.

24       Q     Did people volunteer for the shifts?

25       A     Well, a lot of people did try to help me

36

Kristy Pflug

1    out in the beginning because they knew I just had a

2    baby, and I just came back, so they would try to

3    help me, but the overtime was so extreme.  So, yeah,

4    the people that volunteered for the overtime would

5    be the first ones to work the overtime.  And then if

6    there weren't enough people to volunteer, then the

7    mandates would start.

8            And I think at that point there were

9    certain squads that were not fully covered, like,

10   they were not fully staffed.

11       Q    Okay.  When you got back, who was your

12   PSDII?

13       A    I believe it was Sandy Flammer and

14   Jennifer Worthington.

15       Q    So there were two of them?

16       A    Yeah.  There is always two PSDIIs and then

17   there were three PSDIIIs, we would call them.

18       Q    Who were the PSDIIIs?

19       A    Let's see.  Who was on my squad?  I know

20   Petrina Hubner.  And the other two, I don't really

21   remember because I didn't really have many dealings

22   with them.

23       Q    Who would communicate with you concerning

24   a mandate?

37

1                    Kristy Pflug
2      A    It would be through the PSDIIs.
3      Q    So when you got back from your leave, it
4  would be either Sandra Flammer or Jennifer
5  Worthington?
6      A    Right.  Unless -- that was my squad's
7  PSDIIs, but then there would be another squad
8  working with PSDIIs, like another two PSDIIs.  So
9  there would be four PSDIIs or maybe it was two
10  PSDIIs.  I don't remember anymore.  It was so long
11  ago.  And it gets a little confusing with the
12  different squads working at the same time.  But
13  there could have been other PSDIIs there that were
14  from the other squad that could also mandate me.
15           We had an assignment list everyday that we
16  have                           and then behind that
17  woul                           it would tell you -- it
18  was                            here you were on the
19  manc                           ke -- every day, every
20  shi                            right, this person,
21  thi        Stop                  like up for the first
22  thr         ↓                   now that you might have
23  to
24      Q    Okay.  Did there come a time when you had
25  an issue with working a mandate?

38

1                          Kristy Pflug

2          A    Well, when I came back, I had the spinal

3    cord swelling.  And then with that, I also started

4    getting headaches, really terrible headaches that

5    were coming fairly frequently that I've never had

6    before and never dealt with before.  The neurologist

7    said it could have been because of the pregnancy,

8    and hormonal changes and all sorts of things, so

9    that started becoming a problem.

10         Q    Okay.  But my question was, when did you

11   realize that you couldn't work a mandate and you

12   communicated that to somebody?

13         A    I want to say it was relatively quickly

14   because, like I said, I came with prior conditions,

15   so I wanted to say within maybe a month, a few

16   weeks.

17         Q    You don't specifically remember that?

18         A    I think the first note would have been --

19         Q    Are you reading something?

20         A    Well, I have doctors' notes that I have

21   on --

22         Q    Just from your memory, not doctors' notes.

23         A    Oh, then, I don't really -- like, I just

24   know it was relativity soon when I started again.  I

25   would say within a month or a few weeks.

39

Kristy Pflug

1

2    Q    Did you have any other issues with

3    lateness or anything like that when you got back or

4    within the first month or so?

5    A    I think there was like one issue because I

6    was somewhat late, but I just got back, and I was

7    talking to people in the parking lot who hadn't seen

8    me in a year, so I think there was an issue with one

9    lateness.  And then I had to -- I was breastfeeding

10   at that point, so I would have to run home on my

11   meal, breast pump, and then run back to work.  And

12   there were some issues with getting back to work on

13   time.

14            MS. GABOR:  Can we pull up Exhibit D,

15            please.

16   Q    Can you see that?

17   A    Yes.

18   Q    So this is titled Supervisor's Record of

19   Verbal Reprimand, it's dated May 26, 2012.  It's

20   issued to you by Petrina Hubner, PSDIII, and it is

21   Bates SC-474.

22            Have you read this over?

23   A    Right.  April 12th was when I told them --

24   well, I just got back and people were like talking

25   to me in the parking lot, and so I was like, I think

40

1                    Kristy Pflug

2   less than like a minute late.  And they decided to

3   counsel me.  I wasn't even working as a dispatcher,

4   I was training that week.

5            And then I told them I had to go home to

6   breast pump, and that sometimes it might be hard to

7   get back to the minute.  And at that point, my

8   daughter was pretty dependant on me for food, so I

9   had to make sure I did a certain amount.  It was a

10  lot.  It was a lot of pressure going home, coming

11  back.

12           Another time there was a car accident in

13  front of me, where there was a guy who literally was

14  in front of me, was hit by a truck, so I was late

15  going back to meal because I had to check on that

16  person before.  So, it was -- I didn't want to do

17  it.  I didn't want to go home and do it, but I had

18  to do it because there is too many variables when

19  you go home and have to come back.  And I did

20  communicate that to them, but there was no other way

21  to do it.

22       Q    Did you ask for an option of having a room

23  where you could do that?

24       A    That was because I had a mandate.  So

25  obviously I don't know who has breastfed here, but

41

1              Kristy Pflug

2   when you breastfeed, you have to express your milk

3   every so often and you can't wait eight hours to do

4   it.

5              So I looked up the New York State law on

6   it, and I did present that to my PSDIIs for mandates

7   because I could not leave to go home, I had to stay

8   there, so I needed somewhere to breast bump.

9        Q    And you were provided with that

10  accommodation?

11       A    Not at fist.

12       Q    When were you provided with that

13  accommodation?

14       A    Probably within a week or so after

15  bringing it to their attention.  They told me they

16  were exempt from New York State laws.

17       Q    But they did provide you with something,

18  correct?

19       A    When I pushed it, yes.

20       Q    Do you remember what month it was?

21       A    No.

22       Q    Was it April?  Was it May?

23       A    It had to be relatively soon into it

24  because, when I came back I was breastfeeding, so it

25  had to be once the mandate started with me, it had

42

1                        Kristy Pflug

2    to be relatively soon after that because I couldn't

3    go eight hours without expressing my milk otherwise

4    I would have been in severe pain.

5         Q    So my question to you is, so you said you

6    had to go home on your meal break --

7         A    Right, because then I would have to go

8    home to leave bottles for my husband to feed my

9    child.  When I was mandated people would have to

10   come up and grab it in the middle of the night which

11   became very difficult.

12        Q    But that was accomplished, correct?

13             MR. POLLACK:  Objection.

14        A    Thanks to my incredible in-laws, yes.

15        Q    But it was done?

16        A    Yes.

17        Q    So you were mandated, you had managed to

18   get everything accomplished that you needed to

19   concerning breast pumping and et cetera.

20             Were you still having issues with being

21   mandated after that was accommodated for you?

22             MR. POLLACK:  Objection.

23        A    I was still having -- well, it was

24   extremely difficult just to accomplish my regular

25   shift.  And then when I was mandated, it was more

43

                         Kristy Pflug

1

2   difficult, but I also had the headaches on top of

3   that that would flare up here and there, that were

4   starting to effect -- it just seemed to be worse the

5   longer I worked because when we are working at the

6   County, we are staring at four screens, so you're

7   constantly looking at these four screens, and moving

8   your head up because one of them was above the

9   others and it seemed to be triggering my headaches

10  more.

11      Q    Did there come a time when you said I

12  don't want to work mandates?

13      A    It wasn't that I didn't want to work them,

14  I physically and mentally was getting very stressed

15  out about working them.  I felt like I was already

16  pushing myself for my eight-hour shift, and then you

17  add another four hours to that, and then I felt like

18  I was going over my limit on what I could do

19  physically and mentally.

20          Then I presented notes trying to limit my

21  hours just to the eight hours.  I felt like I could

22  manage the eight hours.  And most of the time I

23  could manage my headaches during the eight hours.

24      Q    Were there other people during that period

25  of time that were having issues working mandates?

44

1          Kristy Pflug
2          MR. POLLACK:  Objection.
3     A    There were quite a few of us.
4     Q    And can you tell me who they were?
5     A    I have to remember.  I know John Semiri
6  (phonetic) was having issues, Joseph Motaldo
7  (phonetic) was having issue.  A couple of the ECO's
8  had issues, Annmarie had Cancer.  Quite a few
9  dispatchers were sick or had pretty major health
10 issues.
11    Q    And do you know if they were excused from
12 mandates?
13    A    I want to say at some point we got excused
14 briefly, some were excused I think maybe before me.
15 It was never very long that we were excused, and
16 then we were put right back into mandates.
17    Q    The mandated effected everybody?
18         MR. POLLACK:  Objection.
19    A    Yes.  We were all struggling.
20    Q    What is an X-Day?
21    A    Okay.  So the County has X-Days that are
22 technically an extra day of work that our union said
23 we had more days off then the rest of the County, so
24 we had to work six extra days per year.  So instead
25 of a five-day work week, then you would have a

45

1                    Kristy Pflug

2    six-day work week, which obviously caused issues

3    when you usually have a day off.  And then you only

4    had one day off.

5         Q    Did everyone have to work this six X-Days

6    per year?

7         A    Yes.  But what they used to do was they

8    used to give us like a training day or a ridealong

9    day, and they would give us a break and not make us

10   work the full shift.  Then so it was almost like

11   they tried to make it like not like a workday.  Then

12   the last few years they made it a workday.

13        Q    When you say last few years, when did that

14   start?

15        A    That I cannot specifically say, but it

16   was -- I would say maybe the last five years, three

17   to five years they changed it from being like just a

18   partial workday to a full you're going to do

19   dispatching for the day.

20        Q    That effected everybody?

21        A    Yes.

22             MS. GABOR:  Can we pull up Exhibit E,

23             please?

24        Q    Exhibit E is a Written Reprimand to you

25   dated November 17, 2012 by Sandra Flammer PSDII.

46

1                        Kristy Pflug

2       A     Okay.

3       Q     Can you take a look at that.  It is Bates

4  stamped SC-417.  This references an X-Day, correct?

5       A     Right.

6       Q     And it says, on Saturday, November 3rd you

7  were scheduled for an X-Day, but you didn't show up.

8       A     Right.

9       Q     And was Dennis Lawlor a PSDII at that

10 time?

11      A     Right.

12      Q     He said he spoke with you on the phone and

13 you told him you were unable to come in.

14      A     Yes.

15      Q     What did you say to him?

16      A     It says I wrote a 20-42, is that in there

17 too?

18      Q     It may be the next exhibit.

19      A     Okay.  Can I wait for that before I answer

20 it --

21      Q     I will go through that.  It's to your

22 recollection that you don't recall why you didn't --

23      A     It was awhile ago.  I don't really

24 remember.

25      Q     All right.  It goes on to say that you

47

1                      Kristy Pflug

2    were reprimanded several times regarding --

3         A    Right, which I told you about.  That was

4    from going home breastfeeding and coming back.

5         Q    So it says, on May 26, 2012 you were

6    issued a verbal reprimand for lateness.  And on July

7    10, 2012 you were docked sick time that you

8    attempted to use for an X-Day.

9         A    Right.

10        Q    Is that correct?

11        A    Yes.

12             MS. GABOR:  If we could pull of

13             Exhibit F.

14        A    Yup, that is Super Storm Sandy.  I

15    remember this.

16        Q    So I just want to say, this is Internal

17    Correspondence.  It's to Lieutenant Rohrer from you,

18    dated November 15th --

19        A    Yes.

20        Q    -- 2012.  It's Bates SC-414 and SC-415.

21             So this was your explanation --

22        A    Right.

23        Q    -- why you missed --

24        A    Super Storm Sandy, one of the worst weeks

25    of my life, yes.

48

Kristy Pflug

1    Q    So if you could just explain to me in your
2
3    words, why did you miss that X-Day?
4    A    Okay.  That was the week of Super Storm
5    Sandy.  I think we all remember that pretty vividly.
6    It was crazy.  I was on the radio four days a week,
7    and we were swamped, like literally probably the
8    busiest week of my life on dispatching because it
9    was like never ending.  You wouldn't even be able to
10   finish all of your calls before the end of your
11   shift which was unusual.  We usually were able to
12   not leave a tremendous amount of pages of calls for
13   people.  So it was extremely, extremely stressful.
14          And we were weirdly the only ones with
15   electricity.  So I had people in my house showering.
16   And it was just one of the craziest weeks of my
17   life.  And I literally did not -- I somehow
18   overlooked that I was supposed to have the extra
19   day.
20   Q    So when that person called you and told
21   you to come in, PSDII Lawlor, did he tell you to
22   come in?
23   A    Right.  He told me to come in, but at that
24   point, it was like, I don't remember, if it was like
25   a workday or if my husband wasn't there.  I had no

49

1                     Kristy Pflug

2  one to watch my child last minute.

3      Q    So therefore you did not work that X-Day?

4      A    I did not work that X-day.

5           I also just want to let you know that on

6  X-Days, we never used to be put on the schedule.  So

7  like if we missed a day, it wasn't effecting anyone

8  where they changed that, and they would like put us

9  on the schedule.

10      Q    When was that changed?

11      A    When they started making us work the

12  X-Days instead of doing like a training day or

13  ride-a-long day.

14           MS. GABOR:  Can we pull up Exhibit G.

15      Q    So this is Internal Correspondence from

16  Dennis Lawlor PSDII to Lieutenant Rohrer, and it's

17  concerning the same date of November 3, 2012,

18  SC-418.  Can you please read that.

19      A    Okay.  So this is now getting further into

20  the work.  And at this point I was having my health

21  issues, and then I started having some mental health

22  issues from being so stressed out, that now I

23  started to have a problem with working extra days,

24  working mandates.  I was just physically and

25  mentally having severe, severe problems.

50

1                      Kristy Pflug

2      Q    Isn't this still in reference to on

3  11/3/12 you failed to report to work on an X-Day?

4               MR. POLLACK:  Objection.

5      Q    Isn't this just the same incident we were

6  talking about before concerned Exhibit F?

7               MR. POLLACK:  Objection.

8      A    Is it the same date?

9      Q    Yes.

10     A    Then I don't know what that -- Super Storm

11  Sandy I remember.  Is this a different X-Day or is

12  this the same X-Day?

13     Q    If we go back and look at Exhibit F, it is

14  the same date, November 3, 2012 that he is referring

15  to in Exhibit G.

16     A    I don't -- I am confused.

17     Q    Do you want to look at Exhibit F again?

18               MR. POLLACK:  What is the question?

19               MS. GABOR:  The question is did she

20               agree with this explanation?

21     A    If it was the Super Storm Sandy week, I

22  understood that that was a stressful week, and I

23  missed the day.  I don't remember this part.

24     Q    So when he writes here, PSD Pflug did not

25  call me back when questioned about her reporting to

51

1                    Kristy Pflug

2    work for her X-Day, she replied, when you did call

3    back, you replied, I don't work X-Days.

4         A    That I don't honestly remember.

5         Q    Okay.  And then he said he tried to get

6    her to come into work but she refused.

7         A    I honestly don't remember that.

8         Q    You don't remember that?

9         A    I don't remember.  I remember Super Storm

10   Sandy.  I don't remember saying any of that stuff

11   after.

12        Q    Okay.  After that time, did you work

13   X-Days?

14        A    I don't remember.

15        Q    Did you ever refuse to work any other

16   X-Days?

17             MR. POLLACK:  Objection.

18        A    I don't remember.

19        Q    Going to the second page.

20        A    Okay.

21        Q    If you can read this over.  This is

22   Internal Correspondence to Lieutenant Rohrer from

23   you dated December 1, 2012, Subject Lateness For

24   Meal.

25        A    Okay.

52

1                          Kristy Pflug

2       Q     Did you read this over?

3       A     Yes.

4       Q     So this has to do with the lateness for a

5    meal.  You were home, and then it was something

6    about your phone.

7       A     Yeah.  My daughter cut her lip and then --

8    she got ahold of my phone, and I couldn't find where

9    my cell phone was, and I knew I was mandated, so I

10   didn't want -- I didn't feel safe leaving my phone

11   home without -- going home 4 in the morning in case

12   there was an issue.  So I did call Sandy and did

13   tell her that I was going to be a few minutes late

14   to make sure that someone was covering the few

15   minutes I was going to be late.

16      Q     Okay.  Did you go in that day?

17      A     Yes.

18      Q     You were mandated it says.

19      A     Yeah.  I stayed until 4 a.m.

20      Q     It just had to do with lateness --

21      A     Yeah.  I was just a few minutes, right,

22   because I couldn't find my phone.

23      Q     So you did do the mandate that day?

24      A     I believe so.

25            MS. GABOR:  Can we pull up Exhibit I,

53

                        Kristy Pflug

1
2          please.
3     Q     This is also Internal Correspondence to
4  Lieutenant Rohrer from you dated 12/23/12, and it's
5  SC-422.  Can you please read that over.
6     A     Okay.
7     Q     This has to do with a mandate for your
8  tour on 12/23/12.
9     A     Right.
10    Q     So you were home and then were you to
11 report back for your mandate?
12    A     I was supposed to come in at 4 a.m.
13    Q     Did you report for your mandate that day?
14    A     No.  I reported for my scheduled tour.
15 This was after months of trying to hand in notes
16 saying that I was having difficulties health wise,
17 mentally wise, my daughter had issues and everything
18 was being ignored.
19          So then I felt like I had to start
20 refusing things because I felt like I physically or
21 mentally could not do it.
22    Q     Did you speak with anybody concerning not
23 being able to come in for your mandate that day?
24    A     What do you mean?  A health professional?
25    Q     No.  Somebody at the job.

54

1                    Kristy Pflug

2     A     I believe I did.

3     Q     Does it state this in the letter?

4           MR. POLLACK:  Objection.

5     A     No, it doesn't state it, but I remember --

6  but I feel like I was at this point telling them

7  that I was having problems with mandates and staying

8  until 4 a.m. and coming in at 4 a.m., I wasn't

9  felling well.  I was having mental health issues,

10 very stressed out and feeling overwhelmed.

11    Q     So you were to report at 4 a.m. for your

12 mandate which would be the time 4 to 8, 4 a.m. to 8

13 a.m. --

14    A     Right, a 12-hour shift.

15    Q     And you did not report --

16    A     I felt like I was not going to make it

17 through 12 hours without some serious issues.

18    Q     And you don't recall if you communicated

19 this with someone to tell them --

20    A     I know it was not a secret at this point.

21    Q     That is not my question.  On this

22 particular day, did you communicate with anybody to

23 tell them you were not coming in for your 4 a.m.

24 mandated shift?

25    A     I don't remember.

55

1        Kristy Pflug

2            MS. GABOR:  Can you pull up Exhibit K,

3        please.

4        Q    This is an Internal Correspondence to

5    Lieutenant Rohrer from Chris Glynn, SC-424.  If you

6    can read this and I will ask you some questions.

7            So the first paragraph says that

8    Ms. Flammer had a discussion with you or

9    conversation with you on December 21, 2012 regarding

10   I guess the 4 a.m. mandate or tour?

11       A    Yes.

12       Q    And it states here that you told

13   Ms. Flammer that you didn't like coming in at 4 a.m.

14   since you didn't want to inconvenience your in-laws

15   by making them get up in the middle of the night to

16   watch your daughter.

17       A    Right.

18       Q    And you also told her that your husband

19   would be starting his vacation soon and then you

20   would be better to come in at 4 a.m.; is that

21   correct?

22       A    Right.  At this point, they were not

23   giving us any leniency with anything, and they were

24   not giving us any flexibility.  So I was trying to

25   tell them I can do 4 a.m. at this time, but could

1              Kristy Pflug

2    not do 4 a.m. at this time because it was a

3    extremely difficult time to get someone to watch my

4    daughter and I couldn't leave her because my husband

5    left at 5 or 6 in the morning, so I can't leave her

6    with no one, so it -- there was no flexibility.  I

7    provided numerous notes and there was nothing given.

8    So I started just refusing.  I had no other option

9    at that point.

10        Q     So you recall this conversation then?

11        A     Yeah.

12        Q     And it goes on to say during the

13   conversation you also said that they had better not

14   mandate you on Christmas since you were mandated on

15   Thanksgiving.

16              Is that statement accurate?

17        A     I think it is somewhat accurate, but that

18   was the point where I felt like I was being picked

19   on and purposely being punished because of my

20   issues.  And their refusals of the doctors' notes

21   and constantly providing doctors' notes.  So right,

22   I was told that I was exempt from mandates, and then

23   on Thanksgiving night they told me that I was no

24   longer exempt and they mandated me that night.  And

25   I thought that was kind of suspicious that on

57

1                        Kristy Pflug
2    Thanksgiving they would decide to do that, and the
3    County is not even open.
4         Q    Who told you you were exempt from
5    mandates?
6         A    I don't remember.  There was a brief point
7    where a few of us were excused from mandates, but it
8    was very brief.  I don't remember.  It had to be
9    around Thanksgiving where we were -- I think before
10   Thanksgiving we were given maybe a week or two of
11   being exempt, and like I said, there was a group of
12   us and then they took it away.
13        Q    So who was in that group?
14        A    I don't even remember, but I know there
15   was quite a few of us.  I would say maybe six
16   to -- maybe around six of us or eight of us that
17   were exempt for a brief period of time.
18        Q    Do you remember the names of the five
19   others people in that group?
20        A    It was a long time ago.  I don't know if
21   one was John Semiri, he might have been with me on
22   that list.  I feel like there was a list given by
23   the County.  Everything was in writing.  So I felt
24   like there was some kind of documentation provided
25   saying that we were exempt, and that there was a

58

Kristy Pflug

1    group of us.  Like I feel like I saw something with
2    a list of names that the County provided.  But I
3    don't think I have it.  I feel like I did see
4    something like that.  But like I said, it was very
5    brief.
6
7          Q    Do you recall --
8          A    Where it came from?
9          Q    Yes.
10         A    Because I know they were changing.  We
11   were supposed to send our notes to one person and
12   then they made up this new department that we were
13   supposed to send the notes to.  So it was very
14   confusing for that year of what was going on because
15   they were going back and forth what they were doing.
16              And then I think shortly after that it
17   became either Fit For Duty or Not Fit For Duty, was
18   the policy.
19         Q    Okay.  Who told you about that policy?
20         A    That was -- I don't think it was ever
21   written down.  I remember we were all sitting at our
22   consoles when it came out and they told us that was
23   the new policy.
24         Q    Was that before Thanksgiving of that year
25   2012?

59

Kristy Pflug

1    A    After.

2    Q    Was it before Christmas?

3    A    It might have been.  And I remember we
4    were all upset because we were Fit for an eight-hour
5    shift, but once you talk about a 12-hour shift, then
6    we are doing that one to two times a week extra, it
7    became a lot more stressful for us.

8    Q    When you say "us," is that everybody that
9    was in the room?

10   A    Honestly, we were all stressed out.  We
11   would come into work and we would read the first
12   three names to the entire room and then everybody
13   would start freaking out, about, Oh, my, God, I'm
14   staying, I have to get this done, Oh, God, I am
15   staying.  It was every single shift.  It was like a
16   panic to see who was up for mandates.  That was
17   across the board, but for us who had issues, health
18   issues, it was even worse.

19   Q    Was there anyone else that refused to work
20   mandates, that you know of?

21   A    Not that I know of.

22   Q    So the other people in that group who were
23   initially excused --

24   A    Yeah, I think we all -- I think they

60

Kristy Pflug

1   worked, I don't remember specifically if anyone --
2   they worked different shifts than me, and different
3   days than me, so I don't know.  I don't remember.
4
5        Q    We went through the Christmas one --
6        A    And I was not trying to be super
7   disobedient.  I came in for my shift, I just wasn't
8   coming in for the mandate.  But I was still trying
9   to work my scheduled shift.
10       Q    So then the last paragraph of this Exhibit
11  J says, the following day, Saturday, December 22nd,
12  PSDII De'Abreau, who is that?  You didn't mention
13  her --
14       A    Yeah, Nicole.  She is another PSDII from a
15  different squad.
16       Q    And she mandated you to come in at 4 a.m.
17  on Sunday, December 23rd?
18       A    Right.
19       Q    And then you called in.  What is a 301?
20       A    I think that is sick.  So I called in sick
21  for the mandate, and then I worked my regular shift.
22            Like I said, at this point I didn't feel
23  like there were a lot of options and I was trying to
24  work my scheduled shift, but I just couldn't do the
25  extra four hours because it was pushing me, and I

61

Kristy Pflug

1   was starting to have a lot more stress, and then I
2   started to have a lot of more mental health issues
3   from it where I felt completely overwhelmed and like
4   nobody was helping me and no one cared.
5
6       Q    But there were people with other health
7   issues that you know of that also had to work the
8   mandates during that period of time?
9            MR. POLLACK:   Objection.
10      A    Correct.
11           But we were all in different stages also
12  in life where people needed the job for like
13  survival, and I was lucky my husband made good money
14  to the point where I was weighing, is it worth it to
15  keep pushing myself to the extreme, or is it worth
16  leaving and just trying to struggle on my husband's
17  salary.  Other people didn't have that, they had to
18  work.  So they had no choice how horrible they were
19  feeling, they had to work.
20      Q    Okay.  And you know that every single
21  person had to work that was their situation?
22      A    I knew a lot of them did.
23      Q    Can you give me any names?
24      A    Well, I talked to John Semiri a lot.  I
25  know that him and his wife, they couldn't survive on

62

1                        Kristy Pflug

2     the one salary.

3          Q     Is he still there?

4          A     He is retired.

5          Q     When did he retire?

6          A     That I don't know.

7          Q     Did he work there until he retired?

8          A     Yes.  He might have went out early.  As

9     far as I know, he retired.

10         Q     During this period of time, did you have a

11    union rep?

12         A     Yes.  Well, we had a union president which

13    was Suzanne McBride.

14         Q     Did you speak with Suzanne McBride

15    about --

16         A     Frequently.  All of the time.  She knows

17    everything.

18         Q     And were any grievances filed on your

19    behalf?

20         A     I believe so.

21         Q     Do you have copies of those?

22         A     I don't.  I don't remember.  I mean

23    Suzanne knew everything.  And the union was a big

24    problem.  The union covered mostly County employees

25    and not police department employees.  So because our

63

1                      Kristy Pflug

2    bosses were police, they never wanted to push things

3    for us.  So I honestly feel like the union was a

4    complete failure for my entire time there, and all

5    my problems.  I felt like they didn't help me at

6    all.

7         Q     Are you saying Suzanne McBride didn't help

8    you at all?

9         A     She tried, but she couldn't get the union

10   to do a lot for us, and that was a constant problem.

11        Q     What did she try to do that she could not

12   do?

13        A     I know she tried to -- I think she tried

14   to get mandates addressed in a better and more

15   flexible way for us to work with them.  She also

16   tried to fight the X-Days saying that they were

17   unfair and possibly illegal.  And I think they did

18   win a lawsuit about the X-Days.  I remember getting

19   something about that.

20        Q     When was that?

21        A     I want to say a few years.  There was a

22   list, we got money back for X-Days for people that

23   worked the X-Days.  Yeah, they were somehow brought

24   to court, and I believe they were ruled that they

25   couldn't do that.

64

                    Kristy Pflug

1

2      Q    This was after you had already resigned,

3  correct?

4      A    Yes.

5           MS. GABOR:  Can we please pull up

6           Exhibit K.

7      Q    This is Internal Correspondence from Chris

8  Glynn PSDIII, dated 12/25/12, Bates SC-4242.  Can

9  you please read that.

10     A    Right.  This is -- like I said, at this

11  point things were snowballing.

12     Q    Let me ask you a few pointed questions

13  about it.

14          So it says on approximately 2340 hours on

15  December 24, 2012 you called Chris Glynn and you

16  told him you could not do the 4 to 8 overtime that

17  you were mandated for.

18     A    Right.

19     Q    And he questioned you as to how you were

20  sick for the overtime, but you were able to work

21  your regular tour.

22     A    Right.

23     Q    And what was your explanation?

24     A    I said I provided numerous doctors' notes,

25  that most of the time I could handle the eight

65

Kristy Pflug

1    hours, but I couldn't handle the 12.  But they

2    refused the doctors' notes.  So at this point, I

3    didn't know what else more to say, and it became a

4    constant problem because I already explained I

5    couldn't do it.

6

7        Q     Okay.

8        A     This went on for months.

9        Q     The last paragraph it says it was the

10   undesigned intention to issue a Written Reprimand to

11   you, but in light of the existing disciplinary

12   action against you, the undersigned was advised not

13   to proceed further.

14            Was there any existing disciplinary action

15   against you as of December 25, 2012?

16            MR. POLLACK:  Objection.

17       A     Yeah.  I believe they were at this point,

18   gathering things to -- charges, they were going to

19   bring me up on charges.

20       Q     Did you discuss this with the union?

21       A     Yeah.  Well, they did bring me up on

22   charges.

23       Q     When was that?

24       A     I don't remember the exact date, but I

25   was -- it was supposed to be my last day of work, I

66

1                    Kristy Pflug

2  was quitting, and I verbally told them I was

3  quitting, I gave them a week notice.  They had a

4  whole party planned for me, and they brought me into

5  Internal Affairs, and they sat me down, they

6  wouldn't let me leave the room.  They got me some

7  random union rep who did not know me, and they

8  brought me up on 32 charges.

9       Q    Okay.  We will get to that a little later.

10 But now I am talking about what was pending or the

11 existing disciplinary action which was pending

12 against you as of December 25, 2012.

13      A    Well, that is what I would assume they

14 were talking about, but I didn't know about that

15 then.  I didn't know about that until the day of.

16 That is what I was reading it as, as of that day

17 they were planning to do that from back then and

18 that is why.

19      Q    The union was aware of this at that time?

20      A    No, no one was aware.

21           Well, we knew something was coming because

22 you could only refuse so much until you would get in

23 trouble.  So we all knew something was coming and

24 the union was not helping.

25      Q    When you say "we knew something was going

67

1                              Kristy Pflug

2    to happen," who is the we?

3         A     Suzanne who I was discussing this with,

4    and all of the other dispatchers knew that

5    eventually something was going to come down on me.

6              There were little things that were

7    happening here and there that were showing, you

8    know, trying to make me an example for me being

9    disobedient.

10        Q     Such as what?

11        A     We had our regular scheduled precinct, and

12   I was moved around every day into different

13   precincts that weren't my regular precinct and that

14   was not happening to anybody else.  And I confronted

15   them if I was being punished and they said, no.  But

16   I was the only one being moved around to different

17   precincts, pretty much every day.

18        Q     Why would you consider that a punishment?

19        A     Because that is not what they did.

20             You had your regular radio every other

21   day, and then you had a release day.  That is how it

22   always was.  I was in the 2nd Precinct at this

23   point, so I had the 2nd Precinct two days or three

24   days, and then I would have release days or command,

25   that is how it always was.  And then all of a sudden

68

```
 1                      Kristy Pflug
 2    I started getting moved all around to different
 3    precincts, and it wasn't happening to anybody else.
 4        Q     Did that effect your work product at all?
 5              MR. POLLACK:   Objection.
 6        A     It was very stressful going into certain
 7    precincts where I was not familiar with the area or
 8    the police officers.
 9        Q     Was that considered a demotion?
10              MR. POLLACK:   Objection.
11        A     Well, I was the only one it was happening
12    to, so I think it was supposed to be like a
13    punishment that everyone else saw.  They all saw me
14    going into different precincts every day, it was
15    well known among the floor.
16        Q     Did Suzanne McBride have knowledge of
17    this?
18              MR. POLLACK:   Objection.
19        A     I believe so.
20        Q     Did she file a grievance on your behalf?
21              MR. POLLACK:   Objection.
22        A     I don't remember.
23        Q     Do you remember ever signing a grievance
24    for the union to submit on your behalf?
25        A     I don't remember.
```

69

1                         Kristy Pflug

2              Because everything is kind of intermixed

3      from that year.  I don't remember if the union ever

4      really got involved.  At that point, the union

5      wasn't getting involved about a lot.  So there was

6      really no repercussions for us because the union

7      didn't want to get involved.

8         Q     Is that what you were told?

9         A     I don't remember if I was told

10     specifically, but it was well known among everyone.

11     You could ask any dispatcher, probably even to this

12     day how the union was and how terrible they were

13     with us.

14        Q     Did you discuss this with Suzanne McBride?

15              MR. POLLACK:  Objection.

16        A     Yes.

17        Q     How did she respond to that?

18        A     She said just deal with it.

19              MS. GABOR:  Can we pull up Exhibit L,

20              please.

21        Q     This is Internal Correspondence to

22     Lieutenant Rohrer from you dated January 8, 2013,

23     subject Mandated, Bates SC-462.

24        A     Right.

25        Q     On January 8th, you were advised that you

70

1           Kristy Pflug

2    were mandated to stay at 1600 hours, so that would

3    be 8:00, you have a doctor's appointment --

4        A    4:00.

5        Q    I'm sorry.

6             -- so you had a doctor's appointment, you

7    cannot reschedule --

8        A    Right.  I had a doctor's appointment at

9    5:45 p.m.  So I had a doctor's appointment at 5:45.

10   It was one of the specialists, I believe, and I knew

11   it was not going to be something that I could

12   reschedule.  At that point I needed to go to the

13   doctors because like I said, I was having different

14   issues and I was trying to make my doctor's

15   appointment to take care of my health.  There is no

16   flexibility, like, can I skip my mandate today and

17   do it tomorrow, there was nothing like that.

18       Q    Right.  So therefore you did not do the

19   mandate --

20       A    Right.  Correct.

21       Q    This is a Supervisor's Complaint report,

22   dated January 8, 2013.

23       A    Right.  I told you at this point, I felt

24   like I had no other option but to just straight out

25   refuse, because nothing else was given to me, and

71

1                    Kristy Pflug

2   they would not work with me in any capacity changing

3   days of mandates to try to make it, nothing.  So

4   this is when I just started refusing.

5        Q    So it says another dispatcher was mandated

6   to cover your AWOL.

7        A    Right.

8        Q    And that this was not your first

9   refusal --

10       A    Right --

11       Q    -- of a direct order by a Communications

12   Supervisor for mandate?

13       A    Correct.

14       Q    Did you know what the ramifications were

15   at that time for refusing a direct order by a

16   Communications Supervisor?

17       A    I wasn't exactly sure.  I knew something

18   was going to happen, I just didn't know what.

19       Q    Did you ask Suzanne McBride what the

20   ramifications would be?

21       A    Probably, but I don't remember

22   specifically anymore the exact conversations that we

23   had.  I just remember I did fill her in on

24   everything that was going on with me, and that I

25   felt like I had no other option at this point, but I

72

1              Kristy Pflug

2   should just outright refuse, and I knew I was

3   probably on borrowed time.

4      Q    When you say "on borrowed time" what do

5   you mean?

6      A    I knew something was going to happen, and

7   that is why I eventually quit.  Well, I tried to

8   quit.  I should correct that, tried to quit.

9      Q    When you say you "tried to quit," you did

10  resign, correct?

11     A    The second time.  I resigned the first

12  time, and that is when I was charged.  That was my

13  last day of work.

14     Q    When was the first time you resigned?

15     A    Whatever the date was of the 32 charges

16  was my day of my first resignation.

17             MS. GABOR:  Does anyone want to take a

18          short break?

19             MR. POLLACK:  It works for me.

20             MS. GABOR:  Why don't we take a

21          ten-minute break.

22             THE WITNESS:  Okay.

23             (Whereupon, a break was taken from

24          11:59 a.m. to 12:19 p.m.)

25             MS. GABOR:  Can we pull up Exhibit M,

73

Kristy Pflug

1
2          please.
3     Q     This is Exhibit M, Internal Correspondence
4  to Lieutenant Rohrer from Kristy Pflug, dated
5  4/16/13, subject requested 42, Bates number SC-464
6  and 465.  It is two pages.
7          Do you recall this document?
8     A     Yes.
9     Q     It basically says on April 16th you were
10 asked to write this statement regarding your belief
11 that you have been subjected to a hostile work
12 environment?
13    A     Right.
14    Q     What is your definition of a hostile work
15 environment?
16    A     Where you feel like you're constantly
17 being punished without being punished.  Like I just
18 felt like I was constantly -- coworkers were
19 becoming hostile to me and talking about me and
20 other supervisors -- like Dave Ramirez had a
21 45-minute conversation about how I thought I was
22 special and how I was inconveniencing everyone
23 because of my breastfeeding breaks that I had to do
24 mandates.
25    Q     Who is Dave Ramirez?

74

Kristy Pflug

1    A    He is a supervisor.  He is a PSDIII.  He
2  shouldn't even be a supervisor, but, yeah, there
3  were a few instances.

4    Q    So who else?  What coworkers were becoming
5  hostile?

6    A    I know Vinny Canosa (phonetic) at the time
7  was making statements.  I believe a few dispatchers
8  were getting upset with me.

9    Q    I am sorry, was he a PSDI?

10    A    Yes.

11    Q    Who else?

12    A    I don't remember specifics, but I remember
13  hearing through the grapevine because we are all in
14  one room, muttering when I would go get my break to
15  do my breast pumping, and when I came back, there
16  would be more muttering.

17        Like I said, Dave Ramirez told me for 45
18  minutes, he was nonstop about it to the point where
19  I was crying.

20    Q    Where did this happen, and when?

21    A    I was dispatching.  I was actually
22  dispatching the radio and he decided to lean over
23  the console and have this whole conversation with
24  me.

75

Kristy Pflug

1   Q     For 45 minutes he leaned over the console?

2   A     Oh, yes.  He was known -- you can ask any

3   dispatcher about Dave Ramirez, he was well-known.

4   Q     When was this?

5   A     I don't remember.  I think it was on a

6   mandate or overtime.  But I don't remember the

7   specific date or time, I just remember being

8   subjected to that.

9   Q     Who else was becoming hostile?

10  A     Like I said, they were just muttering.

11  Like I said, they were changing my radio, which I

12  felt like they were antagonizing me a little bit,

13  and then I tried to talk to the lieutenant and the

14  captain where they were just kind of blowing me

15  off --

16  Q     So you tried to talk to the lieutenant and

17  the captain?

18  A     Right.  I tried to explain it to Captain

19  Hanley.  I had a conversation with him.  I am like

20  the job I left is not the job I came back to.  He

21  said well, no one told you that you had to come

22  back, I said that is not even what I'm talking

23  about.  I said, you know, we started this job, there

24  were a few mandates a year.  I believe in the year

76

                    Kristy Pflug

1

2     2012 there were 600 mandates in our department which

3     was extreme, and they didn't seem to care that we

4     were struggling at all.

5          Q    And everyone was mandated, correct?

6          A    Everyone was struggling, yes.

7               MR. POLLACK:  Objection.

8          Q    Who else did you talk to?  Did you talk to

9     Lieutenant Rohrer?

10         A    I think I talked to Lieutenant Rohrer

11    about certain things.  And then I talked to

12    Lieutenant Fischer about things, but there were

13    other things that made me uncomfortable discussing

14    things with them, that I don't really want to get

15    into, but it was difficult, especially talking to

16    men about, you know, breastfeeding and mental

17    health.

18              And we were treated differently as

19    civilians with the police, and that is a fact.  We

20    were unarmed.  We were not police officers.  And we

21    did not get the respect that a police officer would

22    get, and especially being a female, there was also

23    that feeling.

24         Q    There were female PSDIIs, right?

25         A    Uh-huh.

77

1                        Kristy Pflug

2      Q      Were there female PSDIIIs, as well?

3      A      Yup.  Sandy Flammer told me I should wean

4   my child, which I thought was completely

5   inappropriate.  And she was a fellow female.

6   Females didn't stick together.  Everyone cowtailed

7   to the lieutenants and captains, no one would say

8   anything or help anybody else.

9      Q      So you felt this issue was unique to you,

10  correct?

11     A      I am trying to find the right words.  They

12  singling me out.  I did feel like I was singled out

13  compared to others.

14     Q      So this goes on to say you returned to

15  work April 20th and you requested time with a union

16  rep to write the additional 42?

17     A      Correct.

18            MS. GABOR:  Let's go on to Exhibit N.

19     Q      So this is also an Internal Correspondence

20  to Lieutenant Rohrer from you dated April 22, 2013.

21  Subject requested 42.  It is four pages SC466, 467,

22  478, 469.

23            Take your time to read through it, okay?

24     A      Okay.  So like it is hard --

25     Q      There is no question pending.

1          Kristy Pflug
2          MR. POLLACK:   There is no question.
3     Q    Are you finished?
4     A    I am done reading it.
5     Q    It says on Tuesday, April 16th you
6     requested to speak with Lieutenant Rohrer through
7     your PSDII Jen Worthington.
8     A    This 42 that I was trying to get the day
9     off and find out -- yeah, well, certain supervisors
10    weren't as good as others, would drag their feet
11    about stuff, so I guess that is what this is about.
12    I don't remember specifics of it.
13    Q    What did you say to Jen Worthington?
14    A    I don't remember.  It was so long ago.  I
15    don't exactly remember this exact situation.
16    Q    It says with reference to an incident, I
17    went through earlier in the day.  If you look at the
18    first paragraph.
19    A    I honestly don't remember what the
20    incident was.  I don't even know if Jen Worthington
21    would remember at the point.  It's been so long.
22    But I do not remember that specific incident.
23    Q    You don't remember if your daughter was
24    sick?  It goes on to explain it.  This doesn't
25    refresh your recollection as to what happened?

79

1                    Kristy Pflug

2            MR. POLLACK:  Objection.

3      A    No, I don't.  I don't remember exactly

4  what happened before that.  This does not ring a

5  bell.

6      Q    Going down further on that page, you

7  called a PSDII phone line and got PSDIII Tina

8  Totten.  Do you remember speaking with her?

9      A    I remember who she was and what she could

10  be like, yes.

11      Q    But you don't remember the specifics

12  speaking with her?

13      A    Unfortunately, no.  For some reason it is

14  not triggering anything.

15      Q    Did PSDII Jenny Devine call you back?

16      A    I can't remember this incident.

17      Q    Okay.  If you go to the second page at the

18  end of the first paragraph.  You requested a meeting

19  with Lieutenant Rohrer because you felt it was

20  unacceptable and frustrating.

21            So whatever this is referring to, you

22  don't recall what was unacceptable and frustrating?

23            MR. POLLACK:  Objection.

24      A    Which is weird because usually I have an

25  elephant memory, and I cannot remember the specifics

80

1                          Kristy Pflug

2    of that one.

3        Q    Okay.  And then it goes on to say, while

4    in the same meeting, I guess you met with Lieutenant

5    Rohrer, wanted to know if she felt this was related

6    to a previous discussion of what you felt was a

7    hostile working environment due to the breaks I take

8    under New York State Laws as a breastfeeding mother.

9            Does this bring back any recollection of a

10   conversation that you had with Lieutenant Rohrer?

11       A    I vaguely remember what was going on at

12   that time, but I can't remember the specifics to

13   make that clearer unfortunately.  I can't.  I don't

14   know.  I don't remember.

15           MR. POLLACK:  Kristy, that is okay.

16       Q    That is fine.

17           Then if you go to the third page.  It

18   says, Lieutenant Rohrer also wanted you to write a

19   42 about what you feel is a hostile working

20   environment referenced when you take your breaks.

21           Do you recall that?

22       A    Right.  At this point, I was -- the union

23   was not really giving me much, and I felt like I was

24   going to have to escalate it to get my own private

25   lawyer to find out if there was anything that could

81

                            Kristy Pflug

1

2    be done with what was going on.

3              So I was dragging my feet a little bit

4    about -- because I knew it is not easy to prove a

5    hostile working environment, and it is more involved

6    than what you're seeing.  Because there were things

7    that happened before I went out on maternity leave

8    that involved certain people, and it raised issues

9    with certain people, and then when I came back from

10   maternity leave it kind of picked up and changed

11   direction a little bit.  I would have to go further

12   back.

13        Q    Okay.  So let's go further back.  So you

14   said there were issues before you took maternity

15   leave.  What were those issues?

16        A    Okay.  So before I look maternity leave, I

17   was going for two different jobs within the County.

18   It was like almost like a promotion.  It would have

19   been a day tour in Pistol Licensing or Background

20   Investigation.  So they were civilianizing a couple

21   of positions in there.  And I was going for that

22   hoping that I can get onto like a steady shift,

23   steady days off which would make life easier.

24              While I was going through this process, I

25   did really well on the first interviews, and then

82

1        Kristy Pflug

2   the second interview with Pistol Licensing, they

3   started going off about all of these things I did

4   wrong.  And they said they spoke to one of my

5   supervisors who told them I was a sick time abuser,

6   that I bragged about calling in sick when I wasn't

7   sick, and I didn't know what they were talking

8   about.  So before I went out on maternity leave --

9   now I was shocked.  I mean I went home crying

10  because I felt like somebody badmouthed me for stuff

11  that wasn't even me, I knew it was a different

12  dispatcher they were talking about.

13          And so the lieutenant forced me to take my

14  name off the list to be considered.

15      Q    All right.  Let me back up.  You just gave

16  me a lot of information.

17          So you had interviewed for a different

18  position --

19      A    Right.

20      Q    -- with Pistol Licensing?

21      A    Yes.  And Background Investigation.  I had

22  two different interviews.  It was a salary grade

23  higher, and it was steady hours.  And I made it past

24  the interview of Pistol Licensing and I came in for

25  the second interview.  On the second interview --

83

1                     Kristy Pflug

2       Q     Do you recall who you interviewed with?

3       A     It was a female lieutenant in Pistol

4  Licensing, I think her first name was Kim.  I think

5  she was from the 4th Precinct.  I don't remember her

6  last name.  I think her first name was Kim and there

7  was a sergeant in the room with us.

8       Q     Okay.

9       A     And it went really, really bad.  I don't

10  even think --

11      Q     Ms. Pflug, do you remember when that was,

12  what month, what year?

13      A     That was -- I was pregnant.  I knew I was

14  pregnant.  And I think it was a few, maybe two or

15  three months before I went out on maternity leave.

16      Q     Okay.  So was it in 2010 or was it in

17  2011?

18      A     I think I went out in April.  It might be

19  somewhere on the border of that.

20      Q     Okay.  So late --

21      A     Late 2010 or I think early 2011.  It was

22  somewhere in that time period.

23      Q     So you said the interview did not go well.

24      A     The second interview -- the first

25  interview went really well, the second interview did

84

1                        Kristy Pflug

2    not go well.

3         Q    And what happened?

4         A    She told me she called the Communication

5    Section and spoke to someone who told her that I was

6    a sick time abuser, that I bragged about -- we call

7    it banging in when you call in sick, so I was

8    bragging about banging in to go somewhere.

9              She was bringing up all these things up

10   that I had no idea what she was talking about.  So

11   then I went back to my immediate supervisors trying

12   to find out what supervisor said that.  It turned

13   out it was Petrina Hubner who was my PSDIII when I

14   came back from maternity leave.  Petrina Hubner who

15   was the one that was constantly disciplining me and

16   who was on everything, Petrina Hubner.  So I felt

17   like as soon as I came back to work, it was like

18   purposely done that I was put on her squad.

19        Q    Now, why would Petrina Hubner say

20   something negative about you if you believe it was

21   not true?

22        A    I confronted her about it before I went

23   out.

24              MR. POLLACK:  Objection.

25        Q    You did?

85

1                      Kristy Pflug

2        A     Yes.

3        Q     What did she say?

4        A     She said she did say it.  And she said --

5    I said, well, why would you say stuff that wasn't

6    even true.  She was never my immediate supervisor.

7    I barely knew her.  I have no idea to this day why

8    she said it, but she did admit she said it.  And I

9    said it was not even true.  I said the sick time

10   abuse was rescinded.  I said that it shouldn't even

11   have been brought up.  And I said, that wasn't me

12   that was the dispatcher, it was a girl Regan who was

13   a dispatcher.

14            So you told this job all these things that

15   were not true, and I did not get the job, and was

16   force to rescind myself from the job, and was

17   humiliated in that interview.  And she admitted it.

18       Q     What did she say?

19       A     She said, well, she felt like she had to

20   be honest.  I said you were never my immediate

21   supervisor so why did you say anything at all, you

22   had no idea.  You've never actually supervised me.

23   And she just shrugged it off, and never explained

24   why she did what she did.

25            But then when I came back from maternity

1                        Kristy Pflug

2      leave that was my PSDIII and she was behind a lot of

3      the things that were done to me.

4          Q     Well, I saw one reference, it was one of

5      the past exhibits where she wrote something up.

6          A     Right.  They forced me to go to employee

7      assistance to speak to this woman Candy and she --

8          Q     When was that?

9          A     She drove me there.

10         Q     When was that?

11         A     That was somewhere in the year.  They told

12     me that I was either Fit or Not Fit For Duty.  And

13     then I came in to work my shift, and they told me I

14     had to go see Candy at employee assistance.  And I

15     said I don't want to see her, why do I have to see?

16     They were like, they are recommending you see if you

17     are Fit or Not Fit For Duty.

18              So they made me leave the building with

19     Petrina and drive all the way to employee assistance

20     to meet with Candy to find out if I was Fit or Not

21     Fit For Duty.

22              Candy said that she doesn't do that and

23     that is not her department.  So they made me sit

24     there and talk to her when it had nothing to do with

25     anything.  And I didn't want to do it.

87

1                        Kristy Pflug
2        Q    Can you tell me, let's back up when that
3    was.
4        A    Oh, God.  I know -- I think it was -- I am
5    trying to think when it was, somewhere from three to
6    six months back at work.
7        Q    Okay.  So it was after you returned.
8        A    Right.  And it might have been after I
9    started giving pushback and started having, you
10   know, refusals that they decided to force me to go
11   see Candy.
12       Q    How did that come about?
13       A    I have no idea.
14       Q    Well, did somebody walk up to you and say
15   something?
16       A    Yeah.  I went to sign in and they said we
17   need to talk to you.  They pulled me to the side --
18       Q    Who is the they --
19       A    I think it was Petrina.
20            She pulled me to the side --
21       Q    So you said you came into work on that
22   day, you don't remember the date, but it was
23   sometime after you returned to work from maternity
24   leave in April of 2012?
25       A    Correct.

88

                          Kristy Pflug

1

2       Q    And you went to sign in, I guess, you have

3   to sign in in the morning?

4       A    Yes.  We have to sign in at the beginning

5   of every shift.

6       Q    And you were approached by somebody?

7       A    I believe it was Petrina and it might have

8   been either Sandy or Jen or both of them.  I

9   remember it being more than just Petrina.

10      Q    Okay.  And what did they say to you?

11      A    They told me that I was going to see Candy

12  that day and not to sit down at my radio.

13      Q    Did you know who Candy was?

14      A    Yes, because it happened to another

15  dispatcher many, many years ago for a different

16  reason.

17      Q    And who is Candy, to your knowledge?

18      A    She worked for employee assistance, I

19  believe, or employee relations.  I don't know

20  exactly what her job entailed, but they were

21  specifically saying to see if I was Fit or Not Fit

22  For Duty, that was their words they kept using.

23      Q    Did you ask why?

24      A    Yes.  And I don't think I was given a very

25  specific reason, and I was definitely hesitating

89

Kristy Pflug

1

2  that I didn't want to go because I felt like it was

3  pointless.

4      Q    Did you ask for union representation?

5      A    I don't remember.  And like I said, we

6  didn't have a lot of faith in the union because they

7  didn't do much for us.  I might not have asked.  And

8  then eventually I went and Petrina drove me to

9  employee assistance to meet with Candy.

10     Q    Do you remember where you had to go, where

11 was it located?

12     A    It was not -- like I remember what the

13 building looked like.  I don't remember -- maybe it

14 was in Hauppauge.  I had to drive from Yaphank to

15 Hauppauge.  Maybe it was one of those buildings.  It

16 was a County building, I thought it was called

17 employee assistance or employee relations.

18     Q    Do you know what Candy's title was?

19     A    Not anymore. I don't even remember her

20 last name.

21          At this point they made me sit there and

22 speak to her, I said I didn't want to do this, and

23 she said she didn't even know why I was there.   I

24 said, they drove me here and I don't know why I am

25 here either.  Then they drove me back and I worked

90

Kristy Pflug

2   the rest of my day.

3       Q    Did you ever speak to the union about

4   that?

5       A    I don't believe so.

6       Q    Now, you said someone prior had some issue

7   with having to go see Candy.

8       A    Yeah, Joseph Motaldo.  But it was years

9   and years ago.  There was some kind of issue with

10  him that they forced him to go.  That is the only

11  person I heard that happened to them.  And it was

12  many, many years ago.  It hasn't happened as far as

13  I knew.  Like I said, I was blindsided by that. And

14  after what happened previously, I did not want to be

15  in a car with Petrina.

16      Q    So that was the issue with Petrina?

17      A    Yeah.  And she was always the one dragging

18  me out to speak to the lieutenants or whoever else

19  needed to speak with me for whatever reason.  She

20  was behind a lot of it.

21      Q    Well, she was a PSDII, correct?

22      A    Yes.

23      Q    And she was a supervisor, correct?

24      A    Yes.

25      Q    And to your knowledge, it was within her

91

1                        Kristy Pflug

2   purvey to speak with you and --

3        A    Right.

4        Q    -- and speak about issues?

5        A    Yes.  But I never felt comfortable with

6   her as my supervisor because of the previous

7   incidents.

8        Q    Okay.

9        A    Which they all knew about because I spoke

10  to Lieutenant Fischer specifically about it.  And he

11  said there was nothing -- that they would look into

12  it and they never looked into it, and I went out on

13  maternity leave, so nothing was done.  And I lost

14  out on a better paying job.

15       Q    Did you ever apply for another better

16  paying job after you got back from maternity leave?

17       A    No.

18            MR. POLLACK:  Objection.

19       Q    Were there any opportunities for you to do

20  so?

21            MR. POLLACK:  Objection.

22       A    I don't even think I looked anymore

23  because I felt like the County was going to sabotage

24  me.

25       Q    Were you angry?

92

1                      Kristy Pflug

2                 MR. POLLACK:   Objection.

3       A    Yes.

4       Q    Did you enjoy going to work?

5                 MR. POLLACK:   Objection.

6       A    I like the dispatching, but I felt the

7    supervision for the most part was terrible.   I think

8    some of the supervisors were good and a lot of them

9    should not have been supervisors, but the job, I

10   liked the job I did.

11      Q    Did you ever apply to become a supervisor?

12      A    I did take the test for Public Safety

13   Dispatcher II.   I was on the list.   And if I

14   stayed -- from what I understood -- everyone that

15   was above and below me was hired for a supervisor

16   position.

17      Q    When did you take the test?

18      A    The test is good for three years, I

19   believe, and I think I took it before I was

20   pregnant, so maybe in the year 2010.   I knew it was

21   pretty recent when I was still in the three-year

22   span when I left.

23      Q    We were talking about issues before, so

24   the issue concerning the job and you feeling that

25   Petrina Hubbard didn't give you a positive review,

93

1                     Kristy Pflug

2  and that is why you didn't get the promotion.  Is

3  there anything else that occurred prior, that you

4  think affected the job?

5                MR. POLLACK:  Objection.

6     A    Well, I felt like that was never really

7  addressed, that whole complaint.  And I remember I

8  did before leaving going through my employee file

9  directly to ask to see what was in there because at

10  that point, there was really nothing in there for

11  any reason for me to not get the job I was going

12  for.

13           But when I came back I know that changed,

14  but I knew that my file was clean for ten years that

15  I worked there, and I was not a problem when I

16  worked there until I came back, but I also wasn't

17  being mandated on midnights because we were usually

18  the short squad, we weren't getting mandated like

19  the two tours.  So the two tours were getting more

20  mandates than we were because we were the short

21  squad.  So when I changed, then I began being

22  mandated even more.

23     Q    Okay.  But it was your request to be

24  changed, correct?

25     A    Right, but I didn't know at that point --

94

1          Kristy Pflug

2   I knew when I left there was issues, but it became

3   much worse when I came back because other people

4   left, and they weren't being replaced.

5        Q    Did you request to be changed back to the

6   other tour that you had before?

7        A    I should have done that.  I don't know why

8   I didn't change tours because I was never

9   comfortable with Petrina being on -- I think I was

10  just so beaten down because I just felt like

11  anything I brought up that was a problem was just

12  swept under the rug, so at that point I just dealt

13  with the hand I was given.

14       Q    Okay.  So then earlier you testified or

15  you alluded to the fact that you put in your

16  resignation?

17       A    Yes.  I did a verbal one-week notice.

18       Q    When was that?

19       A    It was literally a week before the charges

20  were brought, exactly seven days from that date.

21       Q    Do you recall approximately when that was?

22       A    I have the paperwork if I am allowed to

23  look for it.

24       Q    No, just from your recollection.

25       A    No, I couldn't even tell you what month it

95

1                    Kristy Pflug

2    was.

3         Q    All right.  If I told you that there was

4    Departmental charges that were issued on June 5,

5    2013, would that --

6         A    Yes.  Yes.

7         Q    -- refresh your recollection?

8         A    Yes.  I was suspended for a month.  So

9    yes, it was the week before, exactly seven days

10   before the day I verbally told everyone that I was

11   leaving.  There was a party that day for me,

12   balloons, food and a whole big brouhaha that day.

13        Q    Who did you tell verbally of your

14   resignation?

15        A    I believe PSDIIs.

16        Q    Who were?

17        A    Jen Worthington and Sandy Flammer.

18        Q    Did they tell you to put something in

19   writing?

20        A    I don't think so.  I think it was a

21   one-week notice and then the day of -- okay, the day

22   that the charges were brought, I was actually

23   filling out my paperwork because you do it the day

24   you resign, they give you some kind of form you have

25   to fill out.  And I was literally filling that out

96

                        Kristy Pflug

1
2   when I was brought in.  I never finished it.

3       Q    Did you give them a reason why you were

4   resigning?

5       A    I believe I told them I could not keep up

6   with the mandates, and I felt that I was reaching a

7   point of like a mental, physical breakdown.  It got

8   really, really bad.  And my husband told me that at

9   that point, he would rather struggle than have me

10  lose my mind because I really felt at that point I

11  was getting to a breaking point.

12      Q    Then you said you were filling out

13  paperwork?

14      A    Right.

15      Q    And you were presented with charges?

16      A    Petrina -- I just ordered breakfast.  I

17  was filling out my paperwork, I remember very

18  specifically Petrina came over and was like, I need

19  you to come with me.  And I look at her, and said

20  are you really doing this because I feel like they

21  were going to do something to me before and not just

22  let me leave.  So she brought me into Internal

23  Affairs.

24      Q    Who did you meet with at Internal Affairs.

25      A    Lieutenant Fischer was there, Petrina was

97

1                      Kristy Pflug

2    there and the Internal Affairs Investigator were

3    there.

4         Q    Do you know who they were?

5         A    I know -- I think she was a lieutenant,

6    Soto, at that point was the one who was there

7    because she used to be one of my supervisors on the

8    nights.

9         Q    Anybody else that can recall?

10        A    I think there were people there that I

11   didn't know, that I wasn't familiar with.  But I

12   think there were at least maybe one or two other

13   investigators there.

14        Q    Okay.  And then what happened when you

15   were brought into Internal Affairs?

16        A    Well, at that point, I couldn't believe

17   that they were really going to do this because I was

18   leaving.  I was leaving and at that point

19   peacefully, I was going to hand in my paperwork and

20   that was going to be the end of my day.  And I asked

21   why I was there, and they told me that they were

22   just looking for union representation before they

23   brought everything out so that I was represented.

24             So they pulled some woman from somewhere

25   to sit with me, and she sat down next to me and she

98

Kristy Pflug

1  goes, I have no idea what is going on and I said,

2

3  neither do I.

4        So then I told them I had breakfast in the

5  kitchen and if I was allowed to go up and eat

6  breakfast because they were still getting things

7  together, and they told me I wasn't allowed to leave

8  the room.  And at that point, I felt like -- I asked

9  them if I was under arrest or something because they

10  had me in this little room and I was surrounded by

11  all these people and no one was telling me what was

12  going on yet.

13        And then they told me someone would get my

14  breakfast, and then I sat there and waited.  They

15  got all their stuff together.  And then they

16  presented 32 charges against me and suspension.

17             MS. GABOR:  Can we pull up Exhibit O,

18             please.

19    Q    This is the County of Suffolk Police

20  Department letterhead dated June 3, 2013.  It's

21  addressed to Kristy Pflug.  It's Bates SC-298.

22        It states that you're suspended without

23  pay effective June 4, 2013.  Do you recall receiving

24  this?

25    A    Yes.

99

1                     Kristy Pflug

2     Q    Who did you receive this from?

3     A    I think I was given like a whole packet of

4  paperwork from them, and that was in there.

5     Q    Is that your signature on the bottom that

6  it was acknowledged?

7     A    Yes.

8     Q    And it's --

9     A    June 4th.

10          MS. GABOR:  Can we pull up Exhibit P,

11          please.

12     Q    Okay.  I am showing you what is Exhibit P,

13  it is four pages.

14     A    I know this well.  I remember this very

15  well.

16     Q    So they are charges, date issued 6/5, date

17  accepted 6/4.  It is four pages.

18     A    Yes.

19     Q    There is no Bates on it.  I believe it

20  came from your attorney.  However, when I go to copy

21  the Bates number doesn't appear for some reason, but

22  you do recognize this document, correct?

23     A    I remember it very clearly, yes.

24     Q    And did you receive this document on that

25  day that you were called?

100

1                      Kristy Pflug

2      A    Yes.

3      Q    To Internal Affairs?

4      A    Yes.

5      Q    Was this reviewed with you?

6      A    Yes.  They went over each charge.

7      Q    What was your understanding of the

8   charges?

9      A    There were instances that I remembered

10   that I knew about.  It was refusal, not having

11   enough time, so you were docked pay.  I think one of

12   them was I didn't change my name, something, or

13   something with my name change.  It was random.  I

14   remember going over all of the changes.

15      Q    These were all charge of misconduct?

16      A    I guess that is what it was labeled under.

17      Q    Okay.  When you received this, what did

18   you do?

19      A    I was pretty shocked by it.  And at that

20   point my husband, if we were under his insurance we

21   would have to pay, and at that time, I knew that I

22   would get an extra month of insurance coverage and

23   we would save money.  And I was leaving anyway, and

24   I had a feeling that after all that happened, that I

25   would not be working for a little while, so I sat

1                    Kristy Pflug

2    there quietly and took the suspension, and then

3    after that I would investigate what could be done

4    after.

5              That so I did -- I had to go back to my

6    desk, I had to collect my things.  I had to take my

7    good luck balloons and all my party stuff and I was

8    escorted out of the building by Lieutenant Rohrer to

9    my car.  The entire room saw it.  Everyone's mouth

10   was dropped open because they all knew it was my

11   last day of work and I was escorted to my car, and

12   he watched as I left.

13        Q    Prior to this, you had resigned, correct,

14   it was your intent to resign officially?

15        A    That day was my last day.

16        Q    What was your status about insurance then

17   that would have been different if you had just

18   resigned and left --

19        A    As soon as you resign, I believe your

20   insurance is dropped.  And you can do Cobra or

21   something.  So I knew -- I didn't ask like if I

22   stayed for the suspension if everything was pro quo,

23   you know, like I would still have my insurance and

24   they said yes.  So I knew I was going to get like an

25   extra month of not having to pay for my insurance.

102

1          Kristy Pflug

2     Q    Okay.  So you accepted the suspension as

3 opposed to just resigning which you had intended to

4 do before you were --

5     A    Right.  And at that point, I was so upset

6 and I wanted to see if there was anything that I

7 could do after, like, if the union would finally

8 step up now that there were charges brought.  And I

9 did go to the union, and it was a giant

10 disappointment.  Then the day I came back is the day

11 I resigned.

12     Q    So the union stepped up pending the

13 charges.  Did you have a hearing?

14     A    They gave me a lawyer.  I asked the lawyer

15 how to go about -- because as far as I knew, I had

16 to sign that to get out of that room.  Like I had to

17 like accept it.  And I didn't have a dispatcher like

18 union rep, so I didn't really know what to do.  So I

19 figured I could always fight it after.

20          So I signed it, and then I went

21 immediately to I think Suzanne and the union.  And

22 then I got a lawyer.  And he told me that I could

23 fight it, but he said that everything is lined up

24 against you in the County.  And he said that I could

25 get a hearing to fight it, but it is a County judge,

1          Kristy Pflug

2    and he told me that everything was lined up that

3    you're not going to win and it's pretty much a waste

4    of my time, but I said I really want to fight it

5    because like I was supposed to resign, I feel like

6    this was unfair.  And he said just take whatever the

7    County offers and go on your way.

8          So I was upset by that, but I did what he

9    said because he was the only person that was

10   directing me.

11          MS. GABOR:  Okay.  I want to pull up

12          Exhibit Q.

13   Q    It is basically the same thing as the

14   charges, but it is just in a different form.  And I

15   just want you to identify if that is the same thing

16   you had received as well.

17   A    Okay.

18   Q    So this is a Notice of Charges and

19   Specifications and Hearing Procedure.  And it is in

20   the Matter of the Disciplinary Action of the Suffolk

21   County Police Department against you.  It is five

22   pages long.

23          If you could just take a look at that, I

24   would appreciate it.

25   A    Okay.

104

1                        Kristy Pflug

2        Q     Is that your signature on the bottom?

3        A     Yes.

4        Q     Thank you.

5              So you stated that you were suspended?

6        A     Correct.

7        Q     For 30 days, is that what you said?

8        A     Something like that, around or close to

9    that.  I don't remember if it was exactly 30 days.

10   Maybe it was less than 30 days because I think I

11   came back July 4th.

12             MS. GABOR:  Can we pull up Exhibit R,

13             please.

14        Q     It is two pages.  It is Internal

15   Correspondence.  There are two separate things.  So

16   the first one is SC-292 Internal Correspondence, it

17   is from the Administrative Human Resources to

18   Internal Affairs dated June 25th.  And it just

19   basically says you were suspended without pay

20   effective Tuesday, June 4, 2013 and you were to be

21   reinstated Wednesday, July 3, 2013?

22        A     Correct.

23        Q     If you look at the second page, that is

24   SC-293, it is a communication dated June 25, 2013

25   addressed to you.

105

1                          Kristy Pflug

2        A     Correct.

3        Q     And that advises that you will be

4    reinstated on Wednesday, July 3, 2013, correct?

5        A     Correct.  The only thing is that I think

6    Wednesday was like an RDO, so I believe I came back

7    July 4th.  That was my first day back.

8        Q     You came back on July 4th and --

9        A     Yes.

10       Q     -- and who did you report to?

11       A     I reported, like I normally did, I came

12   in, I looked at where I was for the day.  I sat

13   down.  And I started -- I think I was in the 2nd

14   Precinct that day and I just started working.

15       Q     What time did you report to work that day?

16       A     I think that was 8 in the morning to 4 in

17   the afternoon shift.  I made sure that I sat down.

18   I made sure that I had my paperwork to resign.  I

19   filled out my paperwork.  At the end of the shift,

20   they came over to mandate me that night, and I gave

21   them my resignation.  And I told them that I was

22   done.

23             MS. GABOR:  Let's look at Exhibit T.

24       Q     So Exhibit T is Resignation of Member,

25   your name on it, it's dated July 4th.  And is that

1                    Kristy Pflug

2    your handwriting?

3        A    Yes.  I remember that.

4             MR. POLLACK:  What is the Bates number

5             on it?

6             MS. GABOR:  I can't see it.  It is

7             typed over.

8        Q    This is the resignation that you prepared.

9    It is in your handwriting?

10       A    Yup.  Yes.

11       Q    It gives your explanation of why you were

12   resigning, correct?

13       A    Yes.

14       Q    Who did you give this to?

15       A    I don't remember.  I believe one of the

16   PSDIIs, it might have been Jen Worthington.

17       Q    Okay.  Did they say anything to you or

18   just accepted it and --

19       A    I don't really remember.  I don't really

20   remember anything big going on because I was pretty

21   quiet that day, purposely because I knew it was

22   going to be my last day, and I knew I was going to

23   leave and be done.

24       Q    So you handed this in and then you just

25   left?

Kristy Pflug

1

2    A   I worked my regular shift until 4:00 and

3 when my shift was over, I handed this in.  Like I

4 said, they tried to mandate me, and I left, I took

5 all my stuff and cleaned out my locker and left.

6    Q   What happened with the charges, those were

7 still pending when you left?

8    A   Well, I thought the charges were answered

9 by suspending me.

10    Q   And you thought that was the end of it,

11 the charges?

12    A   Yeah, as far as I knew, that was the end

13 of it.  They suspended me for that time, they didn't

14 pay me, and as far as I knew, I was advised that was

15 it.

16    Q   Did you tell your union rep that you were

17 resigning that day?

18    A   I think they knew.  I don't remember.  I

19 don't remember if I contacted Suzanne, because

20 Suzanne was the one I was going through for

21 everything.  She was our union president.  I don't

22 remember if I gave her a heads up or not.

23       At that point, I was hesitant to give

24 anyone a heads up because of what was going on, so I

25 felt the less people that knew, the better, because

108

1                    Kristy Pflug

2    I also witnessed other things that happened to other

3    people, so I just wanted to do it as quiet as

4    possible and just leave.

5                    MS. GABOR:   Let's pull up Exhibit S

6            now.

7        Q    Exhibit S is a Stipulation and Agreement,

8    In the Matter of Disciplinary Charges filed by

9    Suffolk County Police Department against Kristy

10   Pflug.  It is three pages --

11       A    Okay.  Right.  Yeah, I do remember this.

12       Q    Do you remember signing this Stipulation

13   and Agreement?

14       A    Yes, because I remember not wanting to

15   sign it, and feeling pressured that there was no

16   other way but to sign it.

17       Q    So you didn't want to sign it, but you

18   signed it anyway.  Who pressured you to sign this?

19       A    Well, the lawyer said that either I do

20   this or then I have to face a hearing, which he told

21   me I would not win because the County has it set up

22   so I cannot win against the County.  So then I was

23   like all right, at this point I just want all this

24   over, so I just signed it.

25       Q    Did you get anything in return for signing

109

1                        Kristy Pflug

2    this?

3         A      They screwed up the amount, so I was

4    supposed to get it -- it said like it was supposed

5    to be paid on like a certain day, and they screwed

6    up the amount, I didn't get it on that day.  So then

7    I asked my lawyer is that voided then, and he

8    said -- and I said, like, it is an agreement,

9    shouldn't that had been done.  He said just ignore

10   it and take whatever they offer and be done with it.

11        Q      So you did get --

12        A      I did get a payment.

13        Q      You got a payment?

14        A      Yes.

15        Q      And if you go to the second page of this,

16   does your signature appear on the document?

17        A      Yes.

18        Q      And the date is?

19        A      September 3rd of 2013.

20        Q      Also if you go to the third page.  That is

21   called a General Release, do you recall signing

22   that?

23        A      Yes.

24        Q      Did you read it before you signed it?

25        A      I read it, but I never really understood

110

1                    Kristy Pflug

2  it exactly, but I signed it.

3        Q    Did the lawyer explain to you what the

4  release was that you were signing?

5        A    I believe so.

6        Q    You had legal representation, correct?

7        A    Yes.  Yes.  So I think he did try to go

8  over it, but I still didn't really understood, you

9  know, the whole thing.

10       Q    And is this your signature appearing on

11  there?

12       A    Yes.

13       Q    And it is dated September 3, 2013?

14       A    Yes.

15       Q    So after you left your employment with the

16  County, did you seek other employment?

17       A    No.  I was so exhausted, and I felt so

18  terrible about myself for everything that happened,

19  I felt like a complete failure.  So it took quite a

20  few months for me to be okay.  And at that point,

21  like I said, my husband and I discussed it, and he

22  felt -- part of me felt like the County was going to

23  sabotage me because like I said, they already

24  badmouthed me to another potential employee with the

25  County, and I didn't trust the County for that, and

1                    Kristy Pflug

2    I felt the more I distanced myself by years, the

3    more they would forget about me and leave me alone.

4               And like I said, my daughter, I wasn't in

5    a rush because my daughter was not in school then,

6    so I couldn't really work without someone watching

7    her and we didn't have the money to have someone

8    watch her so it was easier for me to stay home, and

9    we struggled.

10               MS. GABOR:  Can you pull up Exhibit U,

11               please.

12        Q    Looking at Exhibit U, this is the first

13    page of Exhibit U.  And it is Bates SC-241.  And it

14    is a letter from you dated March 11, 2014, addressed

15    to Suffolk County Police Commissioner Edward Webber.

16        A    I remember it, yes.

17        Q    Do you remember this letter?

18        A    Yes.

19        Q    And it says that you were seeking to come

20    back to work at the County in your previous

21    position; is that correct?

22        A    Correct.

23        Q    So what prompted you to write this letter?

24        A    This was about eight months after when we

25    started really talking about finances and realizing

112

1                     Kristy Pflug

2    that I gave up a lot, I gave up a pension, and my

3    seniority, and it wasn't going to be easy to start

4    over again.  So I kind of sent this out just to see

5    what would happen.  I kind of knew they weren't

6    going to take me back, and did it anyway just to do

7    it, and to just solidify out of my brain that it was

8    over, there was no going back.

9         Q    Did you want to go back to work there?

10        A    Yes and no.  I liked the actual job, and

11   we did well with the benefits.  My husband got

12   $6,000 a year for not using his benefits, which was

13   a huge help.  The tour times actually worked if I

14   work two tour, because he was a teacher so he gets

15   home by the time I would have to leave for work so

16   we wouldn't need anyone to watch her, and on the 4

17   to 12, we didn't need anyone to watch her.

18             So in certain aspects it really did work

19   for our life, and then I thought that maybe that I

20   could just go there and do my job and just leave and

21   not carry anything home with me, and just not talk

22   to anyone.  So I just -- I did it because I knew I

23   had a year to do it.  And I figured if maybe they

24   would take me back I can make it work this time or

25   maybe I wouldn't of if, they took me back and maybe

113

Kristy Pflug

1    I would have not done it.  I don't know what I would

2    have done at that point, but I figured I should have

3    put it out there anyway.

4         Q    If they took you back, were you willing to

5    work the mandates?

6         A    Well, see the mandates I wasn't sure if

7    that was a short-term thing with the shortage.  I

8    knew we were short employees.  I also know the

9    County gets a budget, I thought maybe by the time I

10   came back they would have hired more dispatchers and

11   it wouldn't have been so bad.  I didn't know where

12   the mandates were going to go.

13           Unfortunately, from what I understand, for

14   everyone that is still there, it is still going on

15   and they are still short.  So I know there was

16   newspaper articles.  So, yeah, nothing did change

17   actually, so I don't know if I would -- I don't know

18   if at that point in time what I would have done.

19        Q    So if it would have remained the same, you

20   would still have had a problem working the mandates?

21        A    I was feeling better, so I was thinking

22   maybe I would be okay because I was actually feeling

23   better and I would have been able to do it.  But

24   like I said, if they actually said -- to this day, I

1                           Kristy Pflug

2      don't know what direction I would have went in at

3      that point...

4           Q    Okay.  Let's scroll to the second page,

5      SC-240, communication from the Suffolk County Police

6      Department to Kristy Pflug, dated March 17, 2014.

7                Do you recall receiving this?

8           A    Yes.

9           Q    And the letter basically states that they

10     received your request for reinstatement however, due

11     to budgetary issues, they could not fill your

12     position, correct?

13          A    Right.  But I did find out actually that

14     people did get promoted.  So I don't know if that is

15     true because I know for a fact that people were

16     promoted during that.  So I was never sure if that

17     was actually true.  But I just let it go at that

18     point.  I didn't care anymore.

19          Q    So after this you didn't attempt to get

20     other employment until --

21          A    Until my daughter was school age.

22          Q    And when was she school age, what year was

23     that?

24          A    We didn't put her in PreK or kindergarten,

25     she went in first grade.  So that would have been

115

1                     Kristy Pflug
2  six years old.  So that would have been 2017.
3      Q    And when you left the County, how much was
4  your yearly salary?
5      A    I think I was somewhere in the high maybe
6  $67,000, $68,000, like my gross.  And then that
7  didn't include all of the overtime or I don't know
8  if holiday pay was included in that, but somewhere
9  around that.
10      Q    And last job that you had, the most recent
11  job, how much was that paying you?
12      A    It was $18.27 an hour.
13      Q    Was that a full-time position?
14      A    It was just under full-time, it was
15  part-time, I think 32 hours or 30 hours.
16      Q    And the other jobs that we spoke about
17  earlier on today, were those all full-time,
18  part-time or combination?
19      A    They were part-time.
20      Q    Did you ever seek full-time employment?
21      A    It was difficult because I didn't want to
22  go back into dispatch because I knew I was going to
23  start from the bottom with the shift work, and I
24  didn't want to go back to midnights and do all of
25  that, so I didn't know really where to go with that

116

1                          Kristy Pflug

2    because I knew I was going to start at like no money

3    and at the bottom, and I only was trained as a

4    dispatcher, that was my only like big full-time job

5    at that point.  I started at the County when I was

6    23 or 22, so I knew I was at a disadvantage.

7         Q    Did you ever try to get any full-time

8    employment, did you send out any resumes?

9         A    I think I was doing mostly part-time.  I

10   was trying to balance my husband's working schedule

11   and my daughter's schooling so we didn't need to

12   have anyone watch her or pay anyone to watch her.

13        Q    Are you still in communication with any of

14   the people that you had worked with at the police

15   department?

16        A    I was pretty traumatized after that, so I

17   cut off a lot of communication with people I was

18   friends with.  I mean I have Facebook so I would see

19   people here and there just to see what is going on

20   with everyone.  But I think Erica Batcher I got into

21   contact with, she was one of the ECOs that was on my

22   squad.  I tried to get in touch with Suzanne

23   McBride, just to refresh my memory, but she didn't

24   really -- she had her own things going on with the

25   County at that point.  I wanted to bounce things off

1          Kristy Pflug

2    her to remember and I didn't really get anyone to do

3    that with.  So I was trying to remember on my own.

4         Q    Going to your interrogatories now.  You

5    don't need to have them in front of you.  I am going

6    through certain parts.  I just want to ask you some

7    questions.

8         A    Okay.

9         Q    Your interrogatories state you suffered

10   extreme distress.  This is a quote, as a result of

11   your treatment during your employment with defendant

12   and termination therefrom including feelings of

13   suicide, anger, betrayal, confusion, depression,

14   sadness, fear, stress, anxiety, insomnia, fears of

15   retaliation from the police and loss of self esteem

16   amongst other things.

17             So can you explain what you mean by all of

18   that, if you want me to go one by one, we can do

19   that?

20        A    Well, I worked there for ten years before

21   I went on leave and I didn't have major problems

22   working there until right before I left and then

23   when I came back.  So I had 95-hour childbirth that

24   was super traumatic for me, and it was so bad that

25   we decided to not have any more children.  Then I

1                       Kristy Pflug
2    come back to work, and the job I left is different
3    than the -- it was so much more with the mandates
4    and working longer shifts, that it was -- I was
5    trying to work with them, and I was trying to see if
6    they could work with me, and I was trying -- I
7    wasn't purposely being disobedient, I was trying to
8    get some flexibility or something to make it work at
9    that point because I felt so horrible after
10   childbirth, it took so much out of me.  I had a
11   panic attack for the first time in my life after
12   childbirth, so I started having more issues and
13   anxiety, and then I went back to work and it
14   compounded the anxiety.  And the feeling of why is
15   everyone not working with me, why are people giving
16   me a hard time.  I am just trying to be a good mom,
17   I am just trying to take care of my family.  I am
18   just trying to take care of my health.  I felt like
19   I was not being malicious, and I felt like they were
20   picking on me constantly for everything.  And at
21   that point, I went to see two psychologists, the
22   first psychologist, I don't remember their name, I
23   tried to call my insurance to find out their name
24   and when I saw them and they said it was so long ago
25   that they couldn't find the information --

1                    Kristy Pflug

2          Q     Let me stop you there.  When did you see

3    two psychologists?

4          A     Okay.  So I talked to Dawn Ruggero

5    (phonetic), she is a dispatcher, and I told her, you

6    know, going through all these mental problems now,

7    and stress and anxiety, and she said that she took a

8    mental leave.  So she gave me the name of her

9    psychologist who I went to go see.  She said maybe

10   you go out on a mental leave and get like a respite,

11   you know, to try and gather everything together and

12   come back.  I did meet with him, but I didn't like

13   him.

14         Q     Where was he located?

15         A     I can remember what he looks like and I

16   can remember his office, I can't remember where it

17   was.

18         Q     The town you can't remember?

19         A     I don't know if Dawn Ruggero would know.

20   I don't know if she is still with the County, but

21   she was the one who referred me.

22         Q     And when did you go to see him?

23         A     It was probably like -- I think things

24   started getting really bad for me, like maybe five

25   or six months being back.  So I came back in April,

Enright Court Reporting    (631) 589-7788

1                      Kristy Pflug

2    so April, May, June, July, maybe somewhere between

3    August and October.  I saw two.  I saw him and then

4    I saw another woman in either East Setauket -- I

5    think it was East Setauket, I saw her, but at that

6    point, I felt so horrible that it was almost like I

7    felt so -- like no one was helping and that no one

8    could help me at this point, no one wants to help me

9    at this point, so then I just stopped trying to seek

10   help.

11        Q     Did you see the woman in East Setauket

12   once or more than once?

13        A     Yes.

14        Q     And when was that, around the same time?

15        A     Yeah.  It was probably a couple of weeks

16   or maybe a month after I saw the first guy.

17        Q     So that is the summer/fall 2012?

18        A     Something like that, yeah.  And

19   unfortunately it was so long ago and I tried to call

20   my old insurance and they said it was so long.  And

21   I couldn't find it.  And I couldn't reach Dawn to

22   find out the first guy to see if she remembered.

23        Q     So you went to the psychologist either for

24   what, for feeling what, what kind of feelings were

25   you having?

```
 1                    Kristy Pflug
 2       A    I was crying a lot.  I was feeling
 3  hopeless.  There were certain times after working,
 4  you know, all day and trying to keep up, and feeling
 5  all that pressure of trying to be a good mom and
 6  like a good employee, that I just started reaching a
 7  point that I never felt before of just like, I felt
 8  like I was having a mental breakdown.  I couldn't
 9  sleep.  I was having nightmares.  I was having
10  thoughts of suicide of just driving my car into a
11  tree on the way home.  I felt like I was failing my
12  family.  I felt like I was failing my husband
13  because I would go home and complain to him all of
14  the time, and he was like well then just quit, and
15  I'm like I can't quit, like I have so many good
16  things there, I am afraid to give it up.
17            So then I would go and do it again.  You
18  know, he got tired of hearing it, he was like at
19  this point either quit or just deal with it.  So it
20  was causing a lot of stress in like every aspect of
21  my life.  And then I knew once I left, then I felt
22  like, Oh, my, God.  I seen what the County has done
23  to other people, and I was afraid that I was never
24  going to get another job because it already happened
25  to me once and it would happen again.  Really
```

122

1                        Kristy Pflug
2    honestly, like, I never felt so hopeless and
3    depressed and sad.
4            Even to this day, even before this, I was
5    telling Yale yesterday this opens up so many --
6            MR. POLACK:  Don't say anything that
7            we discussed.
8        Q    Don't tell me anything you discussed with
9    your attorney.
10           Let me ask you this, did you have a
11   regular doctor that you were seeing during this
12   period of time, like you know primary care physician
13   or anybody?
14       A    Yeah.  I see my doctor, Dr. Chen, now in
15   Manorville.  I am actually going Friday because I
16   haven't been feeling well.
17       Q    So during that period of time when you
18   were still working and you having these feelings,
19   did you talk to a medical doctor about any of these
20   things?
21       A    I talked to Dr. Jurasits about it a little
22   bit.  But at that point, it was -- it got to the
23   point where I just stopped trying to find help
24   because I felt like there was no help to be had.
25           So after I saw the psychologists and I

1                         Kristy Pflug

2    didn't kind of didn't feel great about either one of

3    them, like they were not going to help me so I kind

4    of just gave up and --

5         Q    What about your OB/GYN, did you speak to

6    your OB/GYN about any of your feelings after

7    childbirth?

8         A    Well, the midwives were not a good

9    experience.  There was a lot of things that happened

10   during childbirth --

11        Q    It's just a yes or no --

12        A    No.  I didn't have an OB/GYN.  And I

13   couldn't go there at that point.

14        Q    Were you ever diagnosed with postpartum

15   depression?

16        A    No.  I meant I talked to my daughter's

17   pediatrician once when we were going over things,

18   and he told me it sounded like I had PTSD and I

19   should probably talk to someone, but I just kept --

20   at that point, I just felt like, okay, it is just

21   something I will deal with.

22        Q    Did you take any medication,

23   antidepressants, anti-anxiety medication, anything

24   during this period of time?

25        A    That scares me.

124

1                          Kristy Pflug

2       Q     So it is a no?

3       A     No.

4       Q     It is fair to say, the birth of your

5    daughter triggered a lot of these feelings?

6             MR. POLLACK:   Objection.

7       A     Yes.

8       Q     Who is Dr. Rodriguez, I see there is a

9    Dr. Rodriguez?

10      A     That is my daughter's pediatrician.

11      Q     So Dr. Rodriguez, that is the conversation

12   that you had with him, and that is why his name is

13   listed here?

14      A     Well, I think there was issues with my

15   daughter's health, I don't remember, but he was my

16   daughter's pediatrician.  I don't know if he was

17   involved.  I don't remember if he was directly

18   involved because there was Dr. Wightman who was a

19   pediatrician too before, and I don't remember.

20      Q     I am just saying that because it's a name

21   on the list.

22      A     Yes.

23      Q     So you also listed in your interrogatories

24   people that you think have some knowledge of your

25   claims.  So we have Suzanne McBride, I think you

125

1                          Kristy Pflug

2    discussed --

3         A    Right.

4         Q    Jennifer Devine, what knowledge would she

5    have?

6         A    She was a PSDII.  I don't know if she was

7    my PSDII.  I thought it was Jennifer Worthington and

8    Sandy Flammer.  I don't think it was Jenny Devine.

9    I don't know if I got them confused.

10        Q    That is not correct then?

11             MR. POLLACK:  Objection.

12        A    That I don't know.  If you could clarify

13   that with County documents.  I don't remember.  I

14   don't remember exactly who my PSDII was.

15        Q    You have Jeremy Somesso (phonetic)?

16        A    Yes.  I had issues with him.

17        Q    So what was his title?

18        A    He is a PSDIII.

19        Q    Was he a PSDIII when you had issues with

20   him?

21        A    Yes.

22        Q    What issues did you have with him?

23        A    He was never like a very nice supervisor.

24   And he was one of the ones that tried to mandate me

25   and I refused, so we had like a little bit of an

126

```
1                        Kristy Pflug
2   altercation, just a verbal altercation.
3        Q    When was that?
4        A    It was one of the charges where -- I don't
5   remember which charge.
6        Q    What about Jennifer McNamara?
7        A    She might be from a different department
8   that would have all the paperwork of things that are
9   relevant.
10       Q    Do you know who she is?
11       A    I just remember seeing her signature on
12  paperwork.  I don't remember which department she
13  works for.
14       Q    And Dawn Ruggero.
15       A    She gave me the psychologist information.
16  She was going through stuff too at the time.
17       Q    Are you in touch with her still?
18       A    No.
19       Q    When was the last time you had
20  communication with her?
21       A    Probably when I last worked.  Maybe over
22  Facebook like a post or something.  I don't
23  remember.  It's been awhile.
24       Q    Cara Allen?
25       A    Yes.  She was a dispatcher in the 4th
```

127

1                        Kristy Pflug

2    Precinct.  I believe she overheard things that was

3    going on.  I believe I spoke to her about certain

4    things going on.

5         Q    Have you been in communication with her

6    since you left?

7         A    No.  Like I said, we may have Facebook

8    posted, but not big communication or conversations.

9         Q    We spoke about John Semiri.  Is he still

10   there?

11        A    He retired.  I did have -- I think I text

12   him -- I had a text conversation with him months

13   ago, but I haven't talked to him since.

14        Q    It says here that in one of your responses

15   you went to Suzanne McBride and Dawn Ruggero to

16   advise them of your struggles and they referred you

17   to a psychologist.

18             Did Suzanne do that as well?

19        A    I think she was there, like I think she

20   was part of the conversation we were having because

21   the union wasn't really helping, so it was like what

22   other avenues I could try to get some sort or relief

23   or help.

24        Q    Who is Nina Neihardt (phonetic)?

25        A    She was a dispatcher I was friends with.

1                        Kristy Pflug

2     She is not there anymore.  She is out of state.  I

3     haven't talked to her in years now.  But she was a

4     friend of mine that knew a lot too.

5          Q    So you did apply for unemployment benefits

6     and you received them.  Do you remember how much you

7     received?

8          A    I received the full amount that they give

9     you, I don't remember, I think this maximum amount

10    for ten weeks.

11         Q    Ten weeks?

12         A    I don't remember.

13         Q    Do you have any paperwork which would show

14    how much you received?

15         A    Probably.

16         Q    I will ask your attorney if he could

17    provide that to us too.

18         A    Okay.

19         Q    So what are you looking for from the

20    County for your lawsuit, what do you want from the

21    County?

22              MR. POLLACK:  Objection.

23              MS. GABOR:  If she knows.

24              MR. POLLACK:  If you know.

25         A    I feel like they didn't work with me, and

```
 1                    Kristy Pflug
 2   I feel like I gave up a lot.  I gave up a pension.
 3   I gave up benefits.  My husband was getting $6,000 a
 4   year.  I felt like I gave up a tremendous amount,
 5   and I knew that what was happening to me was going
 6   to be a limited thing.  I knew eventually I was
 7   going to get better.  And I was going to be able to
 8   handle it, I just couldn't do it at that point.  And
 9   there were no avenues to get a temporary release
10   until I felt better and could handle everything.
11       Q    Did you ever apply to go out on disability
12   before you put in your resignation?
13       A    I didn't think what was going on would be
14   something that I could go out on disability for.
15       Q    Did you ever try to pursue that and then
16   find out if you could?
17       A    No.
18
19
20
21              (Continued on following page to
22              include Jurat.)
23
24
25
```

```
1                        Kristy Pflug
2              MS. GABOR:  I don't have any further
3        questions for now.
4              Thank you very much.
5              MR. POLLACK:  I don't have anything.
6              (Time noted:  1:51 p.m.)
7
8
9                              KRISTY PFLUG
10
11  Subscribed and sworn to
12  before me this      day
13  of               , 20
14
15     Notary Public
16
17
18
19
20
21
22
23
24
25
```

131

1

2                                    INDEX

3

4   WITNESS                EXAMINATION BY                PAGE

5   Kristy Pflug           Ms. Gabor                     5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

132

1

2                         CERTIFICATION

3

4    STATE OF NEW YORK   )

                         )  ss

5    COUNTY OF SUFFOLK   )

6

7              I, Abby Lynn Kalberer, a stenotype

8    reporter and Notary Public within and for the State

9    of New York, do hereby certify;

10             That the witness whose Examination Before

11   Trial is hereinbefore set forth was duly sworn by

12   me;

13             That such Examination Before Trial is a

14   true and accurate record of the testimony given by

15   said witness.

16             I further certify that I am not related to

17   any of the parties to this action by blood or

18   marriage, and that I am in no way interested in the

19   outcome of this matter.

20             IN WITNESS WHEREOF, I have hereunto set my

21   hand this 18th day of April, 2023.

22

23                    *Abby Lynn Kalberer*

24                    Abby Lynn Kalberer

25