# EXHIBIT C



| | | |
|---|---|---|
| **POLICE DEPARTMENT COUNTY OF SUFFOLK** *ACCREDITED LAW ENFORCEMENT AGENCY* **DEPARTMENT DIRECTIVE** PDCS-2008a | | PAGE 1 OF 1 PAGES **ORDER NUMBER 11-112** |
| **TYPE** DEPARTMENT PERSONNEL ORDER | **AUTHORITY** MAUREEN A. LOOBY ADMINISTRATOR IV | **SIGNATURE** Maureen A. Looby |
| **SUBJECT/TOPIC/TITLE** PARENTAL LEAVE OF ABSENCE | | |
| **DISTRIBUTION** ALL COMMANDS | **DATE ISSUED** 05/31/11 | **DATE EFFECTIVE** 06/08/11 **DATE TO BE REVIEWED** N/A |

A PARENTAL LEAVE OF ABSENCE HAS BEEN GRANTED TO PUBLIC SAFETY DISPATCHER I KRISTY A. PFLUG, RECEIVING, DISPATCHING & TELETYPE UNIT FOR THE PERIOD OF JUNE 8, 2011 THROUGH APRIL 9, 2012.

END