# EXHIBIT D



**POLICE DEPARTMENT, COUNTY OF SUFFOLK N.Y.**
*ACCREDITED LAW ENFORCEMENT AGENCY*

MTS-#11-1138

APPLICATION FOR [XX] **LEAVE OF ABSENCE** (PERSONAL)

[ ] **LEAVE OF NORMAL DUTIES** (APPROVED SPECIAL ASSIGNMENTS, ETC.)

PDCS-1037e

**INSTRUCTIONS:** Type- Forward both copies to Personnel Section for review prior to C.O.'s signature. If application is for leave of normal duties, form is not forwarded to Personnel Section for review.

**DISTRIBUTION:** Original retained at Personnel Section - Duplicate returned to member

| APPLICANT'S NAME (LAST, FIRST MIDDLE) | RANK-SHIELD NO. | COMMAND NO. | SOCIAL SECURITY NO. |
|---|---|---|---|
| Pflug, Kristy | PSD | 5311 | [redacted] |

I request leave of absence for __365__ days to begin on __4/10/11__ (MONTH-DAY-YEAR) and end on __4/9/12__ (MONTH-DAY-YEAR)

[X] with pay   [X] without pay, for the following reason(s).

```
4/10/11 - 5/9/11      Using Accruals
5/10/11 - 6/7/11      HALF Pay
6/8/11 - 4/9/12       PaRENTAL Leave without Pay
```

Baby Born: 4/13/11
C-Section

_____
REVIEWED BY ~~PERSONNEL~~ Payroll SECTION SIGNATURE

_____
APPLICANT'S SIGNATURE & TODAY'S DATE

APPLICANT'S C.O. [X] APPROVED   [ ] DISAPPROVED- STATE REASON(S)

_____
SIGNATURE OF APPLICANT'S C.O. & TODAYS DATE

DIVISION CHIEF [X] APPROVED   [ ] DISAPPROVED - STATE REASON(S)

_____
SIGNATURE OF DIV. CHIEF & TODAY'S DATE

POLICE COMMISSIONER OR DESIGNEE
[X] APPROVED   [ ] DISAPPROVED

53-0550 08/08

_____
SIGNATURE & TODAY'S DATE

SC-331