# EXHIBIT E

**POLICE DEPARTMENT, COUNTY OF SUFFOLK, N.Y.**
*ACCREDITED LAW ENFORCEMENT AGENCY*

INTERNAL CORRESPONDENCE

To:   Rita Healy, Payroll Supervisor          Date: April 10, 2012
      Payroll Section

From: Loretta Lennon, Sr. Clerk Typist        Copy: As Needed
      Communications Section

Subject: **Return to work—PSD # 514 KRISTY PFLUG**
         SSN: 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

Kristy Pflug has returned from leave, today, April 10, 2012. A doctor's note is on file. She is starting on Squad R3 and for the next couple of weeks her schedule is as follows:

    4/10-4/14    8x4
    4/15-16      RDOs
    4/17-4/21    4x12
    4/22-24      RDOs

*Loretta Lennon*
Loretta Lennon, Sr. Clerk Typist
Communications Section

SC-323