# EXHIBIT J

# WRITTEN REPRIMAND
## County of Suffolk

Name: Kristy Pflug

Date: 11/17/12

Job Title: PSD #514

By: Sandra Flammer PSDII

Time: 2230 hours

Location: Comm Sec Training Room

(NOTE: EMPLOYEE HAS THE RIGHT TO HAVE AN ASSOCIATION REPRESENTATIVE PRSENT AT THIS DISCIPLINARY INTERVIEW.)

Below is a statement of a violation which has required the issuance of this written reprimand form. This may be cause for further disciplinary action:

Description of incident:

On Saturday, November 3, 2012, PSD Pflug was scheduled for an X-Day and did not show up. PSDII Dennis Lawlor did speak to her that night on the phone and she told him that she was unable to come in. PSDII Lawlor marked her as AWOL.

PSD Pflug was asked by me, PSDII Flammer, to write a 20-42 regarding being AWOL. Please see said 20-42 attached.

PSD Pflug has been reprimanded several times in the recent past regarding time management coming in to work and of time she has on the books. On May 26, 2012, she was issued a Verbal Reprimand for lateness and on July 10, 2012, she was docked 6.65 hours of sick time that she attempted to use for an X-Day.

By signing this form, it does not necessarily mean I agree with its contents. It merely shows I have read and understand it.

Date: 11/17/12

Signature of Employee

Signature of Supervisor

Signature of Union Representative

Signature of Supervisor's Witness

SC-417