# EXHIBIT K

**POLICE DEPARTMENT COUNTY OF SUFFOLK, NEW YORK**

*ACCREDITED LAW ENFORCEMENT AGENCY*

INTERNAL CORRESPONDENCE

TO: Lt Rohrer, XO Communications

FROM: Kristy Pflug PSD #514  3BR 5311

SUBJECT: Missing my X-Day

DATE: 11/15/12

COPY TO: as needed

The undersigned respectfully submits the explanation of why I missed my X-Day scheduled on Saturday, Nov 3 2012. This was the week of Superstorm Sandy. I was on the radio 4 days of the week and it was extremely busy and stressful. Also, on a personal note, we were the only family members with power so I had people constantly in and out of my house, which was chaotic. By the time the work week was over I was completely overwhelmed with everything that went on and forgot about the X-Day. In the ten years that I have worked here this is the first time this has ever happened to me. By the time PSOII Lawlor reached me at around

(continued on next page)

PDCS-2042

53-0410.. 02/05kd

SC-414

## POLICE DEPARTMENT COUNTY OF SUFFOLK, NEW YORK
*ACCREDITED LAW ENFORCEMENT AGENCY*
### INTERNAL CORRESPONDENCE

TO: Lt. Rohrer, XO Communications  
FROM: Kristy Pflug PSO #514 3BR 5311  
SUBJECT: Missing my X-Day  
DATE: 11/15/12  
COPY TO: as needed

1800 hours it was too late to get a family member to watch my baby so I could not come in.

Respectfully submitted,

[signature] #514

Rec'd [signature] PSO#474 11-15-12

PDCS-2042

53-0410. 02/06kd

SC-415