# EXHIBIT L

POLICE DEPARTMENT COUNTY OF SUFFOLK, NEW YORK

INTERNAL CORRESPONDENCE

TO: William Rohrer, Lieutenant
C.O. Communications Section
FROM: Dennis Lawlor
PSDII #489
SUBJECT: **Title – Kristy Pflug PSD #514**

DATE: 11/19/12

COPY TO: As needed

On 11/3/12 PSD Pflug failed to report to work for her x-day scheduled for 1600-2400 hours. At 1630 hours I called PSD Pflug and left a message informing her that she was scheduled to be at work and to call me back. I did not hear from PSD Pflug so I tried to call again at 1733 hours. I spoke with a male who said he would let her know that she was suppose to be at work at 1600 hours and then the call was disconnected. At 1738 hours I recalled and the male answered and I informed him that I needed to speak to Kristy and he said he would have her call me back. PSD Pflug did call me back and when questioned about her reporting to work for her x-day she replied "I don't work x-day's". I tried to get her to come into work but she refused.

Respectfully submitted,

Dennis Lawlor
PSDII # 489

PDCS-2042

SC-418