# EXHIBIT M

**POLICE DEPARTMENT COUNTY OF SUFFOLK, NEW YORK**

*ACCREDITED LAW ENFORCEMENT AGENCY*

INTERNAL CORRESPONDENCE

TO: Lt Rohrer  EO Communications Section          DATE: 12/1/12

FROM: Kristy Pflug  PSO# 514  5311          COPY TO: as needed

SUBJECT: Lateness from meal

The undersigned respectfully submits an explanation of my lateness from my meal. On Saturday, 12/1/12, I went home on my meal, as I always do, to breastfeed. Breastfeeding is not an exact science and some days it takes longer then others. Right now my child is very dependent on me as her source of nutrition. My house is also not a closed environment and tonight, while I was home, my daughter cut her lip and needed me, her mother and primary caregiver, to comfort her. She also got a hold of my phone and I could not find where she placed it. Since I am mandated, once again, to stay until 0400 hrs I did not feel safe to leave my cell phone at home. I called and notified PsOII Flammer that I would be a few minutes late to make sure that my position was covered.

Respectfully submitted

PDCS-2042                                              53-0410.. 02/08kd

SC-421