# EXHIBIT N

**POLICE DEPARTMENT COUNTY OF SUFFOLK, NEW YORK**
*ACCREDITED LAW ENFORCEMENT AGENCY*
INTERNAL CORRESPONDENCE

TO: Lt. Rohrer E.O Communications  DATE: 12/23/12
FROM: Kristy Pflug PSD#514 3BR  COPY TO: as needed
SUBJECT: Mandate

I was mandated for the 0400x0800 attachment to my 0800x1600 tour on 12/23/12. At 1930 hours on 12/22/12 I realized, after taking care of my daughter and myself and considering our medical issues (that I have previously provided notes for) that I was not going to get enough sleep and was already exhausted and not feeling well therefore I was not going to be fit for duty at 0400. I did report for my regular tour of 0800x1600 on 12/23/12 after getting enough sleep.

 I am making this statement for administrative purposes only. I have not done so voluntarily, but in compliance with an order of a Superior Officer. This statement in no way constitutes any waiver of my rights, and this statement, or any part thereof, may not be used against me in any subsequent criminal proceeding.

Respectfully submitted,

Rec'd 12/23/12
PDCS-2042
53-0410.. 02/06kd

SC-422