# EXHIBIT O

# Police Department County of Suffolk
*Internal Correspondence*

TO: Lt. Rohrer
Communications

FROM: Sandra Flammer PSDII 474/5311/R3

DATE: December 28, 2012

COPY TO: As required

SUBJECT: Mandate Information Regarding Kristy Pflug, PSD 514

On Friday, December 21, 2012, at around 1415 hours, the undersigned had a conversation with Kristy Pflug, PSD 514 regarding 0400 mandates before an 8x4 tour. This conversation took place on the dispatch floor at the second precinct console. PSD Pflug told me that she didn't like coming in at 0400 hours since she didn't want to inconvenience her in-laws by making them get up in the middle of the night to watch her daughter. She also told me that her husband would be starting his vacation soon and then she would be better apt to come in at 0400.

During this conversation, PSD Pflug also said that we had "better not" mandate her on Christmas since she was mandated on Thanksgiving after submitting her overtime restrictions note. PSD Pflug said she felt Squad 3 supervisors were picking on her by telling her that her note was good and then mandating her.

Shortly thereafter, at 1439 hours, PSD Pflug made phone calls from the second dispatch phone to Labor Relations and to our Personnel to ask about her overtime restrictions note. Both of these phone calls are on the recording at 1439 hours.

The following day, Saturday, December 22, 2012, PSII DeAbreu mandated PSD Pflug to come in at 0400 hours on Sunday, December 23, 2012. PSD Pflug called in 301 for the mandate but showed up for her 8x4 tour.

Respectfully submitted,

*[signature]* PSDII 474

Sandra Flammer PSDII 474/5311/R3

SC-423