# EXHIBIT P

POLICE DEPARTMENT COUNTY OF SUFFOLK, NEW YORK

INTERNAL CORRESPONDENCE

TO: **William Rohrer, Lieutenant – X.O.** DATE: **12/25/12**
**Communications Section**
FROM: **Chris Glynn, PSD III 425** COPY TO: **As Needed**
**Receiving, Dispatch, Tele-Type Unit**
SUBJECT: **PSD Kristy Pflug #514 Refused Mandate 12/25/12**

The undersigned respectfully submits the following in regards to Public Safety Dispatcher Kristy Pflug.

At approximately 2340 hours December 24th 2012 the undersigned received a phone call from the above employee indicating she "could not do" the 0400 to 0800 overtime she was mandated for.

The undersigned question PSD Pflug as to how she was sick for the overtime but was able to work her regular tour. She responded that she could do her regular tour.

It has come to the undersigned's attention that this has become a pattern with PSD Pflug. Your office will be in receipt of an internal correspondence from PSD II Nicole De'Abreua #531 for an incident where PSD Pflug refused to respond in for mandated 0400 to 0800 overtime on December 23rd.

It was the undersigned's intention to issue a Written Reprimand to PSD Pflug. The undersigned discussed the matter with Lt. Fisher and PSD III Guglielmo, and in light of the existing disciplinary action against PSD Pflug the undersigned was advised not to proceed further at this time.

Respectfully submitted,

Chris Glynn
PSDIII#425/5311/M1A

PDCS-2042 SC-424