# EXHIBIT Q

**POLICE DEPARTMENT COUNTY OF SUFFOLK, NEW YORK**

INTERNAL CORRESPONDENCE

TO: Lt. Rohrer, EO Communications     DATE: 1/8/2013

FROM: Kristy Pflug PSO#514 3BR     COPY TO: as needed

SUBJECT: Mandate

On January 8, 2013 I was advised at 1330 hours that I was mandated to stay at 1600 hours however I have a doctor's appointment that I cannot reschedule at 1745 hours. Also in this 42 I would like to inquire about the doctor's note that I handed in back on November 17, 2012 that stated I cannot work over 8 hours.

I am making this statement for administrative purposes only I have not done so voluntarily, but in incompliance with an order of a superior officer. This statement in no way constitutes any waiver of my rights, and this statement, or any part there of, may not be used against me in any subsequent criminal proceeding.

Respectfully submitted,

ec'd 1/8/13

PDCS-2042

53-410::6/92Mcs

SC-462