# EXHIBIT R



**POLICE DEPARTMENT, COUNTY OF SUFFOLK, NY**
**SUPERVISOR'S COMPLAINT REPORT**
PDCS-2213

DISCIPLINE CASE NO.

**INSTRUCTIONS:** 1. One copy shall be prepared when employee and superior are assigned to the same command and shall serve as the record copy.

2. Two copies shall be prepared when the employee and superior are assigned to different commands. The original copy will be forwarded to the Commanding Officer of the employee concerned. The second copy shall be retained at the command of the superior preparing the report.

3. Commanding Officers must investigate allegations and report disposition under section entitled FOLLOW-UP.

| NAME | | RANK | SHIELD | COMMAND |
|------|---|------|--------|---------|
| Pflug, Kristy | | PSD | 514 | 5311 |

| LOCATION VIOLATION OCCURRED | DATE | TIME | DAY OF WEEK |
|----------------------------|------|------|-------------|
| Headquarters, Communications/Dispatch Floor @ 2nd Disp Console | 1/8/13 | 1330 | Tuesday |

| COMPLAINANT (IF ANY) | HOME ADDRESS | HOME PHONE NO. |
|----------------------|--------------|----------------|
| | | |

| EMPLOYER | EMPLOYER'S ADDRESS | BUSINESS PHONE NO. |
|----------|--------------------|--------------------|
| | | |

**DETAILS OF VIOLATION**

PSD Pflug refused a direct order by the undersigned, her direct supervisor, to stay for mandated overtime at 1600 hours. In doing so, another dispatcher was mandated to cover her AWOL. This was not PSD Pflug's first refusal of a direct order by a Communications Supervisor for a mandate.

THE OFFICER WAS ☒ WAS NOT ☐ WARNED AND ADMONISHED, AND WAS ☒ WAS NOT ☐ INSTRUCTED IN PROPER PERFORMANCE OF DUTY AND/OR PROCEDURE.

IF NOT (EXPLAIN)

**IMMEDIATE ACTION**

| SIGNATURE OF SUPERVISOR PREPARING REPORT | COMMAND | DATE |
|------------------------------------------|---------|------|
| ~~signature~~ PSD-114 | 5311 | 1-9-13 |

**FOLLOW-UP**

☐ UNSUBSTANTIATED

☐ CHARGES AND SPECIFICATIONS

INSPECTION CASE NO. _____

☐ COMMAND DISCIPLINE ACCEPTED

☐ COMMAND DISCIPLINE REVIEW PANEL

**DISPOSITION**

SIGNATURE OF COMMANDING OFFICER | COMMAND | DATE

SC-461