# EXHIBIT S

STATE OF NEW YORK: COUNTY OF SUFFOLK
POLICE DEPARTMENT
-------------------------------------------------------------X
In the Matter of Disciplinary Action
of the
SUFFOLK COUNTY POLICE DEPARTMENT,

                                                        NOTICE OF CHARGES
                                                        AND SPECIFICATIONS
                                                        AND
                                                        HEARING PROCEDURE

- against -

PUBLIC SAFETY DISPATCHER KRISTY A. PFLUG
RECEIVING, DISPATCHING & TELETYPE UNIT

-------------------------------------------------------------X

TO: PUBLIC SAFETY DISPATCHER I KRISTY A. PFLUG:

In accordance with the provisions of Section 75 of the Civil Service Law of the State of New York, you are hereby notified that the following charges are preferred against you:

**CHARGE I: MISCONDUCT**

**SPECIFICATION #1:** On November 23, 2012, Public Safety Dispatcher Kristy A. Pflug was absent from work and lacked sufficient accruals to cover the absence. By her actions PSD Pflug violated **Chapter 3, Section 1, Sub. VI/B.11 (Absence in Excess of Available Accruals) of the Suffolk County Police Department Rules and Procedures.**

**CHARGE II: MISCONDUCT**

**SPECIFICATION #1:** On December 16, 2012, Public Safety Dispatcher Kristy A. Pflug was absent from work and lacked sufficient accruals to cover the absence. By her actions PSD Pflug violated **Chapter 3, Section 1, Sub. VI/B.11 (Absence in Excess of Available Accruals) of the Suffolk County Police Department Rules and Procedures.**

## CHARGE III: MISCONDUCT

**SPECIFICATION #1:** On December 17, 2012, Public Safety Dispatcher Kristy A. Pflug was absent from work and lacked sufficient accruals to cover the absence. By her actions PSD Pflug violated **Chapter 3, Section 1, Sub. VI/B.11 (Absence in Excess of Available Accruals) of the Suffolk County Police Department Rules and Procedures.**

## CHARGE IV: MISCONDUCT

**SPECIFICATION #1:** On January 6, 2013, Public Safety Dispatcher Kristy A. Pflug was absent from work and lacked sufficient accruals to cover the absence. By her actions PSD Pflug violated **Chapter 3, Section 1, Sub. VI/B.11 (Absence in Excess of Available Accruals) of the Suffolk County Police Department Rules and Procedures.**

## CHARGE V: MISCONDUCT

**SPECIFICATION #1:** On January 7, 2013, Public Safety Dispatcher Kristy A. Pflug was absent from work and lacked sufficient accruals to cover the absence. By her actions PSD Pflug violated **Chapter 3, Section 1, Sub. VI/B.11 (Absence in Excess of Available Accruals) of the Suffolk County Police Department Rules and Procedures.**

## CHARGE VI: MISCONDUCT

**SPECIFICATION #1:** On January 20, 2013, Public Safety Dispatcher Kristy A. Pflug was absent from work and lacked sufficient accruals to cover the absence. By her actions PSD Pflug violated **Chapter 3, Section 1, Sub. VI/B.11 (Absence in Excess of Available Accruals) of the Suffolk County Police Department Rules and Procedures.**

## CHARGE VII: MISCONDUCT

**SPECIFICATION #1:** On April 13, 2013, Public Safety Dispatcher Kristy A. Pflug was absent from work and lacked sufficient accruals to cover the absence. By her actions PSD Pflug violated **Chapter 3, Section 1, Sub. VI/B.11 (Absence in Excess of Available Accruals) of the Suffolk County Police Department Rules and Procedures.**

Case 2:20-cv-00018-SIL   Document 53-22   Filed 11/03/23   Page 4 of 6 PageID #: 450

Charges: Pflug
IA #2013-298

Page 3 of 5

### CHARGE VIII: MISCONDUCT

**SPECIFICATION #1:** On May 12, 2013, Public Safety Dispatcher Kristy A. Pflug was absent from work and lacked sufficient accruals to cover the absence. By her actions PSD Pflug violated **Chapter 3, Section 1, Sub. VI/B.11 (Absence in Excess of Available Accruals) of the Suffolk County Police Department Rules and Procedures.**

### CHARGE IX: MISCONDUCT

**SPECIFICATION #1:** On December 23, 2012 Public Safety Dispatcher Kristy A. Pflug failed to report for mandated overtime scheduled for 0400-0800 hours as ordered by a supervisor holding the title of Public Safety Dispatcher II. PSD Pflug reported for her regularly scheduled 0800-1600 hours tour of duty on the same date. By her actions PSD Pflug violated **Chapter 5, Section 4, Sub. VI/B.1 (c) (Disobedience of Orders) of the Suffolk County Police Department Rules and Procedures.**

### CHARGE X: MISCONDUCT

**SPECIFICATION #1:** On December 25, 2012 Public Safety Dispatcher Kristy A. Pflug called in sick and failed to report for mandated overtime scheduled for 0400-0800 hours as ordered by a supervisor holding the title of Public Safety Dispatcher II. PSD Pflug reported for her regularly scheduled 0800-1600 hours tour of duty on the same date. By her actions PSD Pflug violated **Chapter 5, Section 4, Sub. VI/B.1 (c) (Disobedience of Orders) of the Suffolk County Police Department Rules and Procedures.**

### CHARGE XI: MISCONDUCT

**SPECIFICATION #1:** On January 8, 2013 Public Safety Dispatcher Kristy A. Pflug was ordered to work overtime following her regularly scheduled 0800-1600 hours tour of duty by a supervisor holding the title of Public Safety Dispatcher II. PSD Pflug refused to obey this order and failed to work the mandated overtime. By her actions PSD Pflug violated **Chapter 5, Section 4, Sub. VI/B.1 (c) (Disobedience of Orders) of the Suffolk County Police Department Rules and Procedures.**

Charges: Pflug  
IA #2013-298

### CHARGE XII: MISCONDUCT

**SPECIFICATION #1:** On November 3, 2012, Public Safety Dispatcher Kristy A. Pflug was absent from work without authorization when she failed to report for a scheduled extra day of work. By her actions PSD Pflug violated **Chapter 5, Section 4, Sub. VI/B.1 (e) (Absence without Leave) of the Suffolk County Police Department Rules and Procedures.**

### CHARGE XIII: MISCONDUCT

**SPECIFICATION #1:** On May 4, 2013, Public Safety Dispatcher Kristy A. Pflug was absent from work without authorization when she failed to report for a scheduled extra day of work. By her actions PSD Pflug violated **Chapter 5, Section 4, Sub. VI/B.1 (e) (Absence without Leave) of the Suffolk County Police Department Rules and Procedures.**

### CHARGE XIV: MISCONDUCT

**SPECIFICATION #1:** Public Safety Dispatcher Kristy A. Pflug failed to renew her Department Identification Card to reflect a name change which was reported to the Personnel Section on March 2, 2008. By her actions, PSD Pflug violated **Chapter 4, Section 3, Sub. V/H.9 (Renewal of Identification Card) of the Suffolk County Police Department Rules and Procedures.**

\* \* \*

You are allowed until the __14__ day of __JUNE__, 2013 within which time you may make and file your answer in writing to these charges. Such answer should reach the office of the undersigned at the Suffolk County Police Department Headquarters, 30 Yaphank Avenue, Yaphank, New York 11980, on or before 4:00 p.m. on said __14__ day of __JUNE__, 2013.

You are entitled to a hearing on the above charges and to be represented at such hearing by an attorney or a representative of the Association of Municipal Employees, Inc. You should be prepared at such hearing to present such witnesses and other proof as you may have in your defense against these charges. You will be notified, in writing, of a date and time that such hearing will be held. The hearing will be conducted by a hearing officer designated by me through the Director of Labor Relations.

If you are found guilty of any of the above charges, the penalty or punishment may consist of:

1. A reprimand.
2. A fine, not to exceed $100, deducted from your wages.
3. Suspension, without pay, for a period not exceeding two months.
4. Demotion in grade or title.

**Note: The Department is not seeking termination in this matter.**

PLEASE TAKE FURTHER NOTICE THAT at the time of the hearing on the above stated Charges and Specifications, the Department may introduce evidence, if any, of a prior disciplinary history.

Nothing contained herein shall be deemed a waiver or limitation of the Department's right to bring additional charges and specifications against you, which is hereby expressly reserved.

All further notices and communications addressed to you in connection with these charges will be mailed to your latest address on record in the personnel office of this institution which is **109 Woodlot Road, Ridge, New York 11961,** unless you request in writing that the same be sent to you at a different address.

Dated: __6/3__, 2013
Yaphank, New York

Edward Webber
Police Commissioner

I ACKNOWLEDGE DUE PERSONAL SERVICE OF THE WITHIN CHARGES AND SPECIFICATIONS AT __1041__, THIS __4__ DAY OF __June__, 2013.

Employee Signature

Lt. Milanos Soto 1500
Witness Signature

SC-310