# EXHIBIT T

| | | |
|---|---|---|
| POLICE DEPARTMENT COUNTY OF SUFFOLK<br>ACCREDITED LAW ENFORCEMENT AGENCY<br>**DEPARTMENT DIRECTIVE**<br>PDCS-2008a | PAGE __1__ of __3__ PAGES | |
| | ORDER NUMBER  13-119 | |
| TYPE  DEPARTMENT PERSONNEL ORDER | AUTHORITY  EDWARD WEBBER<br>POLICE COMMISSIONER | SIGNATURE  *Edward Webber* |
| SUBJECT/TOPIC/TITLE  DEPARTMENTAL CHARGES | | |
| DISTRIBUTION  ALL COMMANDS | DATE ISSUED  06/05/13 | DATE EFFECTIVE  06/04/13 | DATE TO BE REVIEWED  N/A |

## DEPARTMENTAL CHARGES

IN ACCORDANCE WITH THE PROVISIONS OF SECTION 75 OF THE CIVIL SERVICE LAW OF THE STATE OF NEW YORK, THE FOLLOWING CHARGES HAVE BEEN PREFERRED AGAINST **PUBLIC SAFETY DISPATCHER KRISTY A. PFLUG, COMMAND 5311**, FOR VIOLATION OF THE RULES AND PROCEDURES OF THE SUFFOLK COUNTY POLICE DEPARTMENT, AS DETAILED IN INTERNAL AFFAIRS BUREAU FILE #2013-0298.

**CHARGE I: MISCONDUCT**

**SPECIFICATION #1:** ON NOVEMBER 23, 2012, PUBLIC SAFETY DISPATCHER KRISTY A. PFLUG WAS ABSENT FROM WORK AND LACKED SUFFICIENT ACCRUALS TO COVER THE ABSENCE. BY HER ACTIONS PSD PFLUG VIOLATED **CHAPTER 3, SECTION 1, SUB. VI/B.11 (ABSENCE IN EXCESS OF AVAILABLE ACCRUALS)** OF THE SUFFOLK COUNTY POLICE DEPARTMENT RULES AND PROCEDURES.

**CHARGE II: MISCONDUCT**

**SPECIFICATION #1:** ON DECEMBER 16, 2012, PUBLIC SAFETY DISPATCHER KRISTY A. PFLUG WAS ABSENT FROM WORK AND LACKED SUFFICIENT ACCRUALS TO COVER THE ABSENCE. BY HER ACTIONS PSD PFLUG VIOLATED **CHAPTER 3, SECTION 1, SUB. VI/B.11 (ABSENCE IN EXCESS OF AVAILABLE ACCRUALS)** OF THE SUFFOLK COUNTY POLICE DEPARTMENT RULES AND PROCEDURES.

**CHARGE III: MISCONDUCT**

**SPECIFICATION #1:** ON DECEMBER 17, 2012, PUBLIC SAFETY DISPATCHER KRISTY A. PFLUG WAS ABSENT FROM WORK AND LACKED SUFFICIENT ACCRUALS TO COVER THE ABSENCE. BY HER ACTIONS PSD PFLUG VIOLATED **CHAPTER 3, SECTION 1, SUB. VI/B.11 (ABSENCE IN EXCESS OF AVAILABLE ACCRUALS)** OF THE SUFFOLK COUNTY POLICE DEPARTMENT RULES AND PROCEDURES.

**CHARGE IV: MISCONDUCT**

**SPECIFICATION #1:** ON JANUARY 6, 2013, PUBLIC SAFETY DISPATCHER KRISTY A. PFLUG WAS ABSENT FROM WORK AND LACKED SUFFICIENT ACCRUALS TO COVER THE ABSENCE. BY HER ACTIONS PSD PFLUG VIOLATED **CHAPTER 3, SECTION 1, SUB. VI/B.11 (ABSENCE IN EXCESS OF AVAILABLE ACCRUALS)** OF THE SUFFOLK COUNTY POLICE DEPARTMENT RULES AND PROCEDURES.

**CHARGE V**: MISCONDUCT

**SPECIFICATION #1**: ON JANUARY 7, 2013, PUBLIC SAFETY DISPATCHER KRISTY A. PFLUG WAS ABSENT FROM WORK AND LACKED SUFFICIENT ACCRUALS TO COVER THE ABSENCE. BY HER ACTIONS PSD PFLUG VIOLATED **CHAPTER 3, SECTION 1, SUB. VI/B.11 (ABSENCE IN EXCESS OF AVAILABLE ACCRUALS) OF THE SUFFOLK COUNTY POLICE DEPARTMENT RULES AND PROCEDURES.**

**CHARGE VI**: MISCONDUCT

**SPECIFICATION #1**: ON JANUARY 20, 2013, PUBLIC SAFETY DISPATCHER KRISTY A. PFLUG WAS ABSENT FROM WORK AND LACKED SUFFICIENT ACCRUALS TO COVER THE ABSENCE. BY HER ACTIONS PSD PFLUG VIOLATED **CHAPTER 3, SECTION 1, SUB. VI/B.11 (ABSENCE IN EXCESS OF AVAILABLE ACCRUALS) OF THE SUFFOLK COUNTY POLICE DEPARTMENT RULES AND PROCEDURES.**

**CHARGE VII**: MISCONDUCT

**SPECIFICATION #1**: ON APRIL 13, 2013, PUBLIC SAFETY DISPATCHER KRISTY A. PFLUG WAS ABSENT FROM WORK AND LACKED SUFFICIENT ACCRUALS TO COVER THE ABSENCE. BY HER ACTIONS PSD PFLUG VIOLATED **CHAPTER 3, SECTION 1, SUB. VI/B.11 (ABSENCE IN EXCESS OF AVAILABLE ACCRUALS) OF THE SUFFOLK COUNTY POLICE DEPARTMENT RULES AND PROCEDURES.**

**CHARGE VIII**: MISCONDUCT

**SPECIFICATION #1**: ON MAY 12, 2013, PUBLIC SAFETY DISPATCHER KRISTY A. PFLUG WAS ABSENT FROM WORK AND LACKED SUFFICIENT ACCRUALS TO COVER THE ABSENCE. BY HER ACTIONS PSD PFLUG VIOLATED **CHAPTER 3, SECTION 1, SUB. VI/B.11 (ABSENCE IN EXCESS OF AVAILABLE ACCRUALS) OF THE SUFFOLK COUNTY POLICE DEPARTMENT RULES AND PROCEDURES.**

**CHARGE IX**: MISCONDUCT

**SPECIFICATION #1**: ON DECEMBER 23, 2012 PUBLIC SAFETY DISPATCHER KRISTY A. PFLUG FAILED TO REPORT FOR MANDATED OVERTIME SCHEDULED FOR 0400-0800 HOURS AS ORDERED BY A SUPERVISOR HOLDING THE TITLE OF PUBLIC SAFETY DISPATCHER II. PSD PFLUG REPORTED FOR HER REGULARLY SCHEDULED 0800-1600 HOURS TOUR OF DUTY ON THE SAME DATE. BY HER ACTIONS PSD PFLUG VIOLATED **CHAPTER 5, SECTION 4, SUB. VI/B.1 (c) (DISOBEDIENCE OF ORDERS) OF THE SUFFOLK COUNTY POLICE DEPARTMENT RULES AND PROCEDURES.**

DEPARTMENT PERSONNEL ORDER # 13-119

Charges: PSD Pflug  
IAB File #13-298

Page 3

### CHARGE X: MISCONDUCT

**SPECIFICATION #1:** ON DECEMBER 25, 2012 PUBLIC SAFETY DISPATCHER KRISTY A. PFLUG CALLED IN SICK AND FAILED TO REPORT FOR MANDATED OVERTIME SCHEDULED FOR 0400-0800 HOURS AS ORDERED BY A SUPERVISOR HOLDING THE TITLE OF PUBLIC SAFETY DISPATCHER II. PSD PFLUG REPORTED FOR HER REGULARLY SCHEDULED 0800-1600 HOURS TOUR OF DUTY ON THE SAME DATE. BY HER ACTIONS PSD PFLUG VIOLATED **CHAPTER 5, SECTION 4, SUB. VI/B.1 (c) (DISOBEDIENCE OF ORDERS) OF THE SUFFOLK COUNTY POLICE DEPARTMENT RULES AND PROCEDURES.**

### CHARGE XI: MISCONDUCT

**SPECIFICATION #1:** ON JANUARY 8, 2013 PUBLIC SAFETY DISPATCHER KRISTY A. PFLUG WAS ORDERED TO WORK OVERTIME FOLLOWING HER REGULARLY SCHEDULED 0800-1600 HOURS TOUR OF DUTY BY A SUPERVISOR HOLDING THE TITLE OF PUBLIC SAFETY DISPATCHER II. PSD PFLUG REFUSED TO OBEY THIS ORDER AND FAILED TO WORK THE MANDATED OVERTIME. BY HER ACTIONS PSD PFLUG VIOLATED **CHAPTER 5, SECTION 4, SUB. VI/B.1 (c) (DISOBEDIENCE OF ORDERS) OF THE SUFFOLK COUNTY POLICE DEPARTMENT RULES AND PROCEDURES.**

### CHARGE XII: MISCONDUCT

**SPECIFICATION #1:** ON NOVEMBER 3, 2012, PUBLIC SAFETY DISPATCHER KRISTY A. PFLUG WAS ABSENT FROM WORK WITHOUT AUTHORIZATION WHEN SHE FAILED TO REPORT FOR A SCHEDULED EXTRA DAY OF WORK. BY HER ACTIONS PSD PFLUG VIOLATED **CHAPTER 5, SECTION 4, SUB. VI/B.1 (e) (ABSENCE WITHOUT LEAVE) OF THE SUFFOLK COUNTY POLICE DEPARTMENT RULES AND PROCEDURES.**

### CHARGE XIII: MISCONDUCT

**SPECIFICATION #1:** ON MAY 4, 2013, PUBLIC SAFETY DISPATCHER KRISTY A. PFLUG WAS ABSENT FROM WORK WITHOUT AUTHORIZATION WHEN SHE FAILED TO REPORT FOR A SCHEDULED EXTRA DAY OF WORK. BY HER ACTIONS PSD PFLUG VIOLATED **CHAPTER 5, SECTION 4, SUB. VI/B.1 (e) (ABSENCE WITHOUT LEAVE) OF THE SUFFOLK COUNTY POLICE DEPARTMENT RULES AND PROCEDURES.**

### CHARGE XIV: MISCONDUCT

**SPECIFICATION #1:** PUBLIC SAFETY DISPATCHER KRISTY A. PFLUG FAILED TO RENEW HER DEPARTMENT IDENTIFICATION CARD TO REFLECT A NAME CHANGE WHICH WAS REPORTED TO THE PERSONNEL SECTION ON MARCH 2, 2008. BY HER ACTIONS, PSD PFLUG VIOLATED **CHAPTER 4, SECTION 3, SUB. V/H.9 (RENEWAL OF IDENTIFICATION CARD) OF THE SUFFOLK COUNTY POLICE DEPARTMENT RULES AND PROCEDURES.**

**END**

53-388: 11/92Mpa

| | | |
|---|---|---|
| **POLICE DEPARTMENT COUNTY OF SUFFOLK**<br>*ACCREDITED LAW ENFORCEMENT AGENCY*<br>**DEPARTMENT DIRECTIVE**<br>PDCS-2008a | PAGE __1__ of __1__ PAGES | |
| | **ORDER NUMBER  13-119a** | |
| TYPE  DEPARTMENT PERSONNEL ORDER | AUTHORITY  EDWARD WEBBER<br>POLICE COMMISSIONER | SIGNATURE *Edward Webber* |
| SUBJECT/TOPIC/TITLE  SUSPENSION | | |
| DISTRIBUTION  ALL COMMANDS | DATE ISSUED 06/05/13 | DATE EFFECTIVE 06/04/13 | DATE TO BE REVIEWED N/A |

ADDENDUM TO PERSONNEL ORDER 13- 119

### SUSPENSION

THE BELOW LISTED MEMBER OF THE DEPARTMENT IS HEREBY SUSPENDED FROM DUTY, WITHOUT PAY, COMMENCING TUESDAY, JUNE 4, 2013 AT 1042 HOURS.

**PUBLIC SAFETY DISPATCHER KRISTY A. PFLUG, RECEIVING, DISPATCHING AND TELETYPE UNIT**

END

53-388: 11/92Mpa