# EXHIBIT U

MT6 2013-1472



# POLICE DEPARTMENT, COUNTY OF SUFFOLK, NY
~~ACCREDITED LAW ENFORCEMENT AGENCY~~

## RESIGNATION OF MEMBER
PDCS-1038b

**INSTRUCTIONS:** Complete and forward, via chain of command, to the Police Commissioner or his designee.

**DISTRIBUTION:** Original - Personnel Section

| MEMBER'S NAME (LAST, FIRST, MIDDLE) | TITLE/RANK | SHIELD NO. | COMMAND NO. | SOCIAL SECURITY NO. |
|---|---|---|---|---|
| Pflug, Kristy A. | PSO | 574 | 5311 | [redacted] |

I hereby resign as a member of the Department. This act is voluntary upon my part and of my own free will and accord. It has not been caused by any threat of punishment or act of coercion on the part of my superior officers or any other person connected with this Department.

This resignation is to take effect on **July 4, 2013** (month - day - year) at **1600** hours for the following reasons:

I am resigning from this position because I feel I cannot keep up with the amount of mandates we are being forced to do every week due to this Department letting us become so severely short staffed. I also feel I have been harassed and treated unfairly by my police and civilian supervisors. I can no longer put this job before my health & family.

_[signed] KP_ 7/4/13
MEMBER'S SIGNATURE & TODAY'S DATE

WITNESSED BY:
_[signed] D/Lt. John Hanley_ 5300 7/4/13
SIGNATURE OF MEMBER'S C.O. & TODAY'S DATE

---

**DIVISION C.O.:** CHARGES PENDING ☒ YES ~~☐ NO~~ ☒ APPROVED ☐ DISAPPROVED (State reasons)

_[signed]_
SIGNATURE OF DIVISION C.O. & TODAY'S DATE

---

**POLICE COMMISSIONER OR DESIGNEE:**

RESIGNATION IS ACCEPTED on **7/4/13** at **1600** HOURS

RESIGNATION IS DISAPPROVED on _____ at _____ HOURS

PERSONNEL SECTION PREPARE PERSONNEL ORDER
_[signed]_ 7/6/13
SIGNATURE & TODAY'S DATE

Rec'd in Comm
JUL SCPD 2013 1145 hrs.