# EXHIBIT W

MTS# 13-1472
C

03/11/2014

Kristy Pflug
109 Woodlot Road
Ridge, NY 11961

Suffolk County Police Commissioner Edward Webber
John L. Barry Police Headquarters
30 Yaphank Avenue
Yaphank, NY 11980

Dear Commissioner Webber,

My name is Kristy Pflug and I was a Suffolk County Public Safety Dispatcher I from 12/09/2002 until I resigned on 07/04/2013. I am now seeking to come back to work so I contacted Personnel this afternoon and they told me to write you a letter.

I resigned on 07/04/2013 because my daughter and I had health issues that were worsening due to added stress from the numerous mandates caused by staff shortages in the Communications Department. I gave birth to my daughter on 04/13/2011, and I had health issues before, during, and after her birth. My daughter also had health issues after her birth. From 04/10/2012 until the time of my resignation, I began being mandated very frequently and our health issues worsened. For some time I was even being mandated two or more times a week. In addition, I was breast pumping at work and when I was mandated from 12pm – 4am my husband had to wake up my daughter and take her to Headquarters to pick up the milk. I handed in several doctors notes from several doctors about the complications my daughter and I were having. The notes recommended that I not be required to work more than my scheduled shift until our conditions improved. None of the notes were accepted. I therefore had no choice but to resign so that I could focus on regaining our health. It was an extremely hard decision to make, but I knew that taking care of my health and my daughter's health had to come first. I also knew that I might be able to come back within the year and so I focused all of my effort on taking care of myself and my daughter.

Over the past eight months since my resignation, my daughter and I have been able to regain our health. I am now writing to you in the hopes that I will be able to have my job back as soon as possible. There are many other details that I would be more than happy to discuss with you. If you would like any more information or to discuss anything further, please do not hesitate to contact me at 516-993-3557.

Thank you for your time and consideration.

Best Regards,

Kristy Pflug

COMMISSIONER
SUFFOLK COUNTY POLICE
2014 MAR 12 A 10:25