# EXHIBIT X

**COUNTY OF SUFFOLK**



STEVEN BELLONE
COUNTY EXECUTIVE

EDWARD WEBBER
POLICE COMMISSIONER

## POLICE DEPARTMENT

March 17, 2014

Kristy Pflug
109 Woodlot Road
Ridge, NY 11961

Dear Ms. Pflug,

    We are in receipt of your letter, dated March 11, 2014, in which you request re-instatement to your former position of Public Safety Dispatcher I.

    Unfortunately, at this time, we do not have budgetary approval to fill a position of Public Safety Dispatcher I. Your request will be retained on file for future reference.

Very truly yours,

Maureen A. Looby
Administrator IV
Human Resource Bureau

cc: Edward Webber, Police Commissioner, Office of Commissioner
    Mark White, Chief of Support Services, Office of Chief of Support Services



**ACCREDITED LAW ENFORCEMENT AGENCY**
Visit us online at: www.suffolkpd.org
Crime Stoppers Confidential Tip Hotline: *1-800-220-TIPS*
Non-Emergencies Requiring Police Response - Dial: *(631) 852-COPS*
30 Yaphank Avenue, Yaphank, New York 11980 – (631) 852-6000



SC-240