# EXHIBIT Y

## SUPERVISOR'S RECORD OF
## VERBAL REPRIMAND

Issued To: PSD Kristy Pflug #514    Date: 5/26/12

Job Title: Public Safety Dispatcher I    By: Petrina Hubner PSDIII

Time: 0815 hours    Location: Comm Sec Training Room

---

This verbal warning is being issued as a constructive reminder that a recurrence will require the issuance of a "Written Reprimand." The cause of this verbal warning is as follows: (NOTE: THE EMPLOYEE HAS THE RIGHT TO HAVE AN ASSOCIATION REPRESENTATIVE PRESENT AT THIS DISCIPLINARY INTERVIEW).

PSD Pflug returned to duty on April 10, 2012. On April 12, 2012, PSD Pflug was late arriving to work and was informally counseled by PSDIII Hubner. On May 4, 2012, PSD Pflug was late returning from her meal break and was informally counseled by PSDII Flammer. On May 21, 2012, PSD Pflug was 9 minutes late returning from her meal break. PSD Pflug has been advised that this is unacceptable. PSD Pflug must be at her workstation, equipped and ready to perform her job, at start of tour and/or at the completion of breaks. PSD Pflug has been advised that any future infraction regarding this issue will result in additional disciplinary action.

---

By signing this form, it does not necessarily mean that I agree with its contents. It merely shows that I have read and understand it.

_____    Date: 5-26-12
Signature of Employee

_____ PSDIII 407
Signature of Supervisor

_____ PSDII-114
Signature of Supervisor's Witness

Employee has read the contents of this reprimand but refuses to sign.

_____    _____
Signature of Supervisor    Witness/Union Representative

SC-474