# EXHIBIT Z

# Certificate for Work Restrictions

**North Country Family Health & Med P.C.**
745 Route 25A Suite A
Rocky Point, NY, 11778-1000
Office # (631)821-0200  Fax # (631)821-5721

Kristy Pflug has been under my care from 08/2011 to present time for multiple concerns. Patient was diagnosed with Transverse Myelitis resulting in Headaches.. Anxiety causing worsening headaches secondary to work related mandated hours. Prognosis is good if treatment policy of limiting work schedule and counseling is followed. Duration is estimated to be 6 - 12 mos

Restrictions: Limited work schedule to her normally scheduled hours

Provider: Dr. Erika Jurasits         Date: 11/17/2012

SC-416