# EXHIBIT AA



**UNIVERSITY Physicians @ Stony Brook**

www.stonybrookphysicians.com

Stony Brook Family Medicine, P.C.
181 Belle Meade Road Suite 2 (Fax) 631-444-1899
Setauket, NY 11733
(631) 444-5858

Aug 30 2012

RE: PT: ANNABELLE E. PFLUG
MR#: 30554800:
DOB: 04/13/2011

To whom it may concern:

I am writing on behalf of Kristy Pflug and her daughter Annabelle. Annabelle is suffering with a serious medical condition and it is imperative that Kristy not be scheduled for to work longer than 8 hours in a 24 hour period. Please contact me of you have any questions.

Sincerely,


Katherine Wightman, MD


Electronically signed by:KATHERINE WIGHTMAN M.D. Aug 30 2012 8:54PM EST