# EXHIBIT BB

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
———————————————————————X
KRISTY PFLUG,

                Plaintiff,

  -against-                                 Case No. 20-cv-00018 (SIL)

THE COUNTY OF SUFFOLK,                **DECLARATION**

                Defendant.
———————————————————————X

Colleen Jaen hereby declares under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I have been employed by the Suffolk County Police Department (SCPD), Communications Section, since October 20, 1997, when I was hired as a Public Safety Dispatcher (PSD) I.

2. In 2013, I was promoted to Public Safety Dispatcher II, and in 2000, I was promoted to Public Safety Dispatcher III.

3. The SCPD Communications Section is a 365 day a year, 24 hour per day, 7 day a week unit, meaning that is fully operational and must be staffed at all times.

4. In the unit, there is a PSD assigned to every radio band in Suffolk County. In addition to the PSD's that are actively on the radio, the Communication Section requires that there are additional PSD's on duty, to ensure that the PSD's working the radios are able to take a break or a meal period. The radios must be manned at all times.

5. In order to properly staff a shift, there are a minimum number of PSD's required. When the minimum number of employees is not met, overtime hours are implemented, in order

to cover the minimum staffing levels. Employees can volunteer for overtime, however if there are not enough people who volunteer for overtime, then employees are mandated to work the overtime.

6. Overtime is assigned in four hour increments; either four hours prior to a PSD's shift, or four hours after a PSD's shift.

7. Overtime has always been, and continues to be required of every PSD in order to cover minimum staffing levels. Upon hire, every PSD is made aware of the fact that the job requires overtime.

8. As such, overtime hours are an essential function of the job of a PSD.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Yaphank, New York
August 24, 2023

*Colleen Jaen*
Colleen Jaen
Public Safety Dispatcher III
SCPD Communications Section