# PUBLIC SAFETY DISPATCHER I                    0177

## DISTINGUISHING FEATURES OF THE CLASS

An employee in this class is involved in dispatching mobile public safety units and rescue units through operation of a two-way radio. The incumbent provides information to public agencies through the use of computerized equipment. Supervision is received from a Public Safety Dispatcher II or a uniformed member of the public safety agency. Does related work as required.

## TYPICAL WORK ACTIVITIES

Operates a two-way radio communication system to dispatch public safety personnel to calls for assistance. May operate a telephone switchboard or complaint receiving system which receives requests from the public for police or other public safety assistance;

May operate a computer terminal to obtain information on active warrants in Suffolk County and to update the computer file;

May monitor bank alarms;

May receive and transmit messages on a nationwide teletype system joined with Federal, State and local agencies, the Armed Forces and the Attorney General's Office;

Refers non-emergency requests for assistance and information to the appropriate agency;

Maintains log and other clerical records of incoming and outgoing communications and disposition of requests received;

Determines priorities as necessary in handling emergency calls.

## FULL PERFORMANCE KNOWLEDGES, SKILLS, ABILITIES AND PERSONAL CHARACTERISTICS

Working knowledge of the basic geographic layout of Suffolk County; ability to learn the procedures of public safety agencies in handling calls for assistance in emergency situations and in routine dispatching of agency vehicles; ability to learn to operate two-way radio communications equipment and related equipment; ability to learn emergency police, medical, fire and rescue terminology; ability to remain calm while eliciting information from persons in a highly emotional state; ability to act quickly and efficiently under stress and pressure; ability to speak in a clear and distinct voice; ability to write in a legible fashion; ability to work in rotating shifts; physical condition commensurate with the demands of the position.

## MINIMUM QUALIFICATIONS

### OPEN COMPETITIVE

Graduation from a standard senior high school or possession of a high school equivalency diploma.

NOTE: Experience in dispatching emergency vehicles may be substituted for education on a year-for-year basis.

### PROMOTIONAL

Two (2) years of permanent competitive status as an Emergency Complaint Operator or Emergency Complaint Operator (Spanish Speaking). (Incumbents serving under Section 55A of New York State Civil Service Law are to be included pursuant to Section 52.12 of the same.)

## NECESSARY SPECIAL REQUIREMENTS

1. Candidates must be free of any speech, hearing or vision defects which would impair their functioning in this position.
2. There will be a qualifying psychological evaluation for open-competitive candidates.
3. There will be a qualifying medical evaluation.
4. There will be a qualifying keyboard performance test.
5. The job assignment may require attainment of New York State Police Information Network (NYSPIN) certification within (1) month of appointment; employees must maintain this certification while employed in this title.

R11/21/07
SUFFOLK COUNTY