COUNTY OF SUFFOLK

OFFICE OF THE COUNTY EXECUTIVE

Steven Bellone
SUFFOLK COUNTY EXECUTIVE

## Suffolk County Anti Discrimination and Anti Harassment Policy Statement

It is the policy of Suffolk County to provide a work environment for its employees free from all types of discrimination and harassment. Harassment and discrimination are unlawful and will not be tolerated under any circumstances under provisions of Title VII of the Civil Rights Act, or other federal, state or local statutes.

### Equal Employment Opportunity

Suffolk County adheres to a policy of equal opportunity employment. Employees and applicants for employment will not be discriminated against on the basis of race, color, religion, age, sex, national origin, genetic information, sexual orientation, gender identity characteristics or expression, citizenship status, marital status, disability, veteran status, military status, domestic violence status or any other legally protected status, in any employment decisions, including, but not limited to, recruitment, hiring, compensation, training, apprenticeship, promotion, demotion, transfer, layoff, termination, and any other term and condition of employment. All employment-related decisions are based solely on relevant criteria, including training, experience, education, qualifications, abilities, and suitability.

Suffolk County is committed to administering all employment-related matters in accordance with the County's policy of equal opportunity.

### Anti Discrimination and Anti Harassment

Suffolk County is committed to providing and maintaining a work environment free from all forms of harassment and discrimination.

Definitions:
(a) "Discrimination" includes conduct or comments directed towards any individual(s) based on that individual's race, color, religion, age, gender, national origin, sexual orientation, gender identity characteristics or expression, citizenship status, marital status, disability, veteran status or any other status protected by law or regulation that affects or impacts a term or condition of that individual's employment.

(b) "Sexual harassment" is a form of discrimination and is specifically prohibited under Suffolk County's policies. The Equal Employment Opportunity Commission (EEOC) has established guidelines particularly for sexual harassment, as a form of sexual discrimination under Title VII of the Civil Rights Act. Sexual harassment includes:
- unwelcome sexual advances and other physical or verbal conduct that is made a term or condition of an individual's employment, such as demanding that an employee have a sexual relationship with a supervisor or manager in order for the employee to keep his/her job.

H. LEE DENNISON BLDG ☐ 100 VETERANS MEMORIAL HWY ☐ P.O. BOX 6100 ☐ HAUPPAUGE, NY 11788-0099 ☐ (631) 853-4000
DISCRIMINATION AND SEXUAL HARRASSMENT                                                                9/9/14, 11/18/14, 8/10/2015
Page 2 of 25

DIIORIO0014

COUNTY OF SUFFOLK



OFFICE OF THE COUNTY EXECUTIVE

Steven Bellone
SUFFOLK COUNTY EXECUTIVE

**Suffolk County EEO Investigation Process and Forms**

- conduct that interferes with an individual's work performance, or crea offensive work environment, such as telling offensive jokes and engaging in offensive behavior in the workplace.

(c) "Harassment" on the basis of any other protected characteristic is also a form of discrimination, and includes verbal or physical conduct that denigrates or shows hostility toward another because of his or her race, color, religion, age, gender, national origin, sexual orientation, gender identity characteristics or expression, citizenship status, marital status, disability, veteran status, or any other characteristic protected by law or regulation.

Suffolk County strictly forbids any employee from engaging in any of the described conduct. Anyone found to have engaged in discriminatory behavior or harassment will be subject to disciplinary action up to and including termination of employment.

### Reasonable Accommodations

Suffolk County is required under Title VII, the Americans with Disabilities Act (as amended) and the EEOC to consider requests to reasonably accommodate employees for reasons of disability, religious observances or beliefs or pregnancy unless doing so results in an undue hardship to the County. This policy applies to all aspects of employment, including job selection, job assignment, compensation, discipline, termination, and access to benefits and training. Employees seeking reasonable accommodations should submit a written request to their immediate supervisor or manager.

### Retaliation

Neither Suffolk County nor its management will in any way retaliate against an individual who raises a complaint alleging harassment or discrimination, or cooperates in any investigation. Retaliation is a serious violation of policy and will subject any employee who engages in retaliatory behavior to the same strict discipline as the harasser.

### Complaint Procedure

Any employee who suspects, observes, or experiences discriminatory or harassing conduct by another County employee, member of management or anyone else should immediately notify his/her supervisor or the next level of management, or the Director of Labor Relations whether the employee is the victim or not, whether the offender is a supervisor, member of management, coworker, vendor, or business invitee, and regardless of the sex of the offender. Suffolk County will promptly investigate and address the situation. The Director of Labor Relations can be reached at (631)853-4900.

To the extent practical and appropriate, complaints of harassment or discrimination and the subsequent investigations will be treated as discreetly as possible. All investigations will be promptly handled, and are designed to protect the privacy of, and minimize suspicion toward, all parties concerned. Employee cooperation in investigations is viewed as a condition of employment. Refusal or failure to cooperate with any aspect of this policy may result in disciplinary action, up to and including termination of employment.

H. LEE DENNISON BLDG ☐ 100 VETERANS MEMORIAL HWY ☐ P.O. BOX 6100 ☐ HAUPPAUGE, NY 11788-0099 ☐ (631) 853-4000
DISCRIMINATION AND SEXUAL HARRASSMENT                                                9/9/14, 11/18/14, 8/10/2015
Page 3 of 25

DIIORIO0015

COUNTY OF SUFFOLK

OFFICE OF THE COUNTY EXECUTIVE

Steven Bellone
SUFFOLK COUNTY EXECUTIVE

| Suffolk County EEO Investigation Process and Forms |

Allegations that are substantiated will result in appropriate disciplinary actions against the harasser, up to and including termination of employment.

Employees who file a false complaint may be subject to disciplinary action, up to and including termination of employment.

H. LEE DENNISON BLDG ◻ 100 VETERANS MEMORIAL HWY ◻ P.O. BOX 6100 ◻ HAUPPAUGE, NY 11788-0099 ◻ (631) 853-4000
DISCRIMINATION AND SEXUAL HARRASSMENT
9/9/14, 11/18/14, 8/10/2015
Page 4 of 25

DIIORIO0016