POLICE DEPARTMENT, COUNTY OF SUFFOLK
# ROUTING SLIP

DATE:       August 3, 2012

TO:         Communications Supervisors

FROM:       Lt. William Rohrer,
            E.O. Communications Section

RE: Revised Policy Mandated O/T Exemptions

It has been determined that the Receiving, Dispatch & Teletype Unit's current O/T Mandate Exemption Procedure will benefit from the introduction of an Internal Medical Review component.

**Therefore, effective August 25, 2012, no employee will be exempted from working Mandated O/T. All employees will be considered part of the O/T Mandate pool.**

Any employee, including personnel who had previously been exempted due to supervisory discretion may submit medical documentation requesting special consideration in this matter. Any documentation submitted must be specific re: the diagnosis, prognosis and duration of any condition or limitation.

Each case will be subject to review by the Department and will be decided on an individual basis. These reviews may involve Legal Bureau, Medical Evaluation. Labor Relations etc.

Tickled for_____
Take appropriate action_____
Initial and Return_____
For Information only_____
File_____
Reply required – due on _____

PDCS-6047



ER EX = 1
COL EX = 1
DATE 3/11/14

PFLUG00021