# Looby, Maureen

**From:** Looby, Maureen
**Sent:** Friday, January 11, 2013 5:06 PM
**To:** Hanley, John; Fisher, Mark; Rohrer, William
**Cc:** Jantzen, Harold
**Subject:** Mandated Overtime

Inspector, Captain, Lieutenant,

I heard from Labor Relations in regard to the employees who have requested to be excused from working overtime due to physical ailments.

As per Paul Margiotta of Labor Relations, no employee will be excused from overtime. The overtime is part of the position. If they can't work overtime, they are unfit for duty and therefore cannot work their normal shift. If the employees push the issue, Civil Service Section 72 (unfit for duty and the employee will be forced to be absent for up to 1 year) proceedings can be implemented. The end result would be termination.

R/S,

Maureen

*Maureen A. Looby*
*Administrator IV*
*SCPD Human Resources Bureau*
*Phone (631) 852-6213*
*Fax (631) 852-6594*

> The reply from Labor Relations was a phone call from Maryann DiBetta. If it was an e-mail, I would have forwarded it to ~~Insp~~ Hanley, et al.
> MAL

**Tracking:**

Exhibit 9

SC-0329