From: Rohrer, William [mailto:William.Rohrer@SUFFOLKCOUNTYNY.GOV]
Sent: Friday, January 11, 2013 6:26 PM
To: suzanne@scpdcommunications.com
Cc: Hanley, John; Fisher, Mark; Duty Officer, SCPD
Subject: (1) Scent Free Announcement (2)Labor Relations decision on O/T Exempt Employees.

Suzanne: Wanted to advise you of both of these items so you can prepare for any inquiries you may receive.
(1)Scent Free Announcement will go onto the floor tonight.
(2)Labor Relations decision on O/T Exempt Employees, we were advised at around 1625 hours today that Labor Relations has taken the position that no employee will be excused from working overtime based on the employee requests that were submitted to Labor Relations. We will implement that decision at 0001 on Saturday, 1/12/13.

Lt. Rohrer

Exhibit 10