Augustine Romano, M.D.
Scott McWilliams, M.D., D.P.N.-N.
Anthony K. Bolton, Ph.D., ABPP

(516) 993-3557
Cell #

> Mark
> I called Kristy and provided her with the info re: No ADA issues, that the 12-8 position is posted.
> Bill R 3/15/12 1915

March 9, 2012

RE: Pflug, Kristy

LETTER

To Whom It May Concern:

Kristy Pflug is a 32-year-old right-handed female whom I have evaluated this past late fall and early winter for cervical transverse myelitis. Ms. Pflug has had gradual improvement over time. Concerned is raised regarding multiple psychosocial stressors that may have contributed to relatively immune suppressed state that contributed to her transverse myelitis. With this in mind, it was recommended that Ms. Pflug not work overnight hours as significant sleep deprivation can produce certain stressors that may exacerbate symptomatologies. Please take this into consideration for Ms. Pflug's future work duties.

_____
Scott McWilliams, M.D.
Diplomate, American Board of Psychiatry and Neurology (Neurology)
Diplomate, American Board of Clinical Neurophysiology (EEG/EMG/Evoked Potentials)

SM: hub

D: 03/09/2012
T: 03/10/2012

Dictated but not proofread.
Expedited for submission.

464 Main Street Suite B • PO Box 547 • Port Jefferson, N.Y. 11777
186 W. Montauk Hwy. Suite D6 • Hampton Bays, NY 11946
Tel. (631) 331-4377 • Fax. (631) 331-4459

**NEUROLOGY • NEUROPHYSIOLOGY • NEUROPSYCHOLOGY**

SC-475