Augustine Romano, M.D.
Scott McWilliams, M.D., D.P.N.-N.
Anthony K. Bolton, Ph.D., ABPP



August 2, 2012

RE: Pflug, Kristy

LETTER

To Whom It May Concern:

Kristy Pflug is a 33-year-old right-handed female whom I last evaluated on July 31st 2012. She previously experienced cervical transverse myelitis. She has had waxing and waning symptomatology over time. Concern is raised regarding multiple psychosocial stressors that may have contributed to relative immune suppressant state that contributed to her transverse myelitis. With this in mind, it is recommended that Ms. Pflug not work overnight hours as significant sleep depravation can produce certain stressors that may exacerbate her symptomatology. It is also recommended that Ms. Pflug not work over 8 hours in a single day for the next four to six weeks. Please take this into consideration for Ms. Pflug's future work duties.

_____
Scott McWilliams, M.D.
Diplomate, American Board of Psychiatry and Neurology (Neurology)
Diplomate, American Board of Clinical Neurophysiology (EEG/EMG/Evoked Potentials)

SM: yab

Dictated but not proofread.
Expedited for submission.

464 Main Street Suite B • PO Box 547 • Port Jefferson, N.Y. 11777
186 W. Montauk Hwy. Suite D6 • Hampton Bays, NY 11946
Tel. (631) 331-4377 • Fax. (631) 331-4459
**NEUROLOGY • NEUROPHYSIOLOGY • NEUROPSYCHOLOGY**