**OFFICIAL NEW YORK STATE PRESCRIPTION**

NORTH COUNTRY FAMILY HEALTH & MEDICINE

ERIKA M. JURASITS, DO
LIC: 210112
NPI: 1043287006

745 ROUTE 25A, SUITE A PO BOX 5499 ROCKY POINT, NY 11778 (631) 821-0200

PRACTITIONER DEA NUMBER

Patient Name: Kristy Pflug       Date 8/29/12

Address ___ City ___ State ___ Zip ___ Age ___ Sex [M] F

℞ Limitations to house work. May not work more than 8hrs/day secondary to medical condition

Prescriber Signature X _____

THIS PRESCRIPTION WILL BE FILLED GENERICALLY UNLESS PRESCRIBER WRITES 'daw' IN THE BOX

0PDFPH 03

REFILLS: ☐ None
Refills: ___

PHARMACIST TEST AREA:     Dispense As Written

---

Handwritten note (right side):
Received 8/31/12
Nyps DT-140
Does not conform to
Requested Documentation -
Submitted for review