**POLICE DEPARTMENT COUNTY OF SUFFOLK, NEW YORK**

*ACCREDITED LAW ENFORCEMENT AGENCY*

INTERNAL CORRESPONDENCE

TO: Lt Rohrer, Communications Section
FROM: Kristy Pflug, PSD #514, 3BR 5311
SUBJECT: Requested 42
DATE: 4/16/13
COPY TO: as needed

I am making this statement for administrative purposes only. I have not done so voluntarily, but in compliance with an order of a Superior Officer. This statement in no way constitutes any waiver of my rights, and this statement, or any part thereof, may not be used against me in any subsequent criminal proceeding.

On April 16, 2013 at approximately 1815 hrs I was asked to write and submit a 42 in regard to my belief that I have been subjected to a hostile work environment. My 42 will be quite lengthy as I would like to reference several incidents that have occurred that I have noted. I was approved for time off and will be off duty as of 2000 hrs today. I do not feel this would be sufficient time for me to address all my issues in 42 form

PDCS-2042

53-0410.. 02/06kd

SG-464

# POLICE DEPARTMENT COUNTY OF SUFFOLK, NEW YORK

*ACCREDITED LAW ENFORCEMENT AGENCY*

INTERNAL CORRESPONDENCE

TO: Lt Rohrer, Communications Section

FROM: Kristy Pflug, PSD #514  3BR 5311

SUBJECT: Requested 42

DATE: 4/16/13

COPY TO: as needed

I will be returning to work on 4/20/2013 at which time I would respectfully request time with my union representative to write the additional 42.

Received 4/16/13 @ 1860
[signature] PSO #446

PSD III 407
4-16-13 1903 hrs

[signature] Rohrer Lt 4/16/13

PDCS-2042

53-0410.. 02/06kd

SC-46562