**POLICE DEPARTMENT COUNTY OF SUFFOLK, NEW YORK**

ACCREDITED LAW ENFORCEMENT AGENCY

INTERNAL CORRESPONDENCE

TO: Lt Rohrer, EO Communications Section   DATE: 4/22/13
FROM: Kristy Pflug, PSD #514 3BR   COPY TO: as needed
SUBJECT: Requested 42

On Tuesday, April 16th, I requested to speak with Lt. Rohrer through my PSDII Jim Worthington reference an incident I went through earlier in the day. My daughter was sick when I came home from work on Monday night and due to that I was not able to get sufficient sleep. I took her to the doctor in the morning and after the appointment I called into work to see what I could arrange since I did not have enough sick time accrued to take off. I called the PSDII phone line and got PSDIII Tina Totten. I explained my situation to her and she told me I would have to call back in 45 minutes when PSDII Jenny Devine would get back from meal to look into it for me I called back

PDCS-2042

53-0410.. 02/06kd

SC-466
1 of 4

at 1:15pm and PSD II Jenny Devine explained she was very busy with a possible kidnapping and would call me back. It took over 2 hours from my first phone call and a few other calls by me to find out I could get the second half off. In the 9 years I have worked here I have never experienced such a problem finding out if I could get time off. I don't understand why with 3 supervisors working I could not get a quicker response. I requested the meeting with Lt Rohrer because I felt this was unacceptable and frustrating. He advised me he would look into it.

While in the same meeting Lt Rohrer wanted to know if I felt this was related to a previous discussion of what I felt is a hostile working environment due to the breaks I take under New York State Law as a breastfeeding mother. I do not think it is related due to other employees

SG-467

# POLICE DEPARTMENT COUNTY OF SUFFOLK, NEW YORK
## ACCREDITED LAW ENFORCEMENT AGENCY
### INTERNAL CORRESPONDENCE

TO: Lt. Rohrer EO Communications Section  
FROM: Kristy Pflug PSD #514 3BR  
SUBJECT: Requested 42  
DATE: 4/22/13  
COPY TO: as needed

who have told me that this is common practice with that particular supervisor.

Lt Rohrer also wanted me to write a 42 about what I feel is a hostile working environment reference when I take my breaks. I do not feel at this time I can adequately write that 42 yet because there are other issues that I have been going through that are interrelated to this. I feel if I have to explain the hostile working environment I am going to have to bring up these other issues that I am not ready to discuss until I talk to a lawyer who will hopefully help me clarify everything. I

PDCS-2042

53-0410.. 02/06kd  
SC-468

am ~~hoping to~~ ~~contact a~~ lawyer within the next two weeks where I will follow up with an in depth 42 explaining everything I feel I have been subjected to in the year since I have been back to work.

Respectfully submitted,

[signature]

Rec'd
Lt. [signature] 4/22/13