UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____X

KRISTY PFLUG,                                                        **SUPPLEMENTAL**
                                                                     **DECLARATION**
                              Plaintiff,
              -against-                                              Case No. 20-CV-00018 (SIL)

COUNTY OF SUFFOLK,

                              Defendant.
_____X

      HOPE SENZER GABOR hereby declares under the penalty of perjury pursuant to 28 U.S.C. §1746 as follows:

      1.    I am an Assistant County Attorney in the Office of Dennis M. Brown, Acting Suffolk County Attorney, Suffolk County Department of Law, attorney for the Defendants, COUNTY OF SUFFOLK, in this action brought by plaintiff, Kristy Pflug, pursuant to the Americans with Disabilities Act (ADA) and the NYS Executive Law § 296 (NYSHRL).

      2.    This Supplemental Declaration is based upon information and belief, the source being the books and records of the County, conversations with officers and employees of the County, including the named Defendant herein and a review of the available, admissible evidence produced in this litigation, As such, I am fully familiar with this file and submit this Supplemental Declaration, along with the accompanying Memorandum of Law, and Reply Memorandum of Law in support of Defendant's motion for summary judgment pursuant to Fed. R. Civ. P. 56.

      3.    There are no genuine issues of fact upon which Plaintiff can support claims on any causes of action against Defendant, and as such, Defendant is entitled to summary judgment pursuant to Fed.R.Civ.P. Rule 56.

4. Attached hereto as **EXHIBIT CC** is a true and correct copy of correspondence dated June 20, 2013 addressed to Plaintiff from the County's Office of Labor Relations, advising Plaintiff of the date and time of a scheduled Section 75 hearing.

5. Attached hereto as **EXHIBIT DD** is a true and correct copy of excerpts from the transcript of Plaintiff's New York State Unemployment Appeal Board Hearing on March 12, 2014.

**WHEREFORE**, it is respectfully requested that this Honorable Court grant the Defendant's motion for summary judgment, dismissing all claims within the Plaintiff's Amended Complaint, and grant Defendant such other and further relief that to the Court seems just and proper.

I declare under the penalties of perjury that the foregoing is true and correct.

Dated: Hauppauge, New York
       November 3, 2023

*s/ Hope Senzer Gabor*
Assistant County Attorney