# EXHIBIT CC



# COUNTY OF SUFFOLK

## OFFICE OF THE COUNTY EXECUTIVE

**Steven Bellone**
COUNTY EXECUTIVE

LABOR RELATIONS

Jennifer K. McNamara, Esq.
Acting Director

June 20, 2013

CERTIFIED MAIL
RETURN RECEIPT REQUESTED
Certified Mail # 7011 3500 0000 0387 3053

Ms. Kristy Pflug
109 Woodlot Road
Ridge, New York 11961

Dear Ms. Pflug:

Pursuant to the Amended Statement of Charges and Notice of Hearing dated June 3, 2013 from Edward Webber, Commissioner, of the Suffolk County Police Department this shall serve to officially inform you that your Section 75 hearing has been scheduled for ***Wednesday, September 18, 2013 at 10 a.m.***, in the H. Lee Dennison Building, Office of Labor Relations, 11th Floor Conference Room, Hauppauge, New York.

Please be advised that you are entitled to representation by your union or by counsel of your choice. There shall be no postponements from this date of hearing unless otherwise agreed to by the hearing officer.

Very truly yours,

Jennifer K. McNamara, Esq., Acting Director
Office of Labor Relations

JKM:lah

cc: Edward Webber, Commissioner, SC Police Department
Maureen Looby, Administrator IV, SC Police Department
Traci Barnes, Hearing Officer
Steven Goodstadt, Esq., County Counsel
Max Sicherman, AME Counsel
Daniel Farrell, President, AME

SC 295

H. LEE DENNISON BUILDING ♦ 100 VETERANS MEMORIAL HIGHWAY ♦ P.O. BOX 6100 ♦ HAUPPAUGE, N.Y. 11788-0099 ♦ (631) 853-4900 FAX (631) 852-4978