EXHIBIT DD

```
New York State Unemployment Insurance Appeal Board
                  Transcript of Record
================================================================

In the Matter of:    Kristy A. Pflug
                     Claimant - RESPONDENT

                            And

                     Suffolk City Police Department
                     Employer - APPELLANT


Peter M. Rivera,
Commissioner of Labor

================================================================

                     Case No.: 013-43181
                     Appeal Board No.: 579174


Date of Hearing:     March 12, 2014

Place of Hearing:    Hauppauge, New York

Before:                     Scott Mann
                            Administrative Law Judge

Transcribed by:      Nicole L. Mastin
Appearances:
            Clt:     Kristy A. Pflug
        Clt Rep:     Law Offices of Steven J. Moser, P.C.
     Clt Rep by:     Steven Moser
            Emp:     Suffolk City Police Department
        Emp Rep:     Industrial U.I. Services
     Emp Rep by:     Robert Lorenzo
    Emp Witness:     Petrina Hubner, Public Safety
                     Dispatcher III
```

1

PFLUG - WITNESS

    for her the next day.

    It was -- I was not home for her. It was, um -- my husband had to do some of the supplementation without me there. Sometimes it was like a two person job, because she was so difficult about it.

Q. But despite her condition, you were able to continue on the job from 2011 right to 2013?

A. Right.

Q. Okay.

A. We got it under control.

Q. Now, based on the testimony I heard that you gave at the last hearing and the medicals I received it indicates that you had a medical condition, you yourself. Is that correct?

A. When I came back, I had, um, Transverse Myelitis, which is swelling of the spinal cord. And that caused numbness in my extremities. So I got diagnosed probably I think five months after she was born. And it took a little over a year or about a year to -- to rectify that.

Q. So the fall of 2011, you were diagnosed with the -- is it a back problem, a spinal problem?

A. They're not really sure what caused it. I had to go through numerous, um, blood work and all sorts of

PFLUG - WITNESS

things. It was a very lengthy process trying to diagnose. And they never really figured out what caused the swelling. They said at the end it may have been viral, it may have been stress related from having the baby and -- and sleepless nights. They weren't really -- my neurologist wasn't -- there was no definite this is what caused it.

Q. So that was diagnosed in the fall of 2011?

A. Let me think.

Q. About five -- you said five months after the baby was born.

A. Yeah. Yeah. Yes.

Q. Okay. Now, how long did that condition, uh, continue?

A. It continued into when I started working again. I did let them know before I went to work, because I had left work at midnight and, um, the midnight was gonna be too much stress. And -- and I did write before that I was gonna have to do it for child care issues and everything else, if I could get to the 8 to 4's and the 4 to 12's.

Q. Um-hum. Now, did the condition worsen after the fall of 2011, your condition?

A. It got worse before it got better, yes.

12

Pflug - 03/12/14

```
1    PFLUG - WITNESS
2    Q.   Did -- did there ever get a time when it got better?
3    A.   Uh, yes.
4    Q.   When did it get better?
5    A.   Um, probably -- it took pretty much the full year.
6         So I would say the fall -- the following fall I
7         was --
8    Q.   So the fall of 2012?
9    A.   Right.
10   Q.   2012.  Now, you quit your job, am I correct, in July
11        of 2013, right?
12   A.   Yes.
13   Q.   Now, why did you quit your job if both your
14        daughter's condition improved and your condition
15        improved?
16   A.   I started getting headaches that possibly could've
17        been related to -- when they -- whenever they go into
18        your spinal area, you can get very severe headaches.
19        And I started having issues with headaches, very,
20        very horrible headaches.  And for some reason, at
21        work it was aggravated to the point where I was
22        getting headaches two or three times a week.
23   Q.   When did those headaches start?
24   A.   When I started -- probably a couple months after I
25        started working.
```

13

Pflug - 03/12/14

PFLUG - WITNESS

Q. So as early as 2011?

A. They started not that bad.

Q. Or '12. '12. 2012.

A. They started not that bad and then they got worse.

Q. And they continued until when?

A. 'Til I left. And I still get them once in a while, but not as frequently as --

Q. What doctor was treating you for the headaches?

A. Um, my family physician.

Q. What's that -- what's the doctor's name?

A. Dr. Jurasits.

Q. Jurasits?

A. Yeah. She's on North Country Family Medical.

Q. Now, you submitted certain -- I see. There's a medical here. Erika Jurasits.

A. Yeah, that's her.

MR. LORENZO: And we have August 29th, '12. "Limitations to hours worked: May not work more than eight hours a day, secondary to medical condition." Did you -- oh, I see another medical here. Um, Judge, this is -- this is part of the record.

ALJ MANN: Um-hum.

MR. LORENZO: It's an exhibit.

ALJ MANN: Um-hum.

14

Pflug - 03/12/14

1   PFLUG - WITNESS
2          MR. LORENZO:  Certificate for work restrictions,
3   dated November 17th, 2012, Dr. Erika --
4          MS. PFLUG:  Jurasits.
5          MR. LORENZO:  -- Jurasits.  (Unintelligible, one
6   second, 0:15:10) multiple concern.  Patient is
7   diagnosed with Transverse --
8          MS. PFLUG:  Myelitis --
9          MR. LORENZO:  Myelitis --
10         MS. PFLUG:  -- which was the first thing.
11         MR. LORENZO:  -- resulting in headaches.  Okay.
12  BY MR. LORENZO
13  Q.   Why did you quit your job in July of 2013?
14  A.   I was just totally overwhelmed with the stress of not
15       feeling well and the mandates were gonna get worse
16       once the summer came.  And it was just becoming too
17       much.
18       It -- it -- it was a demanding job when I took it and
19       I knew that.  I knew I was gonna work weekends.  I
20       was gonna work holidays.  I was getting mandated and
21       it did happen a few times a year, but then it was
22       happening a few times a week.  And it just got too
23       much.
24  Q.   And Ms., uh -- Ms. Pflug, when you took the job, do
25       you admit that you knew that overtime was part of

15

Pflug - 03/12/14

```
                PFLUG - WITNESS

                     the package, that you were --
          A.    Yes.  It said -- when they -- it said you may be
                mandated and that did happen.  It would happen a few
                times a year.  I mean, I was there 11 years, and
                it --
          Q.    Um-hum.
          A.    And I understood it was part of the job if there were
                storms or if there were big traffic accidents or the
                blackout.  I understand for those things.
          Q.    Um-hum.  Were these headaches interfering with --
                with -- with any other aspect of your life?
          A.    Oh, yeah.
          Q.    How so?
          A.    Absolutely.
          Q.    How so?
          A.    They were so bad that -- here's the problem also.  I
                was breast-feeding.  So I could not take a lot of
                medications, because it goes through to your child.
                So at that point, I was limited on what I could do.
                So I couldn't get much relief.  It would be at least
                24 hours.  And I would be to the point where I could
                hardly open my eyes.  They would hurt.
          Q.    Now, if it wasn't for the overtime that was mandated,
                did -- would you have continued on the job?  Am I
```

16

Pflug - 03/12/14

```
1    HUBNER - WITNESS
2    BY ALJ MANN
3    A.   So the note dated 11/17 of 2012 did address
4         diagnosis, prognosis, and duration.  This is the one
5         that was --
6    Q.   Um-hum.
7    A.   -- forwarded so that it could be considered through
8         labor relations for, um, whatever considerations they
9         were willing to make.
10   Q.   Okay.  So what did labor relations do about it, if
11        anything?
12   A.   Um, it came back -- the word came back to me that
13        labor relations -- part of our job -- mandated
14        overtime and overtime was a requirement of the job,
15        and that it could not be -- there weren't exemptions
16        and you are either fit for duty or unfit for duty.
17        And that was the end of it for us.
18   Q.   Okay.
19   A.   And we do not accept exemptions for any employees
20        now.
21            ALJ MANN:  Okay.  Okay.  Mr. Lorenzo, any
22        questions for Ms. Hubner?
23   BY MR. LORENZO
24   Q.   Now, that policy of not accepting any exemptions,
25        when was that put into place, if you know?
```

29

Pflug - 03/12/14

```
1     HUBNER - WITNESS
2     A.   Uh, well, I can officially document the -- the e-mail
3          of January of 2013, but --
4     Q.   January 2013.
5     A.   But August of 2012 is when, um, we needed to address
6          the mandated overtime exemptions situation.
7     Q.   Okay.  All right.  And, um, you've heard the
8          claimant's testimony today.  Um, you had an
9          opportunity to review the exhibits that the claimant
10         submitted to the Judge at the last hearing.  Do you
11         have any comments or any further testimony concerning
12         her testimony or the exhibits?
13    A.   Um, she has acknowledged the fact that overtime is
14         part of the job.  And that's really the -- the issue,
15         is it is a requirement.  At orientation, it's
16         discussed, at hiring.  Um, it -- it's something that
17         is part of what we do.
18              And, you know, it is unfortunate that we have
19         come through a period where the mandates were very
20         common because we were short personnel.  And I'm
21         happy to say that things are -- are better today, but
22         it doesn't change the dynamics of what was happening
23         for the last two and a half, three years.
24              MR. LORENZO:  I understand.  Judge, I seem to
25         have copies of all the medicals the claimant
```

30

Pflug - 03/12/14

1
 2  This is to certify that I have typed the above record from a
    recording produced from an electronic sound recording system in
 3  the State of New York and that, to the best of my knowledge and
    belief, the above record was typed by me is a true and accurate
 4  record of the recording.

 5

 6

 7  *Nicole A. Mastin* (signature)

 8

 9
    _____
10  NICOLE L. MASTIN

11

12
    For eScribers, LLC
13  700 West 192nd Street, Suite #607
    New York, NY 10040
14

15  Date recording was transcribed:

16  April 1, 2014

17

18

19

20

21

22

23

24

25

48

Pflug - 03/12/14