**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
KRISTY PFLUG,

                        Plaintiff,

                                                                               **JUDGMENT**
- against -                                                                      CV 20-18 (SIL)

THE COUNTY OF SUFFOLK,

                        Defendant.
------------------------------------------------------------X

       A Memorandum and Order of Honorable Steven I. Locke, United States Magistrate Judge, having been filed on August 5, 2024, granting Defendant's motion for summary judgment, and dismissing the Amended Complaint with prejudice, it is

       **ORDERED AND ADJUDGED** that Plaintiff Kristy Pflug take nothing of Defendant The County of Suffolk; that Defendant's motion for summary judgment is granted; that the Amended Complaint is dismissed with prejudice; and that this case is closed.

Dated: August 14, 2024
           Central Islip, New York

                                                                                   BRENNA B. MAHONEY
                                                                                  CLERK OF COURT

                                                By:     /s/ James J. Toritto
                                                                         Deputy Clerk